```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>XAVIER MONSEGUR,<br>  Defendant. | CASE NO.  2:11-CR-332 MCE |
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>MATTHEW KEYS,<br>  Defendant. | CASE NO.  2:13-CR-082 KJM |

**NOTICE OF RELATED CASES**

The United States respectfully submits this Notice of Related Cases pursuant to Local Rule 83-123(b).

Both cases related to computer hacking attacks by the group that called itself "Anonymous." The Keys case alleges that Keys gave login credentials to members of Anonymous and encouraged them to vandalize the web site of his former employer, a news organization. Defendant Monsegur, who used the nickname "Sabu," appeared in the Internet chat log at the core of the Keys case, and,

1

1 in that chat log, offered advise on how to conduct the network
2 intrusion.  Monsegur later became a cooperating defendant in the
3 Southern District of New York.

4                                         Respectfully Submitted,

5                                         BENJAMIN B. WAGNER
                                          United States Attorney
6

7
  DATE: March 14, 2013           By:   /s/ Matt Segal
8                                      MATTHEW D. SEGAL
                                       Assistant U.S. Attorney
9