1  Jason S. Leiderman (SBN 203336)
   Law Offices of Jay Leiderman
2  5740 Ralston St. #300
   Ventura, CA, 93003
3  jay@criminal-lawyer.me
   Phone: (805) 654-0200
4  Fax:   (805) 654-0280
   Attorney for Matthew Keys
5    ✓ Retained (Pro Bono)
     ☐ Appointed
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 United States,
12              Plaintiff,           Case Number: 2:13-CR-082 KJM
13    v.
                                     DESIGNATION OF COUNSEL
14
   Matthew Keys,
15                                            D
              Defendant.
16 _____/
17
18     Defendant Matthew Keys hereby designates the following
19 attorney from Law Offices of Jay Leiderman as counsel for
20 service in this action:
21              Name: Jason S. Leiderman
22
23
   DATED:    15 March 2013           /s/ Jay Leiderman
24                                   JASON S. LEIDERMAN
25
26