IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 2:13-cr-00082 |
| | : | (KJM)(EFB) |
| Plaintiff, | : | |
| | : | **[PROPOSED] ORDER TO CONTINUE THE** |
| v. | : | **TIME FOR DEFENDANT'S ARRAIGNMENT** |
| | : | |
| MATTHEW KEYS, | : | |
| | : | |
| Defendant. | : | |

    This matter having come before the Court on the joint application of defendant Matthew Keys (by Jason Scott Leiderman, Esq.) and Benjamin D. Wagner, United States Attorney for the Eastern District of California (by James A. Silver, Trial Attorney, United States Department of Justice), for an order granting a continuance of the arraignment in the above-captioned matter to April 23, 2013 at 2:00 p.m., and the defendant being aware that he has the right to have the matter brought to trial within 70 days of defendant's appearance before a judicial officer of this court under Title 18 of the United States Code, Section 3161(c)(1), and as the United States has consented to such a continuance, and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1. The defendant's recently retained counsel has a conflict with the original April 12th, 2013 arraignment date that precedes defense counsel's retention;

2. The grant of a continuance will likely conserve judicial resources; and

3. Under Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS**, therefore,

**ORDERED** that this action be, and it hereby is, continued from the date of this Order through and including April 23, 2013; and it is further

**ORDERED** that the defendant's arraignment shall be moved to April 23, 2013 at 2:00 p.m.

**ORDERED** that the period from the date of this Order through and including April 23, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code Section 3161(h) (7).

DATED:  April 9, 2013.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE