# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of California – Live System
### Sacramento

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                              Case No.: 2:13–cr–00082–KJM

                                                Judge Kimberly J. Mueller

Matthew Keys

                            Defendant.

TYPE OF CASE:            Criminal

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

     AMENDED NOTICE of HEARING as to Matthew Keys: Arraignment **RESET** for 4/23/2013 at 02:00 PM in Courtroom 24 (CKD) before Magistrate Judge Carolyn K. Delaney. (Michel, G)

**PLACE**
Sacramento
501 "I" Street
Suite 4–200

Sacramento, CA
95814

April 10, 2013

                                                         s/ Victoria C. Minor, Clerk
                                                           s/ G Michel, Deputy Clerk