# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

APPEARANCE

Case Number:

____2:13-cr-00082 KJM____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_____Matthew Keys_____.
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: _____June 10, 2013_____

_____
Signature

_____Eric Lindgren_____
Print Name

_____288542_____
State Bar Number

_____5740 Ralston St., Suite 300_____
Address

_____Ventura, CA_____ ____93003_____
City                                    Zip Code

_____(805) 654-0200_____
Phone Number

_____eric@criminal-lawyer.me_____
E-Mail Address

☐ Appointed
☒ Retained