BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

MYTHILI RAMAN
Acting Assistant Attorney General
U.S. Department of Justice, Criminal Division
JAMES A. SILVER
Trial Attorney, Computer Crime & Intellectual Property Section
1301 New York Avenue, Suite 600
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>MATTHEW KEYS,<br><br>           Defendant. | CASE NO.  2:13-CR-82 KJM<br><br>STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND EXCLUDE TIME |

Plaintiff United States of America ("the government"), by and through its counsel of record, and defendant Matthew Keys, by and through his counsel of record, hereby stipulate as follows:

1.     The status conference currently scheduled for Wednesday, October 16, 2013, should be removed from the Court's calendar and replaced with the briefing schedule set out below.

2.     Defendant intends to file a motion to suppress.  The Rule 12(c) motions deadline shall be Friday, December 13, 2013.  Any response shall be filed by Friday, January 3, 2014 and any reply shall be filed by Monday, January 10, 2014.  Hearing on Defendant's motion(s) shall be on the Court's regular criminal calendar on Wednesday, January 29, 2014 at a time to be set by the Court.

3. The Government has redacted discovery in light of the terms of the stipulated protective order entered on August 30, 2013. Dkt. 18. The Government is processing for discovery tens of thousands of pages.

4. Defendant will be conducting his own investigation for purposes of preparing his motion to suppress.

5. The time between October 16, 2013 and January 29, 2014 should be excluded from the computation of time under the Speedy Trial Act. The ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the facts set forth in ¶¶ 3-4, failure to grant this continuance would unreasonably deny counsel for both sides reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: October 11, 2013         /s/ Matthew D. Segal
                                MATTHEW D. SEGAL
                                Assistant United States Attorney

Dated: October 11, 2013         /s/ James A. Silver
                                JAMES A. SILVER
                                Trial Attorney

Dated: October 11, 2013         /s/ Eric J. Lindgren
                                ERIC LINDGREN

                                Counsel for Defendant

SO ORDERED.

Dated:                          _____
                                HON. KIMBERLY J. MUELLER
                                UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order to Set
Briefing Schedule and Exclude Time

2