

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

UNITED STATES OF AMERICA

        Plaintiff(s),

        Case No.  2:13-cr-00082-KJM

v.

MATTHEW KEYS
        Defendant(s).

I, Tor Ekeland, attorney for Matthew Keys, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Tor Ekeland, P.C. |
| Address: | 155 Water Street, 6th Floor, Suite 2 |
| City: | Brooklyn |
| State: | New York |
| ZIP Code: | 11201 |
| Voice Phone: | (718) 285 - 9343 |
| FAX Phone: | (718) 504 - 5417 |
| Internet E-mail: | tor@torekeland.com |
| Additional E-mail: | |
| I reside in City: | Brooklyn      State: New York |

I was admitted to practice in the Appellate Division, Second Department on May 16, 2007. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         Jay Leiderman

Firm Name:    Law Offices of Jay Leiderman

Address:      5740 Ralston Street, Suite #300

City:         Ventura

State:        California       ZIP Code: 93003

Voice Phone:  (805) 654 - 0200 ext. 24

FAX Phone:    (805) 654 - 0280

E-mail:       jay@criminal-lawyer.me

Dated: 11/25/13        Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Tor Bernhard Ekeland** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **16th** day of **May 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 25, 2013.

*Aprilanne Agostino*

Clerk of the Court