
**Exhibit A**

UNCLASSIFIED

FEDERAL BUREAU OF INVESTIGATION

| | | | |
|---|---|---|---|
| **Precedence:** | ROUTINE | **Date:** | 01/09/2012 |

**To:**   Los Angeles                                   **Attn:** SA Gabriel F. Andrews CY-1

**From:**   Sacramento
            CY-1
            **Contact:**   SA John M. Cauthen

**Approved By:**        Brown Herbert M
                       Alvarez Manual Jr
                       Callihan Brian
                       Springer Scott A

**Drafted By:**        Cauthen John M:jmc 0110jmc01.ec

**Case ID #:** 288A-SC-45485
               288A-SC-44767      (Pending)
               288A-LA-258500     (Pending)

**Title:**     MATTHEW KEYS
               aka AESCRACKED;
               FOX40 NEWS - VICTIM;
               LOS ANGELES TIMES - VICTIM;
               CIP;

**Synopsis:**     Open Sensitive Investigative Matter (SIM - Journalist) and assign to SA Wesley Drone.

**Reference:**         288A-LA-258500 Serial 22
                       288A-WF-242710 Serial 794
                       288A-LA-258500 Serial 26

**Administrative:**     Telcall from Sacramento ASSA Scott S. Springer to Los Angeles SSA Ramyar Tabatabaian on 01/06/2012.

                        Telcall from Sacramento SA John M. Cauthen and Los Angeles SA Gabriel F. Andrews to AUSA Matthew
Segal on 01/09/2012

**Details:** On about 12/01/2010, a server called P2P in Los Angeles, used by the local Sacramento television station FOX40, was compromised. It appears the server was used to send harassing


emails to Sacramento FOX40 employees and disrupt business operations.     An investigation was opened by Sacramento FBI on about 12/03/2010.     Initially, the primary suspect was Matthew Keys, a former employee of FOX40News.     At the time

UNCLASSIFIED

MK035935

MKP-0035840

To:   Los Angeles   From: Sacramento
Re:   288A-SC-45485, 01/09/2012

this investigation was opened, Keys was unemployed. The investigation did not find any evidence against Keys, but did identify another hacker named "Sharpie." The case against Keys was closed and the case was transferred to Los Angeles due to venue.

Recent information has arisen implicating Keys in the original intrusion, and it is anticipated he will be indicted in the next few weeks.   However, Keys is now employed by Reuters as the Deputy Social Media Editor.

By way of background, shortly after the harassing emails began, on 12/12/2010, Mathews Keys, using e-mail address of matthew@sactownmedia.com, sent an e-mail to the FOX40 News Director Brandon Mercer.   Keys told Mercer he had infiltrated the group "Anonymous." Keys sent Mercer a list of user names and passwords he claimed he "obtained by a high authority within the 'conscious' hactivist organization Anonymous."   Keys also stated he had access to future operations, including operations against Paypal, Amazon, the Los Angeles Times, Fox News, and others.

Also on 12/12/2010, Mercer engaged Keys in a consensually recorded telephone conversation.   They discussed a hack into a website called Gawker wherein many email account passwords were compromised. Keys said he entered a chat room with 2,000 plus members.   In this chat room, Keys said he met someone who invited him into a private chat room populated by 15 highly skilled hackers. Keys denied any involvement in the hacked P2P server.   Keys said he had computer records of his interaction with the group.   In communicating the hackers, Keys said he discussed his past journalism experience.   It was not clear in these discussions whether Keys was acting as a journalist to collect this information.   In any case, it was clear in the call he was sharing the information he obtained in the chats with a journalist from the Public Broadcasting Station (PBS.)

On about 12/14/2010, writer received a report from Tribune media that the P2P server affecting the Los Angeles Times had been compromised by a web page defacement. The compromise had occurred via an account called Anon1234.   Tribune media suspected the intrusion was related to the Matthew Keys investigation. The investigation in Sacramento determined that the likely source of the intrusion was an individual in England using the name "Sharpie."

On April 27, 2011, writer contacted Matthew Keys telephonically. Keys stated that he had computer data pertaining to "Anonymous,"   but that he was a journalist and was unsure about turning it over to the FBI.

