BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

MYTHILI RAMAN
Acting Assistant Attorney General
U.S. Department of Justice, Criminal Division
JAMES A. SILVER
Trial Attorney, Computer Crime & Intellectual Property Section
1301 New York Avenue, Suite 600
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MATTHEW KEYS,<br><br>                              Defendant. | CASE NO. 2:13-CR-82 KJM<br><br>STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |

   Plaintiff United States of America ("the government"), by and through its counsel of record, and defendant Matthew Keys, by and through his counsel of record, hereby stipulate as follows:

   1.   The status conference currently scheduled for Wednesday, February 26, 2013, should be removed from the Court's calendar.

   2.   Defendant will be continuing to analyze the substantial amount of discovery in this matter, which discovery includes extensive logs from the entity described as the victim in the indictment.

Stipulation and [Proposed] Order to
Continue Status and Exclude Time

1

3. The time between February 26, 2013 and March 19, 2014 should be excluded from the computation of time under the Speedy Trial Act. The ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the facts set forth in ¶ 2, failure to grant this continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated:  February 24, 2014        /s/ Matthew D. Segal
                                 MATTHEW D. SEGAL
                                 Assistant United States Attorney

Dated:  February 24, 2014        /s/ James A. Silver
                                 JAMES A. SILVER
                                 Trial Attorney

Dated:  February 24, 2014        /s/ Jay Leiderman
                                 JAY LEIDERMAN
                                 TOR EKELAND

                                 Counsel for Defendant

SO ORDERED.

Dated:                           _____
                                 HON. KIMBERLY J. MUELLER
                                 UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order to
Continue Status and Exclude Time

2