UNITED STATES

                      Plaintiff(s),

                                    Case No. 2:13-cr-00082-KJM

v.

MATTHEW KEYS

                      Defendant(s).

      I, Meredith S. Heller attorney for Matthew Keys hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Tor Ekeland, P.C.

Address: 195 Plymouth Street, 5th Floor

City: Brooklyn

State: NY       ZIP Code: 11201

Voice Phone: (718) 285-6637

FAX Phone: (718) 504-5417

Internet E-mail: meredith@torekeland.com

Additional E-mail: mheller.esq@gmail.com

I reside in City: Brooklyn      State: NY

      I was admitted to practice in the Supreme Court, State of New York, Appellate Division, Second Department on February 15, 2008. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

1

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Jay Leiderman

Firm Name: Law Offices of Jay Leiderman

Address: 5740 Ralston Street, Suite # 300

City: Ventura

State: CA         ZIP Code: 93003

Voice Phone: (805) 654-0200 ext. 24

FAX Phone: (805) 654-0280

E-mail: jay@criminal-lawyer.me


Dated: 5/6/14                        Petitioner: /s/ Meredith Heller

ORDER

It is so ordered.

Dated: May 12, 2014.

_____
UNITED STATES DISTRICT JUDGE