BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

DAVID A. O'NEIL
Acting Assistant Attorney General
U.S. Department of Justice, Criminal Division
JAMES A. SILVER
Trial Attorney, Computer Crime & Intellectual Property Section
1301 New York Avenue, Suite 600
Washington, DC 20530
Telephone:  (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-82 KJM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| v. | |
| MATTHEW KEYS, | |
| Defendant. | |

   Plaintiff United States of America ("the government"), by and through its counsel of record, and defendant Matthew Keys, by and through his counsel of record, hereby stipulate as follows:

   1.   The status conference currently scheduled for Wednesday, May 21, 2014, should be removed from the Court's calendar and continued to May 28, 2014.

   2.   Counsel for both the United States and the defendant have been engaged in lengthy discussions in order to select a mutually-agreeable date for a reverse-proffer session.  Both parties in this case are represented by out-of-district counsel.  The reverse-proffer session has now been set for Tuesday, May 27, 2014.  Defense counsel have requested that certain digital evidence produced in

Stipulation and [Proposed] Order to
Continue Status and Exclude Time

1

discovery be reproduced in a different format by the government, and has also requested evidence from an out-of-district case.  The government is considering these requests, and the logistics of their execution.  The parties expect to use the May 27, 2014 session to meet and confer about the request. Defense counsel reasonably seek to set the reverse proffer and status conference during the same week.

       3.      AUSA Segal expects to be in trial before Judge Nunley between May 19, 2014 and May 21, 2014.

       3.      The time between May 21, 2013 and May 28, 2014 should be excluded from the computation of time under the Speedy Trial Act.  The ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  In light of the facts set forth in ¶ 2, failure to grant this continuance would unreasonably deny the government continuity of counsel and deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Dated:  May 14, 2014            /s/ Matthew D. Segal
                                       MATTHEW D. SEGAL
                                       Assistant United States Attorney

Dated:  May 14, 2014            /s/ James A. Silver
                                       JAMES A. SILVER
                                       Trial Attorney

Dated:  May 14, 2014            /s/ Jay Leiderman
                                       JAY LEIDERMAN
                                       TOR EKELAND
                                       MEREDITH HELLER

                                       Counsel for Defendant

SO ORDERED.

Dated:                                               _____
                                               HON. KIMBERLY J. MUELLER
                                               UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order to
Continue Status and Exclude Time