UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW KEYS,<br><br>　　　　　Defendant. | Criminal No. 2:13-cr-00082 KJM<br><br>**ORDER TO CONTINUE THE TIME FOR DEFENDANT'S TRIAL AND TRIAL CONFIRMATION HEARING**<br><br>Hon. Kimberly J. Mueller |

　　　　This matter having come before the Court on the joint application of Defendant Matthew Keys (by Tor B. Ekeland, Esq.) and Benjamin D. Wagner, United States Attorney for the Eastern District of California (by Matthew D. Segal, Assistant United States Attorney, Eastern District of California), for an order granting a continuance of the trial confirmation hearing in the above-captioned matter to January 14, 2015, and the continuance of the jury trial to February 2, 2015. The Defendant being aware that he has the right to have the matter brought to trial within 70 days of defendant's appearance before a judicial officer of this court under Title 18 of the United States Code, Section 3161(c)(1), and as the United States has consented to such a continuance, and for good and sufficient cause shown,

　　　　**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1. The Defendant's *pro bono* counsel requires more time to fully investigate the case and issue subpoenas for records;

2. The Government and Defendant are engaged in ongoing discovery;

3. Under Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS**, therefore, on this day of December 9, 2014,

**ORDERED** that this action be, and it hereby is, continued from the date of this Order through and including February 2, 2015; and it is further

**ORDERED** that the defendant's trial confirmation hearing and trial date shall be moved to January 14, 2015 and February 2, 2015, respectively;

**ORDERED** that any party that has already served any subpoena shall notify any subpoenaed person of the continued trial date;

**ORDERED** that appearance under any subpoenas already issued for the January 12, 2015 trial is continued to February 2, 2015;

**ORDERED** that the period from the date of this Order through and including February 2, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code Section 3161(h)(7).

DATED:  December 9, 2014

_____
UNITED STATES DISTRICT JUDGE