UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>    v.<br><br>MATTHEW KEYS,<br><br>           Defendant. | Criminal No. 2:13-cr-00082 KJM<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME FOR DEFENDANT'S TRIAL CONFIRMATION HEARING AND TRIAL**<br><br>Hon. Kimberly J. Mueller |

Defendant Matthew Keys (by Tor B. Ekeland, Esq.) and Benjamin D. Wagner, United States Attorney for the Eastern District of California (by Matthew D. Segal, Assistant United States Attorney, the Eastern District of California), hereby stipulate to the findings in the attached proposed order and request entry of the attached proposed order granting a continuance in the above-captioned matter of the Trial Confirmation Hearing to July 29, 2015 and Jury Trial to September 28, 2015.

/s/ Tor B. Ekeland
Tor B. Ekeland
Tor Ekeland, P.C.
195 Plymouth Street, 5th Fl.
Brooklyn, New York 11201
Tel:    (718) 285-9343
Fax:   (718) 504-5417
tor@torekeland.com
*Attorney for Defendant Matthew Keys*

/s/ Matthew D. Segal
Matthew D. Segal
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
Tel:    (916) 554-2700
Fax:   (916) 554-2900
Matthew.Segal@usdoj.gov