UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>v.<br><br>MATTHEW KEYS,<br><br>            Defendant. | Criminal No. 2:13-cr-00082 KJM<br><br>**MOTION TO CONTINUE THE TIME FOR DEFENDANT'S TRIAL CONFIRMATION HEARING AND TRIAL**<br><br>Hon. Kimberly J. Mueller |

This matter comes before the Court on the joint application of Defendant Matthew Keys (by Tor B. Ekeland, Esq.) and Benjamin D. Wagner, United States Attorney for the Eastern District of California (by Matthew D. Segal, Assistant United States Attorney, Eastern District of California), for an Order granting a continuance of the trial confirmation hearing and trial in the above-captioned matter to July 29, 2015 and September 28, 2015, respectively. The Defendant being aware that he has the right to have the matter brought to trial within 70 days of defendant's appearance before a judicial officer of this Court under Title 18 of the United States Code, Section 3161(c)(1), and as the United States has consented to such a continuance, and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1.      The Defendant's *pro bono* counsel Jay Leiderman has a trial conflict with the current trial confirmation hearing date and trial date, and the parties have discussed and agreed

upon a continuance of the trial confirmation hearing and trial. The Court already ordered exclusion of time through the current trial date of May 4, 2015 (Dkt 53).

    2.    Under Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

    3.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date from which this Order is granted to September 28, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS,** therefore, on this day of April ___, 2015

**ORDERED** that this action be, and it hereby is, continued from the date of this Order through and including September 28, 2015; and it is further

**ORDERED** that the defendant's trial confirmation hearing shall be moved to July 29, 2015.

**ORDERED** that the defendant's trial shall be moved to September 28, 2015.

**ORDERED** that any party that has already served any subpoena shall notify any subpoenaed person of the continued trial date;

**ORDERED** that appearance under any subpoenas already issued for the May 4, 2015 trial is continued to September 28, 2015;

**ORDERED** that the period from the date of this Order through and including September 28, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code Section 3161(h)(7).


DATED:     April ___, 2015


_____
UNITED STATES DISTRICT JUDGE