Tor Ekeland, Pro Hac Vice
tor@torekeland.com
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
Tel:  718-737-7264
Fax: 718-504-5147
www.torekeland.com

Jason S. Leiderman, SBN 203336
jay@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280
*Pro Bono Attorneys for Defendant Matthew Keys*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW KEYS,**<br><br>Defendant. | 2:13-CR-00082-KJM<br><br>**DEFENDANT'S NOTICE OF MOTION TO QUASH THE SUBPOENA TO GOOGLE, INC.**<br><br>Date:         September 10, 2015<br>Time:        9:00am<br>Place:        Courtroom 3 |

**PLEASE TAKE NOTICE THAT** on the above date and time, or as soon thereafter as the matter can be heard in the above courtroom or such other courtroom to which the motion is assigned, Defendant Matthew Keys, by and through counsel, will move the court to quash this subpoena or, in the alternative, to limit the subpoena in the manner described in the accompanying Memorandum In Support Of Defendant's Motion To Quash The Subpoena To Google, Inc.

DATED: August 20, 2015 Respectfully submitted,

/s/ Tor Ekeland

Tor Ekeland
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
tor@torekeland.com
(718) 737-7264
www.torekeland.com