# EXHIBIT A

Tor Ekeland, Pro Hac Vice
tor@torekeland.com
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
Tel:  718-737-7264
Fax: 718-504-5147
www.torekeland.com

Jason S. Leiderman, SBN 203336
jay@criminal-lawyer.me
Law Offices of Jay Leiderman
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel:  805-654-0200
Fax: 805-654-0280

*Pro Bono Attorneys for Defendant Matthew Keys*

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MATTHEW KEYS,<br><br>      Defendant. | CASE NO.  2:13-CR-0082 KJM<br><br>**STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Tor Ekeland, attorney for defendant Matthew Keys, and Paul Hemesath, Assistant United States Attorney, attorney for plaintiff, that the hearing on Defendant's motion to quash a subpoena be scheduled for September 25, 2015, at 2:00 p.m..  The parties further stipulate that the Government's response brief shall be due on September 10, 2015, and the Defendant's reply shall be due on September 17, 2015.

These requests are made jointly by the government and defense.

IT IS SO STIPULATED.

Dated:  September 1, 2015          /s/ TOR EKELAND
                                   TOR EKELAND
                                   Counsel for Defendant

Dated:  September 1, 2015          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ PAUL A. HEMESATH
                                   PAUL A. HEMESATH
                                   Assistant United States Attorney

## [PROPOSED] ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing on Defendant's Motion to Quash the Google Subpoena be scheduled for September 25, 2015 at 2:00pm.  The government's response brief shall be due on September 10, 2015, and the defendant's reply shall be due on September 17, 2015.

Hon. Allison Claire
UNITED STATES MAGISTRATE JUDGE