# EXHIBIT B

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| | ) | Case No. | 2:13-CR-00082-KJM |
| Matthew Keys | ) | | |
| *Defendant* | ) | | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Google, Inc.
      Legal Investigative Support
      1600 Amphitheatre Parkway
      Mountain View, CA 94043
      ███████████████████████

**YOU ARE COMMANDED** to produce documents as stated on the attachment to the United States Attorney's Office before the trial date below regarding this criminal case.

| Place of Appearance: | U.S. COURTHOUSE AND FEDERAL BUILDING 501 I STREET, SACRAMENTO, CA 95814  CHECK IN AT: U.S. ATTORNEY'S OFFICE, 501 I STREET, 10TH FLOOR SACRAMENTO, CA 95814 | Courtroom No.: | Honorable Kimberly J. Mueller 15th Floor, Courtroom 3 |
|---|---|---|---|
| | MAILING ADDRESS: U.S. ATTORNEY'S OFFICE, 501 I STREET, STE 10-100 SACRAMENTO, CA 95814 | Date and Time: | September 28, 2015 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**PLEASE SEE ATTACHMENT – YOU WILL BE CONSIDERED IN COMPLIANCE WITH THIS SUBPOENA IF YOU PROVIDE THE RECORDS TO: AUSA ███████████, AT THE ADDRESS LISTED BELOW OR E-MAIL THEM DIRECTLY TO ███████████████████.**

Date:   July 29, 2015

*Marianne Matherly, CLERK OF COURT*

*[signature]*

*Signature of Clerk or Deputy Clerk*

The name, address, and telephone number of the attorney representing United States of America, who requests this subpoena, is:

███████████████████
███████████████████
███████████████████

ATTACHMENT TO TRIAL SUBPOENA FOR GOOGLE, INC.

The following records and information associated with the e-mail account ▇▇▇▇▇▇▇▇▇▇▇@gmail.com from September 5, 2010 to January 19, 2011.

1. Names (including subscriber names, user names, and screen names);
2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
3. Local and long distance telephone connection records;
4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
5. Length of service (including start date) and types of services utilized;
6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobil Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));
7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP")address);
8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

You are to provide this information, if available, as data files on CD-ROM or other electronic media or by facsimile to ▇▇▇▇▇▇▇▇, or via email to ▇▇▇▇▇▇▇▇▇▇▇▇.