# Exhibit A

# Analysis of Electronic Evidence from:

1. Tribune Company server logs

2. Overplay logs

3. Email provider records

4. Internet Service Provider (AT&T) records

5. Items recovered from Defendant's digital devices; and

6. Internet Relay Chat logs recovered from search warrant in Ohio

# On IRC channel #internetfeds:

- 08/Dec/2010:17:57 Los Angeles Time*    AESCracked: It takes a while to grant one username permission to every site

- 08/Dec/2010:17:57 Los Angeles Time    AESCracked: Im doing that now.
- 08/Dec/2010:18:00 Los Angeles Time    AESCracked:yes, those are the three cms that this user/pass gives access to

- 08/Dec/2010:18:00 Los Angeles Time    AESCracked:user: anon1234
- 08/Dec/2010:18:00 Los Angeles Time    AESCracked:pass: common2
- 08/Dec/2010:18:01 Los Angeles Time    AESCracked: go fuck some shit up!
- 08/Dec/2010:18:05 Los Angeles Time    sharpie: fuck
- 08/Dec/2010:18:05 Los Angeles Time    sharpie: we're in
- 08/Dec/2010:18:05 Los Angeles Time    sharpie: thanks bro
- 08/Dec/2010:18:10 Los Angeles Time    Sabu: I am looking through these accounts. anon1234 stands out like a sore thumb. we need to blend in better amongst these other users

- 08/Dec/2010:18:11  Los Angeles Time    AESCracked: if you're on the assembler site, scroll down on the left to "user preferences." click on  that, then click "edit users"  when it says "find user," type "anon1234" into username then click "find

*Converted to Los Angeles Time from Eastern Time throughout presentation.

# At the same time, Tribune Server Logs show IP address 80.74.135.87 is connected

- 80.74.135.87 -                               08/Dec/2010:17:57:04  -  0800] "      POST /access/savegroups.ldap HTTP/1.1" 200 578 "https://assembler.tribuneinteractive.com/access/editgroups.ldap?username=anon1234" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

IP address 80.74.135.87 was logged onto the server and referencing username anon1234 on December 8, 2010 at about 5:57 PM (Los Angeles Time).

- December 8, 2010, is the first appearance of the username "anon1234" and the IP address 80.74.135.87 in the Tribune Server Logs.

# From Overplay

- UserName | NASIPAddress    | AcctStartTime        | AcctStopTime          | FramedIPAddress | CallingStationId
  keysjom    | 80.74.135.87      | 2010-12-09 01:31:39 | 2010-12-09 03:57:46 | 10.12.0.10           | 75.53.168.11

- Uses London, United Kingdom local time.

# How Overplay Works



IP 75.53.168.11



IP 80.74.135.87

# Time Comparison Between Tribune Server Logs, Overplay Logs, and IRC Logs

- 80.74.135.87 -                08/Dec/2010:17:57:04 -           0800] "  POST      /access/savegroups.ldap HTTP/1.1" 200 578 "https://assembler.tribuneinteractive.com/access/editgroups.ldap?username=anon1234" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8

- UserName | NASIPAddress   | AcctStartTime        | AcctStopTime          | FramedIPAddress | CallingStationId
keysjom    | 80.74.135.87   | 2010-12-09 01:31:39 | 2010-12-09 03:57:46 | 10.12.0.10      | 75.53.168.11

- 08/Dec/2010:17:57 Los Angeles Time          AESCracked: It takes a while to grant one username permission to every site
- 08/Dec/2010:17:57 Los Angeles Time          AESCracked: Im doing that now.
- 08/Dec/2010:18:00 Los Angeles Time          AESCracked:yes, those are the three cms that this user/pass gives access to
- 08/Dec/2010:18:00 Los Angeles Time          AESCracked:user: anon1234
- 08/Dec/2010:18:00 Los Angeles Time          AESCracked:pass: common2
- 08/Dec/2010:18:01 Los Angeles Time          AESCracked: go fuck some shit up!

# According to Overplay, who is keysjom?

- Forename: Matthew
- Surname: Keys
- email: ████████████████@gmail.com
- Signup Date: 2010-09-05 07:59:56
- Signup IP: 75.53.168.11
- Payment made via Google Checkout UK

# mkeys and IP 75.53.168.11

- At FOX40 News, Matthew Keys was assigned username mkeys.

- mkeys was associated 184 times with IP address 75.53.168.11 between June 7, 2010 and October 21, 2010.

- There were only 10 entries where mkeys did not use this IP on the server.

# User Agent String

- 80.74.135.87 -           08/Dec/2010:17:57:04 -         0800] "    POST        /access/savegroups.ldap HTTP/1.1" 200 578 "https://assembler.tribuneinteractive.com/access/editgroups.ldap?username=anon1234" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"


- All mkeys entries had the same user agent string indicating use of an Apple computer using a Firefox browser.

# Screenshot of Firefox browser in use on an Apple computer - found on Keys' Apple laptop



# Emails Sent to FOX40 News

From: Fox Mulder [mailto:foxmulder4099@yahoo.co.uk]
Sent: Wednesday, December 01, 2010 3:36 PM
Subject: Santa's Lap

We have obtained the email addresses of several hundred Fox 40 viewers who have registered in the "iPad Giveaway" contest. To show this message is legitimate, some of the email addresses are:



████████@comcast.net
██████@sbcglobal.net
██████@aol.com
██@comcast.net
██████@yahoo.com

Feel free to look them up in your content management system. Those, along with several hundred other names, will be sent a special message within the next few days regarding the registration process on Fox40.com as well as their entry into the "rigged" contest.

