# Exhibit A

#**Target**

> Dec 08 20:53:13 <AESCracked>
> if you want to attack fox news, pm me. i have a user/password
> for their cms
>
> Dec 08 20:53:35 <AESCracked>
> *pm me for fox news password into their cms*

#**OperationPayback**

> Dec 08 20:43:15 <AESCracked>
> If you're interested in hacking a FOX News site, I have a
> user/pass to the backend CMS for FOX40.com
>
> Dec 08 20:44:47 <sharpie>
> AESCracked: srs?
>
> ...
>
> Dec 09 07:54:17 <AESCracked>
> I've already given Ops the user/pass to several FOX websites.
>
> Dec 09 07:54:22 <AESCracked>
> The backend of their CMS.
>
> Dec 09 08:41:24 <AESCracked>
> Members of the media: I am a former journalist.
>
> Dec 10 21:40:28 *
> AESCracked wants us to target FOXNews.com
>
> Dec 10 21:41:12 *
> AESCracked suggests targeting FOX News
>
> Dec 10 21:41:29 <anon73858>
> never the media
>
> Dec 10 21:41:45 <AESCracked>
> FOX News is not "media"
>
> Dec 10 21:43:58 <AESCracked>
> FOX News is not media. it's "infotainment" for inbreds. I
> say we target them.
>
> Dec 10 21:44:18 <mek>
> AESCracked, you're correct, but people percieve them to be
> media, and that would be very bad for us
>
> Dec 10 21:45:10 *

*[Handwritten margin notes:]* I recollect being in this Chat room. I do not recall making these statements but that does not mean ... they were not made.

MK036089

MKP-0035988

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

Dec 08 20:59:20 <AESCracked>
i'm not a hacker.
Dec 08 20:59:23 <AESCracked>
i'm an ex-employee

Dec 08 20:59:25 <sharpie>
[02:00] <AESCracked>  that is known as "oxygen/assembler."
it is their old cms. you can publish content, change user
settings, all sortsof shit.

Dec 08 20:59:27 <sharpie>
[02:00] <AESCracked>  http://p2p.tribuneinteractive.com

Dec 08 20:59:28 <sharpie>
[02:00] <AESCracked> that is their wysiwyg website
builder/content publisher. also controls their
user-generated content where available.

Dec 08 20:59:30 <sharpie>
yeah

Dec 08 20:59:35 <AESCracked>
finally, this is their video cms

Dec 08 20:59:40 <AESCracked>
http://vidauth.tribune.com

Dec 08 20:59:48 <Sabu>
hi AESCracked.

Dec 08 20:59:51 <AESCracked>
is this where i should put the superuser username and
passcode?

Dec 08 20:59:54 <AESCracked>
hi sabu

Dec 08 21:00:30 <sharpie>
http://assembler.tribuneinteractive.com

Dec 08 21:00:31 <sharpie>
 http://p2p.tribuneinteractive.com

Dec 08 21:00:33 <sharpie>
http://vidauth.tribune.com

Dec 08 21:00:38 <sharpie>
yeah AESCracked

Dec 08 21:00:44 <AESCracked>
yes, those are the three cms that this user/pass gives access
to

MK036090

MKP-0035989

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of

On

, Page

```
Dec 08 21:00:47 <AESCracked>
user: anon1234

Dec 08 21:00:50 <AESCracked>
pass: common2

Dec 08 21:01:23 <AESCracked>
go fuck some shit up! MK

Dec 08 21:01:29 <sharpie>
thanks very much

Dec 08 21:01:32 <sabu>
AESCracked: thank you.

Dec 08 21:01:45 <Sabu>
AESCracked: question; do you have access to their internal
servers? filesystems?

Dec 08 21:01:52 <AESCracked>
i do not.

Dec 08 21:02:10 <Sabu>
AESCracked: ok. what about email server? do they use
webmail/exchange/anything interesting?

Dec 08 21:02:26 <AESCracked>
they have microsoft exchange.

Dec 08 21:02:42 <Chronom>
AESCracked, can you paste everything here?
http://internetfeds.prvt.org:9000/tz24eSD8Lc

Dec 08 21:02:45 <AESCracked>
i have vpn ip addresses if that helps?

Dec 08 21:03:00 <Sabu>
AESCracked: do you have access into their vpn?

Dec 08 21:03:05 <AESCracked>
not anymore.

Dec 08 21:03:08 <AESCracked>
ex employee remember?

Dec 08 21:03:54 <Sabu> AESCracked: understood. does not hurt
ot ask :)

Dec 08 21:04:37 <AESCracked>
i just typed in that pad link you sent me.
```

MK036091

MKP-0035990

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of
On
, Page

Dec 08 21:04:47 <AESCracked>
does the text autosave or do i need to press something to
save it?

Dec 08 21:05:02 <Sabu>
autosaves

Dec 08 21:05:26 <sharpie>
fuck

Dec 08 21:05:30 <sharpie>
we're in

Dec 08 21:05:34 <sharpie>
thanks bro

Dec 08 21:05:55 <AESCracked>
if you want the largest impact:

Dec 08 21:06:18 <AESCracked>
target the chicago tribune, the los angeles times, wpix, ktla,
kcpq, ktxl, wgn-tv, antenna tv

Dec 08 21:06:39 <Kayla>
stick a big fucking Operation Payback logo on it

Dec 08 21:06:45 <AESCracked>
also, tribune wises up. they deleted a superuser account of
mine two weeks after it was created. they're not the fastest
bunch, but they're close.

Dec 08 21:06:57 <AESCracked>
oh, and any station in connectic.
Dec 08 21:07:02 <AESCracked>
wtic, hartford courant...

Dec 08 21:07:10 <AESCracked>
those are tribune's bread and butter assets.

Dec 08 21:07:41 <AESCracked>
but if you want to make the largest impact, the ones to target:
chicago tribune, la times, ktla, ktxl, and wpix

Dec 08 21:07:50 <Chronom>
AESCracked, can you post that foxnews stuff too to the pad?

Dec 08 21:08:08 <AESCracked>
i don't have access to foxnes.com -- they're a separate
company.

Dec 08 21:08:20 <AESCracked>

MK036092

MKP-0035991

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of
On
, Page

just local fox affiliates. smaller, fox-owned tv stations
and tribune newspapers in america.

Dec 08 21:08:38 <Chronom>
Sorry, I meant fox40

Dec 08 21:08:53 <AESCracked>
oh fox40 is a part of the tribune company. ₩

Dec 08 21:09:06 <Chronom>
so those logins will be for everything?

Dec 08 21:09:27 <AESCracked>
yes

Dec 08 21:09:30 <AESCracked>
absolutely

Dec 08 21:09:31 <AESCracked>
http://en.wikipedia.org/wiki/Tribune_Broadcasting

Dec 08 21:09:37 <AESCracked>
that's a list of their stations. note the ones that say "fox"
next to them.

Dec 08 21:09:50 <Sabu>
I am looking through these accounts. anon1234 stands out like
a sore thumb. we need to blend in better amongst these other
users

Dec 08 21:10:23 <AESCracked>
okay. create a fictitious name then.

Dec 08 21:10:54 <AESCracked>
if you're on the assembler site, scroll down on the left to
"user preferences." click on that, then click "edit users"₩

Dec 08 21:11:16 <AESCracked>
when it says "find user," type "anon1234" into username then
click "find"

Dec 08 21:11:19 <Sabu>
AESCracked: working on it mate. gracias :)

Dec 08 21:14:04 <AESCracked>
i'm looking through my manuals, trying to see if i can find
other stuff

Dec 08 21:19:35 <Sabu>
AESCracked: we're poking around. I'm honestly looking for
a way into the server.

Dec 08 21:39:23 <AESCracked>

MK036093

MKP-0035992

FD-302a (Rev. 10-6-95)
Continuation of FD-302 of

On
, Page

Dec 08 22:00:02 <AESCracked>
so i'm guessing you didn't see the link that said "edit web
servers?"

Dec 08 22:01:52 <AESCracked>
it has dns names and doc roots and a ton of other shit.

Dec 08 22:03:08 <Sabu>
thats on the tribune cms?

Dec 08 22:03:11 <AESCracked>
yes.

Dec 08 22:03:17 <AESCracked>
go to http://assembler.tribuneinteractive.com

Dec 08 22:03:18 <AESCracked>
log in.

Dec 08 22:03:36 <AESCracked>
under "superuser," scroll down to "oontent support tables"
and click "edit web servers"

Dec 08 22:03:43 <AESCracked>
..."superuser" is on the left.

Dec 08 22:03:59 <AESCracked>
sorry, to clarify...click on "superuser" then scroll down
to "content support tables"

Dec 08 22:05:21 <Sabu>
nice I see that

Dec 08 22:05:23 <Sabu>
good info to have

Dec 08 22:07:08 <AESCracked>
here is a manual

Dec 08 22:07:08 <AESCracked>
https://assembler.tribuneinteractive.com/docs/

I may have
said this, but
I don't recall

MK036094

MKP-0035993