# EXHIBIT A



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/07/2015

**SENSITIVE PATIENT MEDICAL INFORMATION**
Maintain and use only if necessary for official duties and disseminate only to persons with a need to know; safeguard and protect from inadvertent disclosure.

    Jerry DelCore, previously interviewed, met with writer at his office located in Sacramento, CA and provided documents. Copies of the documents are attached hereto as 1A evidence. The documents included emails, a worksheet showing loss calculations as a result of a compromised email database, and general records pertaining to Matthew Keys. SA Cauthen reviewed the loss calculation worksheet and asked for clarification on various issues. DelCore provided the following clarifications:

    1) Mr. Kersting was the CEO of Tribune in December 2010. He requested updates from DelCore on a regular basis following the compromise of the email database in December 2010. Mr. Schonbak was the Chief Operating Officer for Tribune at the time. He was based in San Diego and also required updates.

    2) Greenlinks is the name of the database which was compromised. Greenlinks was a contact list of customers used used as a marketing and revenue generating database by FOX40 News. Customers who were part of the database also provided credit card numbers and other information in addition to just their email address. When customers made purchases using the credit cards, FOX40 received a portion of these revenues. When the database was compromised people cancelled their participation. After the database was compromised, it took three years to rebuild.

    3) For the Ipad contest, there was a loss of $15,000 as a result of the compromise. Part of this was ill will generated as a result of the compromise.

    4) The net loss of $200,000 was calculated at $10.00 per customer.

Investigation on   12/19/2014   at   Sacramento, California, United States (In Person)

File #   288A-SC-45485, 288A-LA-258500     Date drafted   12/22/2014

by   CAUTHEN JOHN M

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

MKP-0102053

    5) The current revenue loss was based on the fact that FOX40 would sell air time to advertisers. As part of this, FOX40 would send messages to the database. The $25,000 figure was the calculation of revenue loss from being able to send messages. Also, the station sold directly via the database. For example, customers purchased "golf cards" for $2,500 which enabled them to play at various golf courses. This revenue stream went away when the database was compromised.

    6) News ratings actually declined as a result of the compromise. This happened because the database provided an incentive for customers to watch the news. When the database went away, the motivation for the audience to watch also went away and ratings declined accordingly. At the time, the market was valued at $163 million. A 1% share amounted $1.6 million.

    7) After the compromise, FOX40 had to rebuild the database. Out of the original 20,000 accounts in the database, only 1,000 were retained as the database had to start anew. It took three years to build it back up to its prior level.

    8) Taking everything into account, the loss was $929,977.00. Del Core felt this estimate was conservative.

12/15/14

Kersting - CEO of Tribune
(Chicago Tele... - requesting
updates. →
Mg Shoubak - COO. →
(San Diego)

Greenland - name of data
e-mail contact list...
impacted D.b. →
people put in VISA n cc
#. Those people (cancelled
(Fox)
Transaction - we just n
% of revenue
loss db of 28k people
took 3 years to g re-built.
w/ another co. -
For IPM contact
$15,k. loss → part
of this was ill will and
generated we lost Re

MKP-010205

benefit of buying these projects.
net loss — 200k
each person $10.00
we lost it, → it took
years to build the database
(e-mail list)
$25K → sell program
to Advertisers we would
send messages to the
database. (value to advertisers)
— we also sold — things e.g.
"Golf cards" → people
would buy $2500 card.
IV for 78 golf games
to play golf at golf
courses around town.
— That went away.

MKP-010205

News Ratings — declined.
$163 million is size of TV market
1/1 = 1.6 million.

The database went away
The reason for those people to watch
went to DB went away — The motivation for audience went away a
ratings declined.

[ out of 20,000
only 1,000 were
retained. (5 in return) ]

(we did this analysis.)

Net lost of all Rei
= 929K.

Client trip
(mar 4-12.)

MKP-01020

**Valuation on time/disruption of business**

**Meetings**

| | | | |
|---|---|---|---|
| 1.) | Brandon & John Cauthen | 1 | $75.00 |
| 2.) | Jerry, Brandon & Cauthen | 1 | $225.00 |
| 3.) | Jerry and Cauthen | 1 | $150.00 |
| 4.) | Jerry with Brandon | 5 (1/2 hour meetings) | $562.50 |

**Emails**

| | | | |
|---|---|---|---|
| 1.) | Brandon to John Cauthen | 1/1 + research | $225.00 |
| 2.) | Sam Cohen w/ corporate | 14 emails from 12/6/22010 thru 12/14/2010 | $700.00 |
| 3.) | Brandon to Chuck Sennet | 3 emails/FOX Mulder emails/FBI (5 emails) | $975.00 |
| 4.) | Brandon to Jerry | Draft for approval/FOX Mulder Court Docs/FOX Mulder Emails/Santa's Lap/iPad Contest | $1,125.00 |
| 5.) | Sam to News Managers (8) | FOX Mulder Court Documents | $450.00 |
| 6.) | Brandon to Jerry, News Mgrs, Charlier, Gable, Sennet and Saunders FOX Mulder update | | $1,425.00 |
| 7.) | Brandon to Gable, Cauthen, Sennet, Kersting | 3 emails | $6,015.00 |
| 8.) | Brandon to Jerry, Gable, Jedlinski and Sennet | Cancer Man aka FOX Mulder/Cancer Man Update | $1,475.00 |
| 9.) | Jerry to Kersting and Schonbak | 1/1/1 | $3,450.00 |
| 10.) | Cancerman4099 to Brandon | 20+/too many | $1,550.00 |
| | Thread of 20 emails include Brandon & FOX Mulder, Joseph Huerta to FOXMulder4099 | | |
| 11.) | FOXMudler4099 to Brandon | Santa's Ear/iPad Contest/ | $150.00 |
| 12.) | Brandon to Jerry and Ray Nelson | | $275.00 |
| 13.) | Brandon to Ray | Try to block access to all others | $125.00 |
| 14.) | Viewer emails | Initiated a chain of 4 emails + conversations 4 hours estimated in meetings | $1,500.00 |
| 15.) | Jedlinski to Brandon | | $325.00 |
| 16.) | Brandon to Jerry, Friedman, Saunders, Conhain, Bernard, Nelson, Silverman and Jedlinski "This is what FOX Mulder is doing to us" | | $1,025 |
| 17.) | Mohanani to Brandon | Viewer email – FOX40 sold my info! | $75.00 |
| 18.) | Brandon to News Department and Department Heads | | $850.00 |
| 19.) | Brandon to News Department and Jerry | | $2,500.00 |
| 20.) | Troy to Brandon | "30 minutes spent with upset viewers"/impact Kathy Paez & Bhavisha Patel/+1 | $200.00 |
| 21.) | Troy to News Department | | $150.00 |
| 22.) | Huerta to FOX Mulder | | $50.00 |
| 23.) | FOX Mulder to Jerry | | $150.00 |
| 24.) | Charles Bernard to Brandon | | $125.00 |

25.) FOX Mulder emails to Jordan DeNoon, Josh Baar, Mark Demsky, Bill Hudson, Charles Bernard, Tim King and Brandon RE: Santa's Lap email                           $375.00

**Phone calls**

| | | |
|---|---|---|
| 1.) FOX40 Rewards Members | 21 (1/2 hour each on average) | $787.50 |
| 2.) Brandon with Cauthen | 1 hour ? | $75.00 |
| 3.) Brandon with Keys | 4 hours ? | $300.00 |
| 4.) Jerry with Kersting and Schonbak | 2 (1/2 hour) | $1,150.00 |
| 5.) Jerry with Schonbak | 5 (1/2 hour) | $1,625.00 |
| 6.) Jerry with Cauthen | 4 (1/2 hour) | $150.00 |

**Greenlinks Database loss**

1.) iPad Contest                                                   Estimated loss: $15,000.00

2.) Database impact
   lost database of 20,000 viewers; had to find a new vendor & rebuild a new database.
                                                                  Estimated loss: $200,000.00

**Financial impact of Database loss**

Current revenues                                          Estimated loss: $25,000.00

Forward revenues                                        Estimated loss: $250,000.00

Note: Took three (3) years to build new database back to 2011 level of 20,000 viewers

**Rating impact**

News ratings A2554           Morning news declined .1 (5 hours)

                             Early news declined .4 (1/2 Hour)

                             Late news increased .2 (1 hour)

**Financial impact of rating decline**

Financial Impact             Total market revenue = $163,875,000

                             1% = $1,638,450

                             .1% = 163,845

                                                        Estimated loss: $409,612.00

                                                        (from am news rating losses)

(-.4 early news and +.2 late news effectively cancel each other out)

## Total Loss estimate:   $929,977.00

**Values of Manager time usage:**

1.) Sr. Executives          $500/hour
2.) Sr. Managers           $250/hour
3.) General Manager     $150/hour
4.) Staff Managers        $75/hour
5.) Staff Employees      $50/hour