UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*United States v. Matthew Keys*
2:13-CR-00082 (KJM)

# EXHIBIT LIST

| Presiding Judge:<br>Hon. Kimberly J. Mueller | | Plaintiff's Attorney:<br>United States | | Defendant's Attorney:<br>Tor Ekeland, Mark Jaffe, Jay Leiderman | | | |
|---|---|---|---|---|---|---|---|
| Trial Dates:<br>Sept. 28, 2015 – Oct. 13, 2015 | | Court Reporter: | | Courtroom Deputy:<br>Casey Schultz | | | |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | | Bates No. | Description |
| | | | | | | MKP-0099949 | Brandon Mercer email re: loss amount. |
| | | | | | | MKP-0099951 | Brandon Mercer email re: loss amount. |
| | | | | | | MKP-0099952 | Brandon Mercer email re: loss amount. |
| | | | | | | MKP-0099958 | Brandon Mercer email re: loss amount. |
| | | | | | | MKP-0099966 | Brandon Mercer email re: loss amount. |
| | | | | | | MKP-0099993 | Brandon Mercer email re: loss amount. |
| | | | | | | MKP-0100041 | Brandon Mercer email re: FBI interaction on 12/3/15 |
| | | | | | | MKP-0100071 | Brandon Mercer email. |
| | | | | | | MKP-0100452 | Email re hourly rates |
| | | | | | | MKP-0100460 | Brandon Mercer email re: hourly investigation costs |
| | | | | | | MKP-0101174 | Brandon Mercer email |

*United States v. Matthew Keys*
2:13-CR-00082 (KJM)

# EXHIBIT LIST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | MKP-0101176 | Brandon Mercer email |
| | | | | | | MKP-0035750 | Brandon Mercer FBI 302 interview. |
| | | | | | | MKP-0035921 | Unclassified FBI Report on Tribune Co's alleged losses. |
| | | | | | | MKP-0001507 | Tribune Company Incident Report on LA Times Article Editing |
| | | | | | | MKP-0000117 | Spreadsheet of hourly rates for LA Times Article editing investigation. |
| | | | | | | MKP-0099765 – 0099850 | FBI Transcript of Keys interrogation in New Jersey |
| | | | | | | MKP-0102385 – 0102387 | Tim Rodriguez FBI 302 Interview |
| | | | | | | NA | CV of Special Agent Patrick M. Geahan |
| | | | | | | NA | Hector Xavier Monsegur a.k.a. "Sabu" Plea Hearing Transcript (11-CR-666, SDNY) |
| | | | | | | NA | Hector Xavier Monsegur a.k.a. "Sabu" Indictment (11- |

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*United States v. Matthew Keys*
2:13-CR-00082 (KJM)

**EXHIBIT LIST**

|  |  |  |  |  |  |  | CR-666, SDNY) (ECF #10) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | NA | Audio Recording of Brandon Mercer phone call to Matthew Keys |
|  |  |  |  |  |  | NA | Audio recordings of Matthew Keys interrogation in New Jersey |