1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   CHRISTOPHER S. HALES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  LESLIE R. CALDWELL
   Assistant Attorney General
7  United States Department of Justice, Criminal Division
   JAMES SILVER
8  Deputy Chief for Litigation
   Computer Crime and Intellectual Property Section
9  Washington, DC 20530
   Telephone: (202) 514-1026
10
   Attorneys for Plaintiff
11 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-82 KJM |
| Plaintiff, | UNITED STATES' PROPOSED VOIR DIRE |
| v. | Trial Date: Sept. 28, 2015<br>Time: 8:30 a.m. |
| MATTHEW KEYS, | Court: Hon. Kimberly J. Mueller |
| Defendant. | |

In addition to the Court's normal voir dire questions, the United States requests that the Court ask the following of the venire:

1. Do any of you have any religious or moral beliefs that would make it difficult for you to render a judgment or verdict in a criminal case?

2. Do any of you have any vision or hearing problems? Does anyone here have any kind of medical condition, or is anyone taking any kind of medication, that might make it difficult to stay awake and alert

during the trial?

3. This case involves allegations about computer crime. Do any of you have any beliefs about computer crime or law enforcement's response to computer crime that could affect you as jurors?

4. Do any of you have any experience with programming computers?

5. In this case you will hear testimony from current and former employees of FOX40, The Los Angeles Times, and Tribune Company. Does anyone have any opinions about those companies that could affect how you evaluate that testimony?

6. Has anyone ever been accused by their employer of misconduct at work? How would that affect you as a juror in a case in which a person is accused of a hacking attack against the company that fired him?

7. In 2010, did anyone give their email address to FOX40 and then get unsolicited emails not from FOX40, but instead from names like Fox Mulder, Cancer Man, or Walter Skinner?

8. Have you or anyone close to you ever been arrested or convicted of anything other than a minor motor vehicle offense? Explain how that experience influenced them or you.

9. Have any of you or anyone close to you ever had some other kind of unfortunate experience with law enforcement?

10. During the trial you will be instructed to base your decision solely on the evidence presented at trial and not to conduct any kind of independent investigation, for example, online. Can you follow this instruction?

Dated: September 21, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Matt Segal
MATTHEW D. SEGAL
Assistant United States Attorney