BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
PAUL A. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

LESLIE R. CALDWELL
Assistant Attorney General
Criminal Division, U.S. Department of Justice
JAMES A. SILVER
Trial Attorney
Computer Crime and Intellectual Property Section
1301 New York Avenue, Suite 600
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0082 KJM |
|---|---|
| Plaintiff, | |
| v. | STATEMENT OF THE CASE |
| MATTHEW KEYS, | DATE: September 28, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

This is a criminal case brought by the United States against the defendant, Matthew Keys. The indictment charges defendant Keys with three counts. The following is a very general summary of the indictment:

The first count alleges conspiracy to cause damage to a protected computer. The indictment alleges that, after Keys was terminated from his position at television station FOX40, he kept usernames and passwords to a computer system. FOX40 and the *The Los Angeles Times* used this computer system to publish stories on the Internet. The indictment alleges that Keys gave at least one username and

STATEMENT OF THE CASE  1

password to a group of hackers called "Anonymous." He then told the group to use that username and password to vandalize the web sites of FOX40 and *The Los Angeles Times*.

The second count alleges transmission of malicious code to a protected computer. The indictment alleges that Keys kept and used usernames and passwords for malicious purposes, including to attack FOX40 and to help another person alter a story on the website of *The Los Angeles Times*.

The third count alleges attempt to transmit malicious code to protected computer. The indictment alleges that, after *The Los Angeles Times* restored the altered news story, Keys and another person tried to get back into the computer system so they could change the whole front page for *The Los Angeles Times* website.

The defendant has pleaded not guilty to the charges and the indictment is not evidence.