BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
PAUL A. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

LESLIE R. CALDWELL
Assistant Attorney General
Criminal Division, United States Justice Department
JAMES SILVER
Deputy Chief
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MATTHEW KEYS,<br><br>                Defendant. | CASE NO. 2:13-CR-0082 KJM<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE: September 28, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

      The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

1. Azfar Ahmed
2. Gabe Andrews
3. Paulette Bleam
4. Armando Caro
5. John Cauthen
6. Samantha Cohen (Scholbrock)
7. Tom Comings

GOVERNMENT'S WITNESS LIST         1

| | |
|---|---|
| 1 | 8. Nicole Cranson |
| 2 | 9. Shaun Davis |
| 3 | 10. Carol Deakin |
| 4 | 11. Jerry Del Core |
| 5 | 12. Mark Demsky |
| 6 | 13. Trey Fisher |
| 7 | 14. Andrew Friedman |
| 8 | 15. Steve Gable |
| 9 | 16. Daniel Gaines |
| 10 | 17. Tim Garrison |
| 11 | 18. Patrick Geahan |
| 12 | 19. Brian Hanrahan |
| 13 | 20. Jason Jedlinski |
| 14 | 21. Yu Jin Kang |
| 15 | 22. Dylan Kulesza |
| 16 | 23. Tad Lin |
| 17 | 24. Valerie McCann (Ellsworth) |
| 18 | 25. Matthew Miller |
| 19 | 26. Brandon Mercer |
| 20 | 27. Annalee Penny |
| 21 | 28. Russ Schmidt |
| 22 | 29. Andy Soto |
| 23 | 30. Kaori Tahan |

Dated: September 21, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney