1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   PAUL A. HEMESATH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  LESLIE R. CALDWELL
   Assistant Attorney General
7  Criminal Division, United States Justice Department
   JAMES SILVER
8  Deputy Chief
   Computer Crime and Intellectual Property Section
9  Washington, DC 20530
   Telephone: (202) 514-1026

10

11                IN THE UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,          CASE NO. 2:13-CR-0082 KJM

15              Plaintiff,
                                       GOVERNMENT'S EXHIBIT LIST
16       v.
                                       DATE: September 28, 2015
17  MATTHEW KEYS,                      TIME: 9:00 a.m.
                                       COURT: Hon. Kimberly J. Mueller
18              Defendant.

19

20       The United States, by and through its undersigned counsel, hereby submits the following list of

21  exhibits it intends to introduce in its case-in-chief:

| **EXHIBIT NO.** | **DESCRIPTION** | **BATES RANGE** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|---|
| 101 | Email: Dec. 1, 2010, 7:05pm | MKP-0099859 - MKP-0099863 | | |
| 102 | Email: Dec. 1, 2010, 9:05pm | MKP-0099870 - MKP-0099870 | | |
| 103 | Email: Dec. 2, 2010, 12:58am | MKP-0099893 - MKP-0099894 | | |
| 104 | Email: Dec. 3, 2010, 12:50am | MKP-0099983 - MKP-0099986 | | |

| # | Description | Source |
|---|---|---|
| 105 | Email: Dec. 3, 2010, 4:13pm | MKP-0100025 - MKP-0100026 |
| 106 | Email: Dec. 3, 2010, 4:32pm | MKP-0100032 - MKP-0100033 |
| 107 | Email: Dec. 3, 2010, 3:54pm | MKP-0100017 - MKP-0100017 |
| 108 | Email: Dec. 3, 2010, 3:03pm | MKP-0100010 - MKP-0100011 |
| 109 | Email: Dec. 5, 2010, 4:36am | MKP-0100065 - MKP-0100065 |
| 110 | Email: December 5, 2013, 6:56pm | MKP-0101179 - MKP-0101184 |
| 111 | Email: Dec. 6, 2010, 4:25am | MKP-0100081 - MKP-0100082 |
| 112 | Email: Series | MKP-0101179 - MKP-0101184 |
| 201 | Recording of December 12, 2010 phone call between Keys and Mercer | Native File |
| 202 | Shorter of one of two total recordings of FBI Keys interview | Native File |
| 203 | Longer of one of two total recordings of FBI Keys interview | Native File |
| 204 | Keys written statement | MKP-0035987- MKP-0035987 |
| 205 | Keys annotation of logs | MKP-035988- MKP-035993 |
| 206 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |
| 207 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |
| 208 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |
| 209 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |
| 210 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |
| 211 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |
| 212 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |
| 213 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |
| 214 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |
| 215 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File |

| # | Description | Source | | |
|---|---|---|---|---|
| 216 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 217 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 218 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 219 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 220 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 221 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 222 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 223 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 224 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 225 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 226 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 227 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 228 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 229 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 230 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 231 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 232 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 233 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 234 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 235 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 236 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 237 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 238 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |

| # | Description | Bates | | |
|---|---|---|---|---|
| 239 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 240 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 301 | Tom Comings Assembler Log Report | MKP-0101632 - MKP-0101654 | | |
| 302 | Summary of Assembler Log | MKP-0068943 - MKP-0068943 | | |
| 303 | Assembler logs | MKP-0100523 - MKP-0100916 | | |
| 304 | Del Core Report | MKP-0101647 - MKP-0101649 | | |
| 305 | Screenshot of LAT story | MKP-0101858 - MKP-0101858 | | |
| 501 | Excerpts from Keys Website | MKP-0000019 – MKP-0000032 | | |
| 503 | Screenshot from Keys Computer | MKP-0102370 - MKP-0102370 | | |
| 504 | Screenshot from Keys Computer | MKP-0102366 - MKP-0102366 | | |
| 505 | Screenshot from Keys Computer | MKP-0102368 – MKP01012368 | | |
| 506 | Screenshot from Keys Computer | MKP-0102371 – MKP-0102371 | | |
| 507 | Screenshot from Keys Computer | MKP-0102367 – MKP-0102367 | | |
| 508 | Screenshot from Keys Computer | MKP-0102369 – MKP-0102369 | | |
| 601 | Chat Excerpts Summary | MKP-0000089 - MKP-0000108 | | |
| 602 | IRC chat on December 8, 2010, re: offer of password | MKP-0004311 - MKP-0004346 | | |
| 603 | IRC chat on December 8, 2010, re: transmission of credentials | MKP-0004441 - MKP-0004448 | | |
| 604 | IRC chat on December 8, 2010, re: LA Times | MKP-0017215 - MKP-0017215 | | |
| 605 | IRC chat on December 9, 2010 | MKP-0102379 – MKP-0102379 | | |
| 606 | IRC chat on December 9, 2010 | MKP-0102382 – MKP-0102383 | | |
| 607 | IRC chat on December 8, 2010 | MKP-0102377 – MKP-0102377 | | |
| 608 | IRC chat on December 10, 2010 | MKP-0102378 – 0102378 | | |
| 609 | IRC chat on December 10, 2010 | MKP-0102381 – MKP-0102381 | | |

| Exhibit | Description | Bates | | |
|---|---|---|---|---|
| 610 | IRC chat on December 14, 2010 | MKP-0102380 – MKP-0102380 | | |
| 701 | Keys Computer | Native | | |
| 702 | Collins Computer | Native | | |
| 801 | 1006 Summary – John Cauthen Slides | TBD | | |
| 901 | Records from Yahoo | MKP-0000780 - MKP-0000792 | | |
| 902 | Records from Google | MKP-0002168 - MKP-0002168 | | |
| 903 | Records from AT&T | MKP-0099716 - MKP-0099720 | | |
| 904 | Records from Overplay | MKP-0102079 - MKP-0102085 | | |
| 905 | Records from Google | TBD | | |
| 906 | Google Logs (if subpoena not quashed) | TBD | | |

Dated:  September 21, 2015

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney