Jason S. Leiderman, SBN 203336
jay@criminal-lawyer.me
Law Office of Jay Leiderman
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel:  805-654-0200
Fax: 805-654-0280

Tor Ekeland, Pro Hac Vice
tor@torekeland.com
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
Tel:  718-737-7264
Fax: 718-504-5147
www.torekeland.com


*Pro Bono Attorneys for Defendant
Matthew Keys*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>MATTHEW KEYS,<br>　　　　Defendant. | 2:13-CR-00082-KJM<br><br>RESPONSE TO GOVERNMENTS PROPOSED JURY INSTRUCTIONS |

1　　　　Defendant Matthew Keys, through his pro bono counsel, requests the Court consider the

2　following instructions to the jurors. Other than as describe below, the Defense adopts the Ninth

3　Circuit's Model Criminal Jury Instructions[1], and objects to the Prosecution's proposed

4　instructions to the extent they deviate from the Model Instructions.

### 3.5  REASONABLE DOUBT—DEFINED

Proof beyond a reasonable doubt is proof that leaves you firmly convinced the defendant is guilty.  It is not required that the government prove guilt beyond all possible doubt.

A reasonable doubt is a doubt based upon reason and common sense and is not based purely on speculation.  It may arise from a careful and impartial consideration of all the evidence, **a conflict in the evidence,** or from lack of evidence.

If after a careful and impartial consideration of all the evidence, you are not convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant not guilty.  On the other hand, if after a careful and impartial consideration of all the evidence, you are convinced beyond a reasonable doubt that the defendant is guilty, it is your duty to find the defendant guilty.

### 3.8  DIRECT AND CIRCUMSTANTIAL EVIDENCE

Evidence may be direct or circumstantial.  Direct evidence is direct proof of a fact, such as testimony by a witness about what that witness personally saw or heard or did.  Circumstantial evidence is indirect evidence, that is, it is proof of one or more facts from which you can find another fact.

1   You are to consider both direct and circumstantial evidence.  Either can be used to prove
2   any fact.  The law makes no distinction between the weight to be given to either direct or
3   circumstantial evidence.  It is for you to decide how much weight to give to any evidence.

4   **Before you may rely on circumstantial evidence to conclude that a fact necessary to**
5   **find the defendant guilty has been proved, you must be convinced that the People have**
6   **proved each fact essential to that conclusion beyond a reasonable doubt.**

7   **Also, before you may rely on circumstantial evidence to find the defendant guilty,**
8   **you must be convinced that the only reasonable conclusion supported by the circumstantial**
9   **evidence is that the defendant is guilty. If you can draw two or more reasonable conclusions**
10  **from the circumstantial evidence, and one of those reasonable conclusions points to**
11  **innocence and another to guilt, you must accept the one that points to innocence. However,**
12  **when considering circumstantial evidence, you must accept only reasonable conclusions**
13  **and reject any that are unreasonable.**

14

15  DATED:      September 21, 2015          Respectfully submitted,

16

17                                          /s/ Jay Leiderman
18                                          Jason S. Leiderman, SBN 203336
19                                          jay@criminal-lawyer.me
20                                          Law Office of Jay Leiderman
21                                          5740 Ralston Street, Suite 300
22                                          Ventura, California 93003

1   Tel:  805-654-0200

2   Fax: 805-654-0280

3

4

5

6   /s/ Tor Ekeland

7   Tor Ekeland

8   Tor Ekeland, P.C.

9   195 Plymouth Street, 5th Floor

10   Brooklyn, NY 11201

11   tor@torekeland.com

12   Tel: 718-737-7264

13   Fax: 718-504-5147

14
15

16