UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*United States v. Matthew Keys /* 2:13-CR-00082 (KJM)

## DEFENDANT'S EXHIBIT LIST

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| A | Unclassified FBI Report on Tribune Co's alleged losses. | MKP-0035921 | | |
| B | Spreadsheet of alleged hourly rates for LA Times Article editing investigation. | MKP-0000117 | | |
| C | Brandon Mercer email re: loss amount. | MKP-0099949 | | |
| D | Brandon Mercer email re: loss amount. | MKP-0099951 | | |
| E | Brandon Mercer email re: loss amount. | MKP-0099952 | | |
| F | Brandon Mercer email re: loss amount. | MKP-0099958 | | |
| G | Brandon Mercer email re: loss amount. | MKP-0099966 | | |
| H | Brandon Mercer email re: loss amount. | MKP-0099993 | | |
| I | Brandon Mercer email re: hourly investigation costs | MKP-0100460 | | |
| J | Brandon Mercer email. | MKP-0100071 | | |
| K | Email re hourly rates | MKP-0100452 | | |
| L | Brandon Mercer email re: FBI interaction on 12/3/15 | MKP-0100041 | | |
| M | Brandon Mercer email | MKP-0101174 | | |
| N | Brandon Mercer email | MKP-0101176 | | |
| O | Brandon Mercer FBI 302 interview. | MKP-0035750 | | |
| P | Tribune Company Incident Report on LA Times Article Editing | MKP-0001507 | | |
| Q | FBI Transcript of Keys interrogation in New Jersey | MKP-0099765 – 0099850 | | |
| R | Tim Rodriguez FBI 302 Interview | MKP-0102385 – 0102387 | | |
| S | CV of Special Agent Patrick M. Geahan | NA | | |
| T | Audio Recording of Brandon Mercer phone call to Matthew Keys | NA | | |
| U | Audio recordings of Matthew Keys interrogation in New Jersey | NA | | |