Tor Ekeland, Pro Hac Vice
tor@torekeland.com
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
Tel:  718-737-7264
Fax: 718-504-5147

Jason S. Leiderman, SBN 203336
jay@criminal-lawyer.me
Law Office of Jay Leiderman
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel:  805-654-0200
Fax: 805-654-0280

*Pro Bono Attorneys for Defendant
Matthew Keys*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　**Plaintiff,**<br>　　　v.<br>**MATTHEW KEYS,**<br>　　　　　**Defendant.** | **2:13-CR-00082-KJM**<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL MOTION IN LIMINE**<br><br>Date:　　　　September 25, 2015<br>Time:　　　　9:00am<br>Court:　　　　Hon. Kimberly J. Mueller |

1  **PLEASE TAKE NOTICE THAT** on the above date and time, or as soon thereafter as the

2  matter can be heard in the above courtroom or such other courtroom to which the motion is

3  assigned, Defendant Matthew Keys, by and through counsel, will move the court to exclude the

4  following pieces of evidence for the reasons in the attached Memorandum In Support of His

5  Supplemental Motion in Limine:

　　　　　　　　1　　Notice of Defendant's Motions in Limine

1) testimony about, or any evidence obtained as a direct or derivative result from, the illegally recorded phone call between Brandon Mercer and Matthew Keys made on Sunday, December 12, 2010.

DATED:        September 24, 2015              Respectfully submitted,

 /s/Jay Leiderman
jay@criminal-lawyer.me
Law Office of Jay Leiderman
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel:  805-654-0200
Fax: 805-654-0280