BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
PAUL A. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

LESLIE R. CALDWELL
Assistant Attorney General
Criminal Division, United States Justice Department
JAMES SILVER
Deputy Chief
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MATTHEW KEYS,<br><br>               Defendant. | CASE NO.  2:13-CR-0082 KJM<br><br>GOVERNMENT'S AMENDED WITNESS LIST<br><br>DATE: September 28, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

1. Azfar Ahmed
2. Gabe Andrews
3. Paulette Bleam
4. Armando Caro
5. John Cauthen
6. Samantha Cohen (Scholbrock)
7. Tom Comings

GOVERNMENT'S WITNESS LIST                1

8. Nicole Cranson
9. Shaun Davis
10. Carol Deakin
11. Jerry Del Core
12. Mark Demsky
13. Trey Fisher
14. Andrew Friedman
15. Steve Gable
16. Daniel Gaines
17. Tim Garrison
18. Patrick Geahan
19. Brian Hanrahan
20. Jason Jedlinski
21. Yu Jin Kang
22. Dylan Kulesza
23. Tad Lin
24. Valerie McCann (Ellsworth)
25. Matthew Miller
26. Brandon Mercer
27. Annalee Penny
28. Tim Rodriguez
29. Russ Schmidt
30. Andy Soto
31. Kaori Tahan

Dated:  September 24, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

GOVERNMENT'S WITNESS LIST

2