BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
PAUL HEMESATH
Assistant United States Attorneys
JAMES SILVER
Trial Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-82 KJM |
| Plaintiff, | UNITED STATES' RESPONSE TO DEFENDANT'S SUPPLEMENTAL MOTION IN LIMINE |
| v. | |
| MATTHEW KEYS, | |
| Defendant. | |

Defendant's Supplemental Motion in Limine raises a straightforward question of federal supremacy resolved by the Ninth Circuit in 1984.  "In this circuit, the rule regarding admissibility of evidence in a federal prosecution is clear and simple. Evidence obtained in violation of neither the Constitution nor federal law is admissible in federal court proceedings without regard to state law." *United States v. Little*, 753 F.2d 1420, 1434 (9th Cir. 1984) (rejecting motion to exclude based on California Penal Code § 632).

Dated:  September 9, 2015

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ MATTHEW D. SEGAL
MATTHEW D. SEGAL
Assistant United States Attorney