UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*United States v. Matthew Keys /* 2:13-CR-00082 (KJM)

## DEFENDANT'S AMENDED EXHIBIT LIST

| Presiding Judge:<br>Hon. Kimberly J. Mueller | Plaintiff's Attorney:<br>United States | Defendant's Attorney:<br>Tor Ekeland, Mark Jaffe, Jay Leiderman |
| --- | --- | --- |
| Trial Dates:<br>Sept. 28, 2015 – Oct. 13, 2015 | Court Reporter: | Courtroom Deputy:<br>Casey Schultz |

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
| --- | --- | --- | --- | --- |
| A | Unclassified FBI Report on Tribune Co's alleged losses. | MKP-0035920 | | |
| B | Spreadsheet of hourly rates for LA Times Article editing investigation. | MKP-0000117 | | |
| C | Brandon Mercer email re: loss amount. | MKP-0099949 | | |
| D | Brandon Mercer email re: loss amount. | MKP-0099951 | | |
| E | Brandon Mercer email re: loss amount. | MKP-0099952 | | |
| F | Brandon Mercer email re: loss amount. | MKP-0099958 | | |
| G | Brandon Mercer email re: loss amount. | MKP-0099966 | | |
| H | Brandon Mercer email re: loss amount. | MKP-0099993 | | |
| I | Brandon Mercer email re: phone call with Keys | MKP-0100460 | | |
| J | Brandon Mercer email. | MKP-0100071 | | |
| K | Email re hourly rates | MKP-0100452 | | |
| L | Brandon Mercer email re: FBI interaction on 12/3/15 | MKP-0100041 | | |
| M | Brandon Mercer email | MKP-0101174 | | |
| N | Brandon Mercer email | MKP-0101176 | | |
| O | Brandon Mercer FBI 302 interview. | MKP-0035747 | | |
| P | Tribune Company Incident Report on LA Times Article Editing | MKP-0001507 | | |

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*United States v. Matthew Keys /* 2:13-CR-00082 (KJM)

## DEFENDANT'S AMENDED EXHIBIT LIST

| Presiding Judge: Hon. Kimberly J. Mueller | Plaintiff's Attorney: United States | Defendant's Attorney: Tor Ekeland, Mark Jaffe, Jay Leiderman |
|---|---|---|
| Trial Dates: Sept. 28, 2015 – Oct. 13, 2015 | Court Reporter: | Courtroom Deputy: Casey Schultz |

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| Q | FBI Transcript of Keys interrogation in New Jersey | MKP-0099765 – 0099850 | | |
| R | Tim Rodriguez FBI 302 Interview | MKP-0102385 – 0102387 | | |
| S | CV of Special Agent Patrick M. Geahan | NA | | |
| T | Audio Recording of Brandon Mercer phone call to Matthew Keys | NA | | |
| U | Audio recordings of Matthew Keys interrogation in New Jersey | NA | | |
| V | Hector Xavier Monsegur a.k.a. "Sabu" Plea Hearing Transcript (11-CR-666, SDNY) | NA | | |
| W | Hector Xavier Monsegur a.k.a. "Sabu" Indictment (11-CR-666, SDNY) (ECF #10) | NA | | |
| X | Keys's Letter of Resignation to KTXL Fox40 | MKP-0035996 | | |
| Y | Sam Cohen 302 | MKP-0102630 | | |
| Z | Armando Caro 302 | MKP-0102633 | | |
| AA | SA Cauthen CV | MKP-0101646 | | |
| BB | Sam Cohen login issue emails with Ryan Pollyea | MKP-009708-09 | | |
| CC | Matthew Keys & Sam Cohen Facebook chats Jul. 5, 2012 | MKP-0102391 | | |
| DD | SA Cauthen Grand Jury Testimony Dec. 4, 2014 | MKP-0102437 | | |
| EE | SA Cauthen Grand Jury Testimony Mar. 14, 2013 | MKP-0102396 | | |

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*United States v. Matthew Keys /* 2:13-CR-00082 (KJM)

## DEFENDANT'S AMENDED EXHIBIT LIST

| Presiding Judge:<br>Hon. Kimberly J. Mueller | Plaintiff's Attorney:<br>United States | Defendant's Attorney:<br>Tor Ekeland, Mark Jaffe, Jay Leiderman | | |
| --- | --- | --- | --- | --- |
| Trial Dates:<br>Sept. 28, 2015 – Oct. 13, 2015 | Court Reporter: | Courtroom Deputy:<br>Casey Schultz | | |
| **EXHIBIT ID** | **DESCRIPTION** | **BATES NO.** | **OFFERED** | **ADMITTED** |
| FF | Matthew Keys Facebook Post re: leaving KTXL | NA | | |