Re serial 22, on about 09/02/2011, the investigation was transferred to Los Angeles, based on lack of evidence to implicate Keys and additional evidence that the actual hack at the LA Times was caused by Unsub aka Sharpie. At the same time, Matthew Keys was removed as a case subject and replaced by Unsub aka Sharpie.

On about 12/16/2011, writer was reviewing evidence item 1B63 from case 288A-SC-44767.   1B63 was an image of a laptop computer owned by Laurelai, aka Wesley Bailey who was involved in a hack by Sabu and Kayla against a computer in Sacramento owned by a company named HBGary.   In this image, writer located the following snippet which was an exchange bewteen "Potatoes" aka "Kayla" aka Ryan Ackroyd, and "Laurelai" aka Wesley Baily. Pertinent quotes are in bold:

BEGIN TEXT WITH CODING REDACTED AND EDITED:
(04:46:43 PM) laurelai@jabber.ccc.de where did you get that from
(04:47:59 PM) potatoes@jabber.org: **it does mention him**
(04:48:10 PM) potatoes@jabber.org: **as keys**
(04:48:15 PM) potatoes@jabber.org: **but the thing is he's not innocent**
(04:48:25 PM) potatoes@jabber.org: **the logs we have of him are just as damaging**
(04:48:50 PM) potatoes@jabber.org: the only differenc is we know his real identity, he doesn't know ours
(04:48:50 PM) potatoes@jabber.org: lol

MK035936

MKP-0035841

To:    Los Angeles    From: Sacramento
Re:    288A-SC-45485, 01/09/2012


(04:48:57 PM) potatoes@jabber.org:    they all still seriously think i am this Corey faggot
(04:49:07 PM) potatoes@jabber.org:    thats some serious fail right there
(04:49:11 PM) laurelai@jabber.ccc.de yes they honestly do
(04:50:50 PM) laurelai@jabber.ccc.de its very telling that the logs i gave of barrett are not in that story
(04:51:16 PM) laurelai@jabber.ccc.de    where he admits to being part of marblecake and knew who they are ect
(04:51:30 PM) laurelai@jabber.ccc.de you would think that part would have made it in
(04:52:49 PM) laurelai@jabber.ccc.de just something for you to think about
(04:54:10 PM)    potatoes@jabber.org: **The logs are from an invite-only IRC chat channel called href="http://gawker.com/#hq/", populated by people calling themselves Sabu, Kayla, Laurelai, Avunit, Entropy, Topiary, Tflow, and Marduk.**
(04:54:26 PM) potatoes@jabber.org: you were the only person to leak #HQ logs
(04:54:43 PM) potatoes@jabber.org: ever since, no one has even used HQ
(04:54:46 PM)    laurelai@jabber.ccc.de **yeah but those logs in the article have stuff i never saw**
(04:55:09 PM) potatoes@jabber.org: **because they are from other channels where this AESCracked was**
(04:55:21 PM) potatoes@jabber.org: **he's the socalled jurno who "infiltrated"**
(04:55:26 PM) potatoes@jabber.org: **aka Matt Keys**
(04:55:40 PM) laurelai@jabber.ccc.de well he must have grabbed the link when it went public then
(04:55:51 PM) laurelai@jabber.ccc.de like alot of people did
(04:57:24 PM) laurelai@jabber.ccc.de i gave them to fake gregg who then gve them to the entire fucking world
(04:57:27 PM) laurelai@jabber.ccc.de we know this already<br/>


        In addition, other snippets relating to Matthew Keys were located on the image of 1B63. The time frame of these exchanges appears to be in March 2011.    A sample of these, with pertinent quotes in bold, is as follows:


BEGIN TEXT:
16:27 < kayla> **this "keys" faggot we think is AESCracked who was an ex journalist**
16:27 <&Eekdacat> AEScracked
16:27 <&Eekdacat> wat
16:27 <kayla> he was in some of our chans and threw a fit trying to tlk to media when we kicked him out
16:28 <&fubar> kayla is actually a highly advanced AI whose entire range of speech consists of things that were posted on /b/ many moons ago
16:28 <&Eekdacat> has someone been leaking my research
16:29 < kayla> **but in that gawker article it says his name is "Matt Keys" lol he's not so innocent and we have logs of him too, he was the one who gave us passwords for LA times, fox40 and some others, he had superuser on alot of media**
16:29 <&Eekdacat> well he's a butt for picking the name aescracked
16:29 < kayla> also, it speaks of #hq logs getting leaked?
16:30 < kayla> i don't supose you know who leaked those?
16:34 <&fubar> it says in the article
16:34 <&fubar> wat
16:35 < kayla> no no fubar i know who leaked them
16:35 < kayla> but i want to know what the fuck is going on
END TEXT:


BEGIN TEXT:
16:58 < kayla> Registrant:

MK035937

To:    Los Angeles    From: Sacramento
Re:    288A-SC-45485, 01/09/2012

16:58 < kayla> Matthew Keys
16:58 < kayla> 4655 Fruitridge Road
16:58 < kayla> Sacramento, California 95834
16:58 < kayla> United States
16:58 < kayla> Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
16:58 < kayla> Domain Name: RADIOMATTHEW.COM
16:58 < kayla> Created on: 08-Apr-07
16:58 < kayla> Expires on: 08-Apr-11
16:58 < kayla> Last Updated on: 27-Jan-10
16:58 < kayla> Administrative Contact:
16:58 < kayla> Keys, Matthew matthew.keys@gmail.com
16:58 < kayla> 4655 Fruitridge Road
16:58 < kayla> Sacramento, California 95834
16:58 < kayla> United States
16:58 < kayla> +1.9162650941
16:58 < kayla> Technical Contact:
16:58 < kayla> Keys, Matthew matthew.keys@gmail.com
16:59 <kayla> 4655 Fruitridge Road
16:59 <kayla> Sacramento, California 95834
16:59 < kayla> United States
16:59 < kayla> +1.9162650941
16:59 < kayla> Domain servers in listed order:
16:59 < kayla> NS1.JUSTHOST.COM
16:59 < kayla> NS2.JUSTHOST.COM
16:59 < kayla> NS3.JUSTHOST.COM
16:59 <&Eekdacat> hey
16:59 < kayla> setting up a intelius now to rape his SSN and his family treee
16:59 <&Eekdacat> he has his full resume on his site
16:59 <&Eekdacat> http://radiomatthew.com/resume.pdf
16:59 <&Eekdacat> old tricks are the best tricks
16:59 < dimanov> im sure he doesnt care
16:59 < dimanov> about his dox
16:59 -!- kayla [mysql2@3F463A36.F1C8582C.CD3AAE87.IP] has quit [Quit:    Lost terminal]
16:59 < dimanov> since he has his resume on site
16:59 <&fubar> kayla was murdered
16:59 < dimanov> but i guess anon prides themselves in obtaining public information
16:59 -!- mysql2 [mysql2@3F463A36.F1C8582C.CD3AAE87.IP] has joined #tr0ll
17:00 <&Eekdacat> typing average of 80 wpm
17:00 <&Eekdacat> scrub
17:00 <&insid> back
17:00 < mysql2> **he worked for LA Times and handed us password for LA Times and fox40 he's not so "innocent"**
                    END TEXT:


BEGIN TEXT:
17:03 <&Eekdacat> **notify fox40 and whatever other station that he was giving out passwords**
17:03 <&Eekdacat> see if they do job recommendations for him now

MK035938

MKP-0035843

To:   Los Angeles   From: Sacramento
Re:   288A-SC-45485, 01/09/2012


17:03 < kayla> you should try talking to some of my friends from school on MSN it's all pics and stuff xD
17:04 <&Eekdacat> idk i don't get out much
17:04 < kayla> **he forget we have logs of him doing illegal things too**
17:04 < kayla> but only we know his REAL name/addr
17:05 < diman    ov> nd Kayla was one of them. "Kayla was one of two hackers who broke into the Gawker database," Keys told Gawker. "It was her idea. She coordinated the attack. She carried it out with another hacker. A third was involved in the distribution of the torrent, but the brainchild of the Gawker hack attack was Kayla.
17:05 <&insid> :/
17:05 <&EekEGIN TEXT:
END TEXT:


BEGIN TEXT:
17:20 < kayla> **http://producermatthew.com/post/3943978239/statement-on-the-exposure-of-anonymous-hackers-by**
17:20 < kayla> this guy is just asking for it lol
17:20 < kayla> xD
17:20 < kayla> is him
17:20 < kayla> also
17:20 < kayla> hahah
17:20 < kayla> he honestly think we not going to rock him?
17:20 < kayla> lols
17:21 <&insid> meh
17:25 < bus> Familiar with video and photography concepts, including lighting, audio, white balance, color balance and in-camera editing
17:25 < bus> "can take pictures"
17:26 < bus> Knowledge of media software including Final Cut Pro and Adobe
s ImageReady and PhotoShop CS
END TEXT:


BEGIN TEXT:
17:33 < kayla> he's pritty pr0
17:33 <&fubar> i'll post a damaging profile of him in my activex dox database on my angelfile page
17:33 <&fubar> or post some mean comments on his myspace
17:33 < kayla> this is another whois for one of his sites
17:33 < kayla> Administrative Contact:
17:33 < kayla> Keys7:32 <&fubar> lol
17:33 < kayla> he's pritty pr0
17:33 <&fubar> i'll post a damaging profile of him in my activex dox database on my angelfile page
17:33 <&fubar> or post some mean comments on his myspace
17:33 < kayla> **this is another whois for one of his sites**
17:33 < kayla> **Administrative Contact:**
17:33 < kayla> **Keys, Matthew matthew.keys@gmail.com**
17:33 < kayla> **148 Arcadia**
17:33 < kayla> **Vacaville, California 95687**
17:33 < kayla> **United States**
17:33 < kayla> **(415) 374-9007**
17:36 < bus> lol he must make like 30k/yr
17:36 < bus> to live in vacaville

MK035939

MKP-0035844

To:     Los Angeles     From: Sacramento
Re:     288A-SC-45485, 01/09/2012


17:36 < bus> and work in sac
17:37 <&Eekdacat> http://boards.fightingamphibians.org/b/src/129666373878.jpg
17:40 < BIGKESH> kayla
17:40 < BIGKESH> TOOT IT AND BOOT IT
17:40 < BIGKESH> hey
17:41 < BIGKESH> selling google roots for $20
17:43 <&fubar> hi bro u can iframe it to my fud java 0day driveby shooter
17:46 < bus> not far drive.. i fuk dog of matthew ok
17:50 < kayla> i want his SSN so i can canel his utilities, gas, electric etc...
17:50 < kayla> cancel
END TEXT:

      Given the above information, 288A-WF-242710 Serial 794, which referenced AESCracked, was examined.
This serial was an examination of log files contained in computer equipment and or electronic media seized by order of a court
authorized warrant executed at 6039 Douglas Road, Toledo, Ohio 43613.

      An examination of the log files from this computer was documented further in 288A-LA-258500 Serial
26.     In this log, some pertinent quotes were as follows:


#Target

      Dec 08 20:53:13     **AESCracked**
      **if you want to attack fox news, pm me. i have a**
**user/password for their cms**

      Dec 08 20:53:35     AESCracked
      *pm me for fox news password into their cms*


#OperationPayback

      Dec 08 20:43:15     **AESCracked**                                                                 **If**
**you're interested in hacking a FOX News site, I have a user/pass to the backend CMS for FOX40.com**


      Dec 08 20:44:47     sharpie
AESCracked: srs?
      ...

      Dec 09 07:54:17     AESCracked
      I've already given Ops the user/pass to several FOX websites.

 #internetfeds

      Dec 08 20:55:12     Sabu                                                                 that would
be nice to get access to fox. let me know if I can get access. I want to see if I can get further in.

To:   Los Angeles   From: Sacramento
Re:   288A-SC-45485, 01/09/2012

Dec 08 20:56:23   sharpie                                                          I asked him
not to mention it in main again

Dec 08 20:56:53   sharpie
I was already talking to him
....

Dec 08 20:59:20   **AESCracked**
**i'm not a hacker.**

Dec 08 20:59:23   **AESCracked**
**i'm an ex-employee**

....

Dec 08 21:00:47   **AESCracked**
**user: anon1234**

Dec 08 21:00:50   **AESCracked**
**pass: common2**

Dec 08 21:01:23   **AESCracked**
**go fuck some shit up!**

Dec 08 21:01:29   sharpie
thanks very much

Dec 08 21:01:32   sabu
AESCracked: thank you.

On 01/09/2012, writer accessed
http://producermatthew.com/post/3943978239/statement-on-the-exposure-of-anonymous-hackers-by Gawker as
referenced by Kayla above.    This was a website by Producer Matthew which stated " I provided Gawker with just one of
dozens of logs that were taken during my two-month access to top level hackers within Anonymous.     In addition to
providing Gawker with one log, I proved the PBS NewsHour with a record back in December.     The site also read, "I am a
journalist best known for aggregating content on social media sites like Twitter and Tumblr. I work at Reuters in New York.

In light of the above exchange wherein Matthew Keys also known as AESCracked admitted to being a
former FOX40 employee, and turned over the usernames and password to Sharpie and others, Sacramento to open captioned
matter.

Re telcall,   Sacramento will work the case against Keys jointly with Los Angeles. Re telcall with AUSA
Segal, the case will be prosecuted in the Eastern District of California.

MK035941

MKP-0035846

To:   Los Angeles     From:  Sacramento
Re:   288A-SC-45485, 01/09/2012

**LEAD(s):**

**Set Lead 1:** (Info)

      <u>LOS ANGELES</u>

            <u>AT LOS ANGELES, CA</u>

            Read and clear.

♦♦

MK035942

MKP-0035847



# Exhibit B

FD-1057 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Initial Review of Computer Evidence          **Date:** 02/20/2013


**To:** Gabriel F. Andrews


**From:** SACRAMENTO
       SC-CY-1
         **Contact:** CAUTHEN JOHN M, 916-874-6492


**Approved By:** SSA SPRINGER SCOTT A


**Drafted By:** CAUTHEN JOHN M


**Case ID #:** 288A-SC-45485     (U) KEYS, MATTHEW TELEVISION STATION
                               FOX40 NEWS
                               LOS ANGELES TIMES-VICTIMS;
                               SENSITIVE INVESTIGATIVE MATTER
       288A-LA-258500    (U) MATTHEW KEYS; SHARPIE;
                               TRIBUNE MEDIA - VICTIM;
                               COMPUTER INTRUSION


**Synopsis:** (U) Some files were noted on computer evidence. These files were printed and emailed to AUSA.


**Full Investigation Initiated:** 01/17/2012


**Enclosure(s):** Enclosed are the following items:
1.  (U) Computer File Printouts


**Details:**


On 1/16/2013, writer viewed some files from a computer seized pursuant search warrant at the residence of Matthew Keys. Some of the files were printed and emailed to AUSA Matthew Segal. A copy of the files are included herein as 1A evidence. Note: The files do not represent the full scope of files germane to the case. This communication does not purport to be a full report of examination of the computer media seized and merely represents a cursory "first glance" of the evidence.

MK036096

MKP-0035994

Title:  (U) Initial Review of Computer Evidence
Re:  288A-SC-45485, 02/20/2013


The files include:Resignation letter of Matthew Keys from KTXL FOX40,
Logs showing computer connection of user with identity AESCracked to
IRC channel, IRC chats between sharpie and AESCracked discussing LA
Times hack, Results of hacking Los Angeles Times, Check between Matthew
Keys and Adrian Lamo, Timeline of Events created by Matthew Keys
entitled "Inside Internet Feds."


◆◆

MK036097

MKP-0035995

October 12, 2010


To: Brandon Mercer
News Director, KTXL FOX40
4655 Fruitridge Road
Sacramento, CA 95820


Mr. Brandon Mercer,

After some consideration, I have decided to resign my position as online news producer effective two weeks from the start of the next business day (October 27, 2010).

I appreciate the opportunity I've been given to work for KTXL FOX40 over the past two years.   I remain committed to bringing our product excellence during my final two weeks.

I ask that this letter be kept personal and confidential.


Warmest regards,

Matthew Keys
916-769-4493 • matthew@radiomatthew.com

1

MK036098

MKP-0035996







**sharpie (67.23.234.51)**

Style | Emoticons | Send File | Pending | | Invite | Add...

Contacts:
- OperationBigBlack — 364 members
- Internetfeds — 10 members
- Chronom
- Sabu
- AESCracked
- Avunit
- Dwazn
- evilworks
- glomexjaway
- Shiva
- xS
- Chitty
- sharpie — 67.23.234.51

Search Messages — Search

| Message | Time |
|---|---|
| Sabu: http://imgur.com/Zhzx15.jpg | 04:31am |
| I taught myself the dystem using ngarcia | 04:32am |
| *system | 04:32am |
| AESCracked: LOL | 04:32am |
| and had a whole front page layout made for the chicago tribune | 04:32am |
| AESCracked: is it live? | 04:32am |
| but dam there sysadmins were good | 04:32am |
| nah they killed me | 04:32am |
| that was up for 1/2 hr | 04:33am |
| AESCracked: Screenshot? | 04:33am |
| no | 04:33am |
| AESCracked: Sucks | 04:33am |
| the i menat the LA Times was up for 1/2 hr | 04:33am |
| AESCracked: i can grant you access again | 04:33am |
| that would be great | 04:33am |
| i know ho to use it now | 04:33am |
| AESCracked: Standby | 04:34am |
| AESCracked: Have to VPN to cover my tracks | 04:34am |
| AESCracked: Oh i already am, nvm | 04:34am |
| and i see that you can do a bunch of different layouts on different papers | 04:34am |
| and have them all go live at the same time | 04:34am |
| AESCracked: hang on. | 04:34am |
| AESCracked: Nope, i'm locked out for good. | 04:34am |
| fuck | 04:35am |
| AESCracked: :( | 04:35am |
| yeah | 04:35am |

MK036101

MKP-0035999



sharpie (67.23.234.51)

Operation Payback
364 members

Internetfeds
10 members

Chronom
SiteBot
AESCracked
Avunit
Dwaan
evilworks
glomex:away
Shiva
xS
Chitty

sharpie
67.23.234.51

AESCracked: damn they cut on my account
    and have them all go live at the same time    04:34am
AESCracked: hang on.    04:34am
AESCracked: Nope, I'm locked out for good.    04:35am
    fuck    04:35am
AESCracked: :(    04:35am
    yeah    04:35am
AESCracked: Let me see if I can find some other users/pass I created while there.    04:35am
    all those other accounts were dead in minutes and they found ngarcia damn quick    04:35am
    I got to give props to the sisadmins    04:36am
    *sysadmins    04:36am
AESCracked: LOL    04:38am
    anyjay?    04:38am
AESCracked: Not yet    04:38am
    kay bro    04:38am
AESCracked: Will check a little later for sure    04:38am
    afk 5 mins anyway    04:38am
    cool    04:38am
    :O    04:38am
AESCracked: I have a hard drive full of Tribune crap, but it's in another location.    04:39am
    thanks    04:39am
AESCracked: Sure thing    04:39am
    that was such a buzz having my edit    04:39am
    on the LA Times    04:39am
AESCracked: Nice    04:39am
    I could have done so much more if I'd known thr interface at the start    04:39am
    it's both easy and complicated    04:39am

Q Search Messages
Search

MK036102

MKP-0036000

# Los Angeles Times | NATION

## Pressure builds in House to elect CHIPPY 1337

**House Democratic leader Steny Hoyer sees 'very good things' in the deal cut which will see uber skid Chippy 1337 take his rightful place, as head of the Senate, reluctant House Democrats told to SUCK IT UP**

By CHIPPYS NO 1 FAN, Tribune Washington Bureau

*December 14, 2010 | 10:04 a.m.*

✉ E-mail  🖶 Print  ▲  ▼ Text Size

👍 Like  14 likes. Sign Up to see what your friends like.

Share

**RELATED**

Tax cuts will pass despite
Democratic uprising, Obama

MK036103

MKP-0036001

October 12, 2010

To: Brandon Mercer
News Director, KTXL FOX40
4655 Fruitridge Road
Sacramento, CA 95820

Mr. Brandon Mercer,

After some consideration, I have decided to resign my position as online news producer effective two weeks from the start of the next business day (October 27, 2010).

I appreciate the opportunity I've been given to work for KTXL FOX40 over the past two years.   I remain committed to bringing our product excellence during my final two weeks.

I ask that this letter be kept personal and confidential.

Warmest regards,

Matthew Keys
916-769-4493 • matthew@radiomatthew.com

1

MK036104

MKP-0036002

THIS IS WATERMARKED PAPER · DO NOT ACCEPT WITHOUT NOTING WATERMARK · HOLD TO LIGHT TO VERIFY WATERMARK

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

**Account:** ████ 6547                                                                $0.25

ADRIAN LAMO
CARMICHAEL, CA ████

*Please Direct Any Questions*
*To:* (800) 279-8300
ONLINE BANKING · BILL PAYMENT                35/1210          ████ 6010

BANK OF AMERICA, N.A.

MEMO: And thus, the world turns.

**December 28, 2006**

Pay **ZERO AND 25/100** ──────────────────────────────────────

**DOLLARS**      $ ********0.25

To
The
Order
Of

MATTHEW KEYS (DEPOSIT FOR)

CARMICHAEL, CA ████

Void After  180 DAYS.
*Signature On File*
This check has been authorized
by your depositor

██ 45  0 ██

ꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁꞁ. ████████

██████████████████████████████    00 25 ⎙

# INSIDE INTERNET FEDS

Overview: Internet Feds (#internetfeds) is a secret channel on the Anonymous IRC server. There were 30+ members of Internet Feds as of December 2010. The members of Internet Feds occasionally mingle in public rooms on the Anonymous server, but they do not disclose their activities outside of the channel.

INTERNET FEDS LEADERS:

- Chronom (tflow) – Internet Feds channel operator. Paypal scammer. Possibly from the United Kingdom (could not corroborate). "Traced" by Backtrace Security in March.

- Kayla – Claims to be a 16 year old blonde girl from France. Is not a French citizen, does not speak French, lives with her father. Some claim Kayla is really a male from New Jersey and goes by other names (could not corroborate).

- Sabu – Single, lives in New York City. Has adopted children. Works in information security.

OTHERS:

- Endika: An "Anonops" (Anonymous operator), or operator on the Anonymous server. Heads "Operation BOA" on #operationboa. Lives in Spain, works as a financial advisor for a bank.

---> Template settings show "Matthew Keys" created this document.

# TIMELINE OF EVENTS

December 8, 2010:

- Government username/passwords linked from the "topic" of #internetfeds. Link goes to an Etherpad containing a list of government usernames and passwords obtained from the Gawker userlist.

December 11, 2010:

- Passwords for various gaming websites released. The FTP accounts for THQ, Square Enix, Rockstar Games, Lucas Arts, SEGA and 2K Gamers were published in the #internetfeds chat room. The user/pass for these FTP accounts were retrieved from the Gawker database.

- Anonymous users "snowycloud" and "sfjkg" announce their resignation.

- "Operation Overload" announced.

- SQLi (database) for art.colorado.edu is posted in #internetfeds.

- Kayla announces she can obtain "root access" for the servers at Harvard University.

- Survey information from a website associated with the British Liberal Democrats political group is released. The hack was not performed by members of Internet Feds but was highly praised and publicized within the group.

December 12, 2010:

- At 12:08pm Pacific (20:08 GMT) Kayla announces the release of the Gawker database files, including 1.5 million usernames and passwords belonging to registered commenters of Gawker.com and related websites (Gizmodo, etc). The initial dump was 1GB, but was trimmed to 400MB after Kayla removed "the useless shit."

- At 12:49pm Pacific (20:49 GMT), Gawker.com acknowledges a breach had occurred. The group #gnosis claims responsibility for the attack. Kayla claims she is a member of #gnosis and takes responsibility in #internetfeds.

- #internetfeds member Commissar announces he will draft a press release and a message specifically for 4chan.org announcing the Gawker data dump.

- #internetfeds member Switch goes rogue, screws with the settings of the chat room, bans member Kayla which results in her absence for several days. Chronom (tflow) bans Switch, but doesn't discover the ban on Kayla's username until a few days later.

- Kayla releases the usernames and passwords of several Amazon.com employees after a DDoS attack on the website fails. (unfortunately, a record of this conversation was not created).

MK036107

MKP-0036005

December 18, 2010:

- Operation Overload is clarified as a mass defacement of Irish .edu (educational) and .gov (government) websites. A "defacement" involves replacing the content of a website (usually the homepage) with a message by Anonymous.

December 19, 2010:

- Chronom (tflow) reveals the Internet Protocol (IP) addresses for AMEDD, a communications management system used by the Pentagon.

December 20, 2010:

- Kayla says she could possibly acquire the Social Security Number of Switch (assuming he's American).

- #internetfeds member "root" says he has ties with the Canadian government.

- Kayla says she could "make their lives hell" if she could acquire the proper "dox" on certain people. "Dox" is short for "documents," relating to an individual's personal information, including name, address, phone numbers, social security or NHS number, etc.

- Kayla claims to have access to a "social media website," but does not say which site (speculation: Tumblr. Members of 4chan attempted to launch a DDoS attack on Tumblr in 2010. #internetfeds members speculate Digg)

- Kayla says she lives in France, but is not a French citizen and doesn't speak French.

- Kayla drops root:admin passwords for several "busyboxes"

- Kayla releases the administrative username and password for the main blog hosted by the Green Party of the United States. The owner of the website is the mayor of Greenwich, New York.

- Message floats around #internetfeds stemming from a conversation Chronom (tflow) had with Paypal. Chronom (tflow) used a false name while executing a scam against Paypal.

December 30, 2010:

- #internetfeds member "root" announced missing. Speculation among members that "root" was "v&" ("vanned," or arrested by the authorities). #internetfeds members suspect "root" was identified as a link in a Paypal scam under investigation by the FBI.

- Sabu accuses hacker Adrian Lamo (the man who turned in Wikileaker Bradley Manning) of "forcing himself on kids," expresses interest in DOXing Lamo.

December 31, 2010:

- Chronom (tflow) lists the stats of a created identity. The fake person will be the front for a Facebook profile Chronom (tflow) and other members of the #internetfeds will use to entrap a suspected rogue Anonymous member.
- Conversation with Anonymous member and Anonymous Operative "Endika" reveals he is a financial assessor for a bank in Spain. Endika is the leader of OperationBOA, an operation targeting Bank of America.

January 1, 2011:

- Mass paranoia in #OperationPayback over the identity of a hacker named "The Jester."
- Kayla reveals she has blonde hair.

January 2, 2011:

- Sabu shows off root usernames and passwords for jailbroken iPhone obtained through a security flaw. The passwords give access to a person's contact list, photos and other files stored on the iPhone (note: iPhones that are not jailbroken are not susceptible to the security flaw)

January 3, 2011:

- OpTunisia begins. Chronom (tflow) announces defacement of Tunisian government websites. Anonymous later claims responsibility of the defacement.

January 3, 2011:

- Chronom (tflow) posts a conversation with a reporter who goes by the username "SteveD3." Chronom (tflow) converses about a security flaw found within iPhones. Unknown if this is related to the security flaw discovered by Sabu.

January 5, 2011:

- Tred reveals stolen credit card numbers used to charge small donations to the Red Cross. Some of the credit card numbers are expired or have been canceled (a record of this exists but it's floating around my computer somewhere…trying to find it).
- Garrett confirms he and Kayla are two of the leading members of #gnosis, a group that claimed responsibility for the Gawker database dump.
- Garrett says ex-gnosis members Toblerone and nystr were suspected of giving interviews to the media as #gnosis shortly after the Gawker database dump. Garrett says those two members are not involved in #gnosis operations.

- Garrett says he is from Ohio
- Chronom (tflow) boots several members from #internetfeds in an attempt to secure the room.

MK036110

# INTERNET FEDS TARGETS

- Gawker (attacked)
- Gaming FTP accounts of THQ, Square Enix, Rockstar Games, Lucas Arts, SEGA and 2K Gamers (attacked)
- art.colorado.edu (access, not attacked yet)
- Harvard University (access, not attacked yet)
- AMEDDD Command Management System (Pentagon) (access, not attacked yet)
- An unnamed "major social media website" (access, attack pending)
- Green Party blog/website (defaced)
- Jailbroken iPhones (access, unknown if attacked)
- Amazon.com (access to employee accounts, attack pending)
- Tunisian government websites (defaced)
- Irish .gov websites (access, attack pending)
- Irish .edu websites (access, attack pending)

MK036111

MKP-0036009