This notification is a courtesy to you so that you may contact your viewers ahead of our special message.

Happy Festivus

foxmulder4099@yahoo.co.uk

The first suspicious email received, asserting that an email list had been stolen by a person purporting to be foxmulder4099@yahoo.co.uk.

# Do the Tribune Server Logs Show Someone Accessing the Email List?

75.53.168.11 - - **[03/Nov/2010:02:38:44 -0700] "GE**T /rc/edit-newsletter.ui?id=543 HTTP/1.1" 200 3802
"https://assembler.tribuneinteractive.com/rc/list-newsletter.ui" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8)
Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [03/Nov/2010:02:39:53 -0700] "GET /access/**emailpage**.ui?**username=test1234** HTTP/1.1" 200 178316
"https://assembler.tribuneinteractive.com/common/navigation.ui" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8)
Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [03/Nov/2010:02:39:53 -0700] "GET /images/buttons/ok.gif HTTP/1.1" 200 312
"https://assembler.tribuneinteractive.com/access/**emailpage**.ui?u**sername=test1234**" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-
US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [03/Nov/2010:02:40:30 -0700] "GET /taxonomy/list-prodaffiliate-topicgalleries.ui HTTP/1.1" 200 63795
"https://assembler.tribuneinteractive.com/common/navigation.ui" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8)
Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [03/Nov/2010:02:41:07 -0700] "GET /content/list-xmltemplate.ui HTTP/1.1" 200 28689
"https://assembler.tribuneinteractive.com/common/navigation.ui" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8)
Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [03/Nov/2010:02:41:20 -0700] "GET /taxonomy/search-pa-topics.ui?productaffiliate=**ktxl** HTTP/1.1" 200 24523
"https://assembler.tribuneinteractive.com/taxonomy/list-prodaffiliate-topicgalleries.ui" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-
US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

These are log entries from November 3, 2010, showing references to
"emailpage" and "ktxl" from an IP associated with mkeys, and the mkeys
user agent string.   The associated username is test1234.

# Accessing the Email List?, cont'd.

"
75.53.168.11 - - [22/Nov/2010:03:02:36 -0800] "GET /access/emailpage.ui?username=test5678 HTTP/1.1" 200
187976 "https://assembler.tribuneinteractive.com/common/navigation.ui" "Mozilla/5.0 (Macintosh; U; Intel
Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [22/Nov/2010:03:02:36 -0800] "GET /images/buttons/leftarrow.gif HTTP/1.1" 200 120
"https://assembler.tribuneinteractive.com/access/emailpage.ui?username=test5678" "Mozilla/5.0 (Macintosh;
U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [22/Nov/2010:03:02:37 -0800] "GET /access/ldap/user/find.jsp HTTP/1.1" 200 3172
"https://assembler.tribuneinteractive.com/common/navigation.ui" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X
10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [22/Nov/2010:03:02:37 -0800] "GET /images/buttons/ok.gif HTTP/1.1" 200 312
"https://assembler.tribuneinteractive.com/access/emailpage.ui?username=test5678" "Mozilla/5.0 (Macintosh;
U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [22/Nov/2010:03:02:37 -0800] "GET /images/buttons/rightarrow.gif HTTP/1.1" 200 120
"https://assembler.tribuneinteractive.com/access/emailpage.ui?username=test5678" "Mozilla/5.0 (Macintosh;
U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [22/Nov/2010:03:02:43 -0800] "POST /access/ldap/user/finduser.ldap HTTP/1.1" 200 3478
"https://assembler.tribuneinteractive.com/access/ldap/user/find.jsp" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X
10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

These are more log entries showing references to "emailpage" from the IP
associated with mkeys, and the mkeys user agent string.  The date is
November 22, 2010.  The associated username is test5678.

# What IP addresses are related to getting "emailpage?"

75.53.168.11 - - [03/Nov/2010:02:39:53 -0700] "GET /access/emailpage.ui?username=test1234 HTTP/1.1" 200 178316 "https://assembler.tribuneinteractive.com/common/navigation.ui" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [03/Nov/2010:02:39:53 -0700] "GET /images/buttons/ok.gif HTTP/1.1" 200 312 "https://assembler.tribuneinteractive.com/access/emailpage.ui?username=test1234" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [22/Nov/2010:03:02:36 -0800] "GET /access/emailpage.ui?username=test5678 HTTP/1.1" 200 187976 "https://assembler.tribuneinteractive.com/common/navigation.ui" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [22/Nov/2010:03:02:36 -0800] "GET /images/buttons/leftarrow.gif HTTP/1.1" 200 120 "https://assembler.tribuneinteractive.com/access/emailpage.ui?username=test5678" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [22/Nov/2010:03:02:37 -0800] "GET /images/buttons/ok.gif HTTP/1.1" 200 312 "https://assembler.tribuneinteractive.com/access/emailpage.ui?username=test5678" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
75.53.168.11 - - [22/Nov/2010:03:02:37 -0800] "GET /images/buttons/rightarrow.gif HTTP/1.1" 200 120 "https://assembler.tribuneinteractive.com/access/emailpage.ui?username=test5678" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

A search of the entire database for the term "emailpage" between June 7, 2010 and December 1, 2010 shows only one IP address - 75.53.168.11.

Only one IP address in the database appeared to take the email database belonging to Fox40 News.

- IP address 75.53.168.11 – which was previously associated with Matthew Keys.

# Foxmulder4099 emails KTXL - FOX40 News

From: Fox Mulder [mailto:foxmulder4099@yahoo.co.uk]
Sent: Wednesday, December 01, 2010 3:36 PM
Subject: Santa's Lap

We have obtained the email addresses of several hundred Fox 40 viewers who have registered in the "iPad Giveaway" contest. To show this message is legitimate, some of the email addresses are:



Feel free to look them up in your content management system. Those, along with several hundred other names, will be sent a special message within the next few days regarding the registration process on Fox40.com as well as their entry into the "rigged" contest.

This notification is a courtesy to you so that you may contact your viewers ahead of our special message.

Happy Festivus

foxmulder4099@yahoo.co.uk

The first suspicious email received, asserting an email list had been stolen by a person purporting to be foxmulder4099@yahoo.co.uk.

# IP address 91.214.168.172 was also used to access the foxmulder4009 email account

- According to Yahoo! Inc.,  IP address 91.214.168.172 logged into its email server to access the foxmulder4009 account on:
  - December 3, 2010        10:47 PM
  - December 4, 2010        1:45 AM
  - December 4, 2010        5:35 AM
  - December 4, 2010        4:28 PM
  - December 5, 2010        2:07 AM
  - December 5, 2010        8:46 PM
  - December 6, 2010        1:53 AM
  - December 6, 2010        6:48 AM

# IP address 91.214.168.172 alternates between logging into the Tribune server and the foxmulder4099 email account.

- December 3, 2010   22:47 PM - IP 91.214.168.172 logs into foxmulder4099  e-mail account.
- December 4, 2010   1:45 AM- IP 91.214.168.172 logs into foxmulder4099  e-mail account.
- 91.214.168.172 - - [04/Dec/2010:02:41:41 -0800] "GET / HTTP/1.1" 200 1781 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- December 4, 2010   5:35 AM- IP 91.214.168.172 logs into foxmulder4099  e-mail account.
- December 4, 2010   16:28 PM- IP 91.214.168.172 logs into foxmulder4099  e-mail account.
- 91.214.168.172 - - [04/Dec/2010:16:31:30 -0800] "GET / HTTP/1.1" 200 1781 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- December 5, 2010   2:07 AM- IP 91.214.168.172 logs into foxmulder4099  e-mail account.
- December 5, 2010   20:46 PM- IP 91.214.168.172 logs into foxmulder4099  e-mail account.
- 91.214.168.172 - - [05/Dec/2010:21:07:00 -0800] "GET / HTTP/1.1" 200 1781 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- December 6, 2010   1:53 AM- IP 91.214.168.172 logs into foxmulder4099  e-mail account.
- 91.214.168.172 - - [06/Dec/2010:04:37:49 -0800] "GET /common/welcome.jsp HTTP/1.1" 200 1325 "https://assembler.tribuneinteractive.com/access/loginmodule.ldap" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- December 6, 2010   6:48 AM- IP 91.214.168.172 logs into foxmulder4099  e-mail account.
- 91.214.168.172 - - [06/Dec/2010:21:18:09 -0800] "GET /stylesheets/ui.css HTTP/1.1" 200 7252 "https://assembler.tribuneinteractive.com/" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

# Observation

- IP 91.214.168.172 was used to access both the Tribune server and the foxmulder4099 email account, on one occasion accessing both within less than four minutes.

# User Agent String is Same as mkeys

- Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

# IP address 91.214.168.172 was used by keysjom

- According to Yahoo,  IP address 91.214.168.172 logged into its email server.
- According to Overplay this IP was used by keysjom.
- There is a time difference of about 15 minutes between the two computer systems*

- December 4, 2010                06:47 AM – In Range with  28 MIN TO SPARE
- keysjom   | 91.214.168.172 | 2010-12-04 06:29:44 | 2010-12-04 07:15:17 | 10.10.0.234    | 69.106.226.212

- December 4, 2010                07: 04 AM -  in Range with 11 MIN TO SPARE or 14 MIN EARLY
- keysjom   | 91.214.168.172 | 2010-12-04 06:29:44 | 2010-12-04 07:15:17 | 10.10.0.234    | 69.106.226.212
- keysjom   | 91.214.168.172 | 2010-12-04 07:18:36 | 2010-12-04 07:25:01 | 10.10.0.234    | 69.106.226.212

- December 4, 2010                09: 45 AM  - 10 MIN EARLY
- keysjom   | 91.214.168.172 | 2010-12-04 09:55:00 | 2010-12-04 10:46:11 | 10.10.0.234    | 69.106.226.212

- December 4, 2010                13: 35 PM – 12 MIN EARLY
- keysjom   | 91.214.168.172 | 2010-12-04 13:47:49 | 2010-12-04 14:01:09 | 10.10.0.234    | 69.106.226.212

- December 5, 2010                00: 28 AM – 15 MIN EARLY
- keysjom   | 91.214.168.172 | 2010-12-05 00:43:06 | 2010-12-05 00:57:58 | 10.10.0.234    | 69.106.226.212

- December 5, 2010                10 07 AM – 15 MIN EARLY
- keysjom   | 91.214.168.172 | 2010-12-05 10:22:09 | 2010-12-05 10:27:44 | 10.10.0.234    | 69.106.226.212

- December 6, 2010                04 46 AM – 2 MIN EARLY
- keysjom   | 91.214.168.172 | 2010-12-06 04:48:48 | 2010-12-06 05:05:41 | 10.10.0.234    | 75.53.168.11

- December 6, 2010                09:53 AM – 12 MIN EARLY
- keysjom   | 91.214.168.172 | 2010-12-06 10:05:49 | 2010-12-06 10:13:35 | 10.10.0.234    | 75.53.168.11

- December 6, 2010                14 48 PM - -13 MIN EARLY
- keysjom   | 91.214.168.172 | 2010-12-06 15:01:06 | 2010-12-06 15:07:31 | 10.10.0.234    | 75.53.168.11

- * If 15 min is subtracted for each log entry of Overplay computer 91.214.168.172, the times match. So, for this IP the clock should be subtracted by 15 minutes.

# The e-mailer used different email addresses, including cancerman4099@yahoo.co.uk.

From: Cancer Man <cancerman4099@yahoo.co.uk>
Date: December 2, 2010 10:24:57 PM PST
Subject: the million dollar cash grab scam


THE FOLLOWING MESSAGE WILL BE SENT AT MIDNIGHT TONIGHT


Earlier this week, you registered to win an iPad on FOX40.COM in the station's iPad Festivus Giveaway. You may have received an email asking you to watch out for a "very important, very special message."

This is just one in a series of messages you'll receive over the next few days. Do not be alarmed, your email address will not be sold by us to any third-parties, and we don't have any personal identifying information. What Fox 40 or another company chooses to do with your information is up to them.

The chances of you winning an iPad are slim to nil. The contests at Fox 40 are not "rigged" per se, but they are very poorly handled.

Take, for example, Fox 40's "$1 million cash grab" contest held earlier this year as part of a ratings stunt at Fox 40 and several other Tribune-owned stations. The winner? One Dominic Farinha, a former politician who sat on the Patterson City Council. Go ahead, google his name. What more deserving person for a Fox station to award nearly $8,000 to than a former politician?

How did Farinha get to the $1 million pool of cash? Farinha had to be one of several dozen finalist who landed a spot as the 40th caller to a special hotline established by Fox 40. A staff member at Fox 40 was in charge of "opening the phone lines" as soon as the number flashed on the screen. But not everyone saw the number at the same time.

The Fox 40 staffer was usually watching a monitor tuned to Comcast cable channel 8, then the in-house television system for the station. Anyone watching on DirecTV, Dish Network, AT&T UVerse or digital television through an antenna wouldn't see that number for another five to fifteen seconds, depending on the system. By the time those viewers saw the number, the winner had already been declared.

In fact, a Fox 40 producer was in charge of keeping track of every 40th caller "qualifier," and one question they had to ask the qualifier was which method a winner was watching television. The majority of qualifiers said comcast.

Why? Anyone watching on analog Comcast no doubt won the prize, because they had the advantage of seeing the number at the exact same time as the Fox 40 producer.
But why would Fox 40 choose a Comcast system as their method to monitor when a phone number would pop up on a screen? Were they deliberately giving Comcast customers an advantage over others because Comcast --- like Cache Creek Casino, Silverado, and Ikea --- pour more money into Fox 40 television than any other advertiser in the Sacramento area?

Fox 40's close-knit relationship with Comcast meant analog cable subscribers saw an upper-hand at a chance to win $1 million, while other subscribers were left at a disadvantage.

So what does this mean about the station's handling of the ipad giveaway to coincide with the fictitious holiday Festivus? Look for another message from us soon.

# Cancer Man sent another email to Fox 40 customers

| | |
|---|---|
| **Subject:** | **somebody's watching you?** |
| **From:** | Cancer Man |
| **Date:** | 12/3/2010 3:53:41 PM |
| **Message Body** | |

CLASSIFIED?

Every time you register with Fox 40 and Tribune company's so-called "simple sign-on registration" through their website, you're giving the company access to your Facebook, your Twitter, your email, passwords...and even your credit card information.

"Sign up for Fox40Rewards.com with your credit card and earn 250 more points," Natalie Bomke and Kristina Werner said in television commercials promoting the Greenlinks partnership with the television station. Ever wonder what they're doing with your credit card information? Could the station and the company be spying on you, turning your credit card statement into advertising GOLD?

How safe is your information every time you 'like' Fox 40 on Facebook, follow them on Twitter or give your credit card information to them through the Rewards program? Is the station and their parent company Tribune using your personal information to check your email, look at your credit card statements and 'hack' into your Facebook and Twitter?

Look for a special message concerning your privacy, Fox 40 and the Tribune company. The message will arrive in your inbox sometime between midnight Saturday and midnight Sunday. It just may change the way you view their station forever.

# One e-mail stated "watch yourselves fox 40" and referenced Matthew Keys

| Message0116 | |
|---|---|
| **Subject:** | **Re: Donating** |
| **From:** | Cancer Man |
| **Date:** | 12/3/2010 4:32:05 PM |
| **To:** | Email Center |
| **Message Body** | |

watch yourselves fox 40.

_____

From: Email Center <EmailCenter@email.cancer.org>
To: cancerman4099@yahoo.co.uk
Sent: Fri, 3 December, 2010 16:28:50
Subject: Donating

Thank you for contacting the American Cancer Society. Your question will be answered within 3-5 business days. If you need immediate information, please call 1-800-ACS-2345.

This was an online inquiry about:
Donating

MESSAGE:
I would love to give all that I can to make up for my insensitivity to those who have been diagnosed and their families coping through this devastating disease.

EMAIL:
cancerman4099@yahoo.co.uk
Would like to be contacted by email? yes

YOUR CONTACT INFORMATION:
NAME:
Matthew Keys

ADDRESS:

Sacramento California

PHONE:

EXTENSION:

Thank you for visiting cancer.org.

# Another email from Cancer Man mentioned "a determined insider" and "going rogue"

| Message0139 | |
|---|---|
| Subject: | Going Rogue |
| From: | Cancer Man |
| Date: | 12/5/2010 4:36:28 AM |
| Message Body | |

There is a new urgency to addressing information security inside corporations and a reminder of its limits when confronted with a determined insider.

At risk are companies' secrets – e-mails, documents, databases and internal websites that are thought to be locked to the outside world. Companies create records of every decision they make.

Although it is easy, technologically, to limit who in a company sees specific types of information, many companies leave access too open. Despite the best of intentions, mistakes happen and settings can become inadvertently broad, especially as networks grow more complex with reorganizations and acquisitions.

Even when security technology is doing its job, it is a poor match if someone with legitimate access decides to go rogue <http://en.wikipedia.org/wiki/Going_Rogue:_An_American_Life> .

# Who was cancerman4099?

- On December 11, 2010 at 19:25 GMT, IP address 91.214.168.172 logged into the email account cancerman4099@yahoo.co.uk.

- Overplay Server IP address 91.214.168.172 was in use by IP address 75.53.171.204 at that time.

| keysjom  | 91.214.168.172  | 2010-12-11 16:57:00 | 2010-12-11 20:25:55 | 75.53.171.204*

# AT&T customer  @att.net

| sbcgnfttxaccountid: 103631274 | | | | |
|---|---|---|---|---|
| TXID | DATE | RC | Message | Key/Vals |
| BBNMS.disconnectport.pnode5a.110428031922.97211 | 04/28/2011 05:19:22 | 100 | OK Port Deleted | ban: 103631274 [H]<br>port: SCRQCAGZ---01CAB101A-1-1-1-37 [H] |
| DHCP.mod.pnode2.101208201317.3647 | 12/08/2010 22:13:17 | 100 | Ok | ban: 103631274 [H]<br>sbcgnfttxassociateduid: ███████@att.net [H]<br>sbcgnfttxdhcprelayaddress: 75.53.168.2 [H]<br>ip: 75.53.171.204 [H]<br>rg: 00D09E-160919016380 [H]<br>siteid: 010462766 [H]<br>circuit: A6/MCXX/606260//PT [H]<br>port: SCRQCAGZ---01CAB101A-1-1-1-37 [H] |

According to AT&T, its customer was using IP address 75.53.171.204 from 12/8/2010 to 4/28/2011.

# AT&T Customer Records



- Matthew Keys was assigned this IP address at his home in Sacramento.

# Summary

- On December 11, 2010, Matthew Keys's residential AT&T IP address connected to Overplay and was assigned IP address 91.214.168.172.  The Overplay IP address 91.214.168.172 was then used to check the cancerman4099@yahoo.co.uk email account.

# What Happened to Samantha Cohen's account, "sscholbrock?"

- Samantha Cohen was an employee at FOX40 News. She used account "sscholbrock."

- Between December 6 and 8, 2010, she had trouble accessing her account.  Her password did not seem to be working even after it was changed.

# Samantha Cohen's account, cont'd.

- This entry from the early morning of December 6, 2010, shows the account being edited.

- 91.214.168.172 - - [06/Dec/2010:04:38:17 -0800] "POST /access/saveuser.ldap HTTP/1.1" 200 584 "https://assembler.tribuneinteractive.com/access/ldap/user/edituser.ldap?username=sscholbrock" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

- About four hours later, Cohen (sscholbrock) reported she was trying to log in and her password did not work.  She asked for it to be reset and it was.

# Samantha Cohen's account, cont'd.

- Then on December 8, 2010, the account is edited again.

- 91.214.168.172 - - [08/Dec/2010:09:08:37 -0800] "POST /access/saveuser.ldap HTTP/1.1" 200 584 "https://assembler.tribuneinteractive.com/access/ldap/user/edituser.ldap?username=sscholbrock" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

- About two hours later, Cohen (sscholbrock) reported her new password had stopped working and asked that it be reset.  It was.  A new account, sscholbrock2 was also created.

# Samantha Cohen's account, cont'd.

- Then on December 14, 2010,  both accounts are edited.
  - 91.214.168.172 - - [14/Dec/2010:07:44:56 -0800] "POST /access/saveuser.ldap HTTP/1.1" 200 6652 "https://assembler.tribuneinteractive.com/access/ldap/user/edituser.ldap?username=sscholbrock2" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
  - 91.214.168.172 - - [14/Dec/2010:07:45:01 -0800] "POST /access/saveuser.ldap HTTP/1.1" 200 7576 "https://assembler.tribuneinteractive.com/access/ldap/user/edituser.ldap?username=sscholbrock" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

- About two hours later, Cohen reported that her new account and old account were no longer accepting her log on information.

# In summary,

- On three occasions, the user from IP address 91.214.168.172 made changes to Cohen's accounts which resulted in her being locked out.

- In each instance, the mkeys user agent string was present.

# After LA Times is Attacked, Keys's AT&T IP address continues to appear in the Tribune Server logs

# IP address 75.53.171.204, appears in the Tribune Server Logs in January 2011

- 75.53.171.204 - - [02/Jan/2011:05:02:59 -0800] "GET / HTTP/1.1" 200 1781 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- 75.53.171.204 - - [02/Jan/2011:05:02:59 -0800] "GET /stylesheets/ui.css HTTP/1.1" 200 7252 "https://assembler.tribuneinteractive.com/" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- 75.53.171.204 - - [02/Jan/2011:05:03:00 -0800] "GET /favicon.ico HTTP/1.1" 200 3574 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- 75.53.171.204 - - [02/Jan/2011:05:03:00 -0800] "GET /images/buttons/login.gif HTTP/1.1" 200 334 "https://assembler.tribuneinteractive.com/" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- 75.53.171.204 - - [02/Jan/2011:05:03:00 -0800] "GET /images/ti.jpeg HTTP/1.1" 200 17924 "https://assembler.tribuneinteractive.com/" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- 75.53.171.204 - - [02/Jan/2011:05:03:03 -0800] "GET /favicon.ico HTTP/1.1" 200 3574 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- 75.53.171.204 - - [02/Jan/2011:05:03:04 -0800] "POST /access/loginmodule.ldap HTTP/1.1" 200 1859 "https://assembler.tribuneinteractive.com/" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"
- 75.53.171.204 - - [02/Jan/2011:05:03:07 -0800] "GET /favicon.ico HTTP/1.1" 200 3574 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

# IP addresses 75.53.171.204 and 75.53.168.11

- "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"   - still containing the mkeys user agent string

# Where Else Do We See IP address 75.53.171.204?

- From at least December 12, 2010 through about January 5, 2011, IP address 75.53.171.204 is associated with the nickname AESCracked on IRC Channels.

# Here are some samples:

Dec 12 17:31:02 *   *** Notice -- Client connecting at lexus.anonops.eu: AESCracked__ (AESCracked@75-53-171-204.lightspeed.nscrca.sbcglobal.net)

Dec 13 03:09:48 *   *** Notice -- Client exiting at fancy.anonops-irc.com: AESCracker!AESCracker@75-53-171-204.lightspeed.nscrca.sbcglobal.net (Ping timeout)

Dec 15 13:21:53 *   *** Notice -- Client connecting at osiris.anonops.net: AESCracked (AESCracked@75-53-171-204.lightspeed.nscrca.sbcglobal.net)

Dec 27 21:19:45 *   *** Notice -- Client connecting at irc.anonops.co.uk: AESCracked (AESCracked@75.53.171.204)
---------------------------------
Jan 04 14:37:56 <AESCracked>   I cannot get in to internetfeds :(
Jan 04 14:37:58 <AESCracked>   help me for raeps plz.
Jan 04 14:38:09 *   [AESCracked] (~AESCracke@my.vhost): AESCracked
Jan 04 14:38:09 *   [AESCracked] is using modes +iwrxt
Jan 04 14:38:09 *   [AESCracked] is connecting from *@75-53-171-204.lightspeed.nscrca.sbcglobal.net 75.53.171.204

----------------------
Jan 04 21:52:39 <Global>    NickServ: AESCracked!AESCracked@75-53-171-204.lightspeed.nscrca.sbcglobal.net identified for nick AESCracked
Jan 04 21:52:44 <Global>    AESCracked joins #internetfeds

# Search Warrant Results

- Matthew Keys's computer had this on it:

# It is a screen shot containing items from the Tribune Company Content Management Server

trb.tii.o2.ktxl.custservice
trb.tii.o2.ktxl.edit
trb.tii.o2.ktxl.delete
trb.tii.o2
trb.tii.o2.ktxl.edit.submit
trb.tii.httpd.o2
trb.tii.o2.ktxl.config
trb.tii.o2.ktxl.conveyor
trb.tii.o2.ktxl.automation
trb.tii.o2.ktxl.layout
trb.tii.o2.ktxl.theme

# Here are some details about the screenshot.

trb.tii.o2.ktxl.custservice
trb.tii.o2.ktxl.edit
trb.tii.o2.ktxl.delete
trb.tii.o2
trb.tii.o2.ktxl.edit.submit
trb.tii.httpd.o2
trb.tii.o2.ktxl.config
trb.tii.o2.ktxl.conveyor
trb.tii.o2.ktxl.automation
trb.tii.o2.ktxl.layout
trb.tii.o2.ktxl.theme

The file was called:

files\Screen shot 2010-12-11 at 11.32.28 AM.png

The file was created on:

**Created Date**                    12/11/2010 11:32:33 AM

# What do the Tribune Server Logs from this date and time contain?

- IP address 91.214.168.172 was logged on with account test1234.

- 91.214.168.172 - - [11/Dec/2010:11:32:26 -0800] "GET /access/ldap/user/edituser.ldap?username=test1234 HTTP/1.1" 200 7363 "https://assembler.tribuneinteractive.com/access/ldap/user/finduser.ldap" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8"

  — The User Agent String was the same as before.

- From Overplay:

- keysjom  | 91.214.168.172 | 2010-12-11 16:57:00 | 2010-12-11 20:25:55 | 10.10.0.234    | 75.53.171.204

# Summary

- The image depicted data that came from the Tribune Server on December 11, 2010.

- The image was obtained by the user of IP address 91.214.168.172.

- IP address 91.214.168.172 was assigned to Matthew Keys (keysjom) who accessed it from his home in Sacramento.

- The image was found on Matthew Keys's computer.

# Matthew Keys's computer had this on it:



# The picture was created on Matthew Keys computer:



The time stamps show this picture was created on December 15, 2010 at 4:32 AM Los Angeles Time.

# What else is happening at this time?

# As this Screenshot from Keys's Computer Shows, AESCracked Was Chatting With Sharpie



# What else was happening at this time?



| Created Date | 12/15/2010 4:45:34 AM |
|---|---|
| Modified Date | 12/15/2010 4:45:34 AM |

This picture was also created a few minutes later.

# The chat continues



# From the Tribune logs at this same time…

| | | | | | |
|---|---|---|---|---|---|
| 91.214.168.172 | - | - | [15/Dec/2010:04:33:53 | -0800] | "GET / HTTP/1.1" 200 1781 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8" |
| 91.214.168.172 | - | - | [15/Dec/2010:04:33:56 | -0800] | "GET /favicon.ico HTTP/1.1" 200 3574 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8" |
| 91.214.168.172 | - | - | [15/Dec/2010:04:34:12 | -0800] | "POST /access/loginmodule.ldap HTTP/1.1" 200 1859 "https://assembler.tribuneinteractive.com/" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Fi |
| 91.214.168.172 | - | - | [15/Dec/2010:04:34:15 | -0800] | "GET /favicon.ico HTTP/1.1" 200 3574 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8" |
| 91.214.168.172 | - | - | [15/Dec/2010:04:34:37 | -0800] | "POST /access/loginmodule.ldap HTTP/1.1" 200 1859 "https://assembler.tribuneinteractive.com/access/loginmodule.ldap" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1 |
| 91.214.168.172 | - | - | [15/Dec/2010:04:34:40 | -0800] | "GET /favicon.ico HTTP/1.1" 200 3574 "-" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1.9.2.8) Gecko/20100722 Firefox/3.6.8" |
| 91.214.168.172 | - | - | [15/Dec/2010:04:34:41 | -0800] | "POST /access/loginmodule.ldap HTTP/1.1" 200 1859 "https://assembler.tribuneinteractive.com/access/loginmodule.ldap" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1 |
| 91.214.168.172 | - | - | [15/Dec/2010:04:34:44 | -0800] | "POST /access/loginmodule.ldap HTTP/1.1" 200 1859 "https://assembler.tribuneinteractive.com/access/loginmodule.ldap" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1 |
| 91.214.168.172 | - | - | [15/Dec/2010:04:34:47 | -0800] | "POST /access/loginmodule.ldap HTTP/1.1" 200 1859 "https://assembler.tribuneinteractive.com/access/loginmodule.ldap" "Mozilla/5.0 (Macintosh; U; Intel Mac OS X 10.6; en-US; rv:1 |

# From #internetfeds IRC Channel

- Dec 20 17:13:19 <kayla> :o?
- Dec 20 17:13:28 <Chronom> :O
- Dec 20 17:14:15 <AESCracked> o.O
- Dec 20 17:14:46 <Chronom> Still sellin' those emails, AESCracked?
- Dec 20 17:14:57 <AESCracked> I haven't sold an e-mail list to anyone dude.
- Dec 20 17:15:16 <Avunit> Whos in the market for e-mails?
- Dec 20 17:16:24 <root`work> spamz0rs
- Dec 20 17:16:39 <AESCracked> I has emails to give to teh spamz0rs.

# #Target

- Dec 08 20:53:12 <Random`> Hit authorize.
- Dec 08 20:53:13 <AESCracked> if you want to attack fox news, pm me. i have a user/password for their cms
- Dec 08 20:53:15 <Satori> By attacking paypal, we ruin our reputation. I say we attack the payment servers secure.whatever for both paypal and visa
- Dec 08 20:53:17 <spac> dowjones=publicity
- Dec 08 20:53:18 <Minilogue> Vote authorize.net - 2 . We could hit visa Where it hurts!.
- Dec 08 20:53:18 <montezuma> oh.
- Dec 08 20:53:18 <WiKiLeAdEr> be intelligent not just revengeful
- Dec 08 20:53:20 <toxology> anondesu: But the public does not see

# From #OperationPayback IRC Channel

- Dec 10 21:41:10 <mauro> dont attack media!

- Dec 10 21:41:10 <Anon123456789> i can't get i

- Dec 10 21:41:11 <Anon123456789> n

- Dec 10 21:41:12 * AESCracked suggests targeting FOX News
  Dec 10 21:41:13  178.63.172.193 hive is down

# From #command IRC

- Dec 08 20:53:38 <iowa> lithium it hsoul d be telling you which chan is +N

- Dec 08 20:53:42 <lsis> its -N now

- Dec 08 20:53:44 <iowa> leave that channel

- Dec 08 20:53:55 <ToMz> (AESCracked) *pm me for fox news password into their cms*

- Dec 08 20:54:04 <lsis> wtf Dec 08 20:54:10 <ToMz> wat do ^

# #OperatonPayback

- Dec 09 07:54:12 * EvilBoat has kicked teddde from #OperationPayback (Watch your language!)
- Dec 09 07:54:12 <odalfe> !botnum
- Dec 09 07:54:13 * EvilBoat has kicked odalfe from #OperationPayback (Watch your language!)
- Dec 09 07:54:15 <paull> can someone pm me what has happened the last about 5 hours please Dec 09 07:54:15 <amanikos> paypal ha
- Dec 09 07:54:17 <AESCracked> I've already given Ops the user/pass to several FOX websites.s slowed down or is it me?
- Dec 09 07:54:17 <aveit23> !botnum
- Dec 09 07:54:18 * EvilBoat has kicked aveit23 from #OperationPayback (Watch your language!)
- Dec 09 07:54:18 <ziltoid> only fire where we need to, we'll probably be jumped back to mastercard.com later
- Dec 09 07:54:19 <Anonlolle> Fox News is just for the lulz and the white trash trailer rage
- Dec 09 07:54:21 <JAM> !botnum Dec 09 07:54:21 * EvilBoat sets ban on *!*@IT.IN
- Dec 09 07:54:21 * EvilBoat has kicked JAM from #OperationPayback (Watch your language!)
- Dec 09 07:54:21  can anyone link me to instructions for hiding LOIC from my ISP? I've got plenty of bandwidth to spare Dec 09 07:54:21 <calatalee> >####On behalf of #propaganda please spread http://pastebin.com/XYSN27EK to your local news media####< Dec 09 07:54:22 <AESCracked> The backend of their CMS.

# #OperationPayback

- Dec 14 15:29:46 <Raphael> works for chrome xp
- Dec 14 15:29:49 <n3ot0xin> http://boards.808chan.org/tpb/
- Dec 14 15:29:50 <AESCracked> Anyone interested in defacing FOX, LA Times?
- Dec 14 15:29:55 <Raphael> no media
- Dec 14 15:29:58 <Snotbox> What's the point of ddosing aklagare.se?
- Dec 14 15:29:58 <n3ot0xin> yes AES
- Dec 14 15:30:07 <rand0m> lol ... AESCracker ... you little angry man
- Dec 14 15:30:08 <AESCracked> I have users/pass into their CMS.
- Dec 14 15:30:10 <God> http://www.limeradio.net/listen/wmp :: Radio:Payback -- KORAX LIVE ON AIR
- Dec 14 15:30:10 <God> http://www.limeradio.net/listen/wmp :: Radio:Payback -- KORAX LIVE ON AIR Dec 14 15:30:11 <God> http://www.limeradio.net/listen/wmp :: Radio:Payback -- KORAX LIVE ON AI

# #OperationPayback

- Dec 10 21:43:57 <Mike3620> ^^ an example

- Dec 10 21:43:58 <JulianAssange> Julian Assange here

- Dec 10 21:43:58 <AESCracked> FOX News is not media. it's "infotainment" for inbreds. I say we target them.

- Dec 10 21:43:58 <stilgar> terrorist terrorist terrorist.... every force that has voice it's own is called terrorist by the establishment

# #Internetfeds

- Dec 09 18:31:52 * Now talking on #internetfeds
- Dec 09 18:31:52 * Topic for #internetfeds is: Welcome. We are the Internet feds. | Everything that is shared here is private and must remain in this channel unless stated otherwise. |
- Dec 09 18:31:52 * Topic for #internetfeds set by xS at Thu
- Dec 09 14:59:49 2010 Dec 09 18:31:53 * LOIC_UIRXWT gives channel operator status to iowa
- Dec 09 18:32:01 <IOU> Can we remove the auto invite on my nick?
- Dec 09 18:33:57 <AESCracked> Yet another reason the Times must be demolished.
- Dec 09 18:33:57 <AESCracked> http://latimesblogs.latimes.com/the_big_picture/2010/12/why-the-wikileakers-are-not-quite-rosa-parks.html
- Dec 09 18:35:48 * LOIC_UIRXWT invited kayla into the channel.
- Dec 09 18:35:54 * LOIC_UIRXWT gives channel operator status to kayla
- Dec 09 18:36:03 <kayla> holy fucking cock :3 Dec 09 18:36:12 <kayla> i been trying for ages to get tonnected ;_;
- Dec 09 18:36:24 <kayla> "MAX CONNECTION ERROR" :(

# #OperationPayback

- Dec 09 08:41:19 <pongdu> where is target?
- Dec 09 08:41:20 <ruimm> still bombarding
- Dec 09 08:41:22 <[Z]Anon> No one's annonimous here.
- Dec 09 08:41:22 <lulzzzzz> Schnecke> WHAT ?
- Dec 09 08:41:23  upgoat/repost --> http://www.reddit.com/r/reddit.com/comments/eiwte/operation_payback_manifesto_from_anonymous_indybay/
- Dec 09 08:41:23 * PD_ is now known as PD
- Dec 09 08:41:24 <AESCracked> Members of the media: I am a former journalist.
- Dec 09 08:41:24 <wooshka> !hivestatus
-