BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
PAUL A. HEMESATH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

LESLIE R. CALDWELL
Assistant Attorney General
Criminal Division, United States Justice Department
JAMES SILVER
Deputy Chief
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0082 KJM |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S AMENDED EXHIBIT LIST |
| MATTHEW KEYS, | DATE: September 28, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 101 | Email: Dec. 1, 2010, 7:05pm | MKP-0099859 - MKP-0099863 | | |
| 102 | Email: Dec. 1, 2010, 9:05pm | MKP-0099870 - MKP-0099870 | | |
| 103 | Email: Dec. 2, 2010, 12:58am | MKP-0099893 - MKP-0099894 | | |
| 104R | Email: Dec. 3, 2010, 12:50am | MKP-0099983 - MKP-0099986 | | |

| # | Exhibit | Description | Bates |
|---|---|---|---|
| 1 | 105 | Email: Dec. 3, 2010, 4:13pm | MKP-0100025 - MKP-0100026 |
| 2 | 106 | Email: Dec. 3, 2010, 4:32pm | MKP-0100032 - MKP-0100033 |
| 3 | 107 | Email: Dec. 3, 2010, 3:54pm | MKP-0100017 - MKP-0100017 |
| 4 | 108 | Email: Dec. 3, 2010, 3:03pm | MKP-0100010 - MKP-0100011 |
| 5 | 109 | Email: Dec. 5, 2010, 4:36am | MKP-0100065 - MKP-0100065 |
| 6 | 110 | Email: Dec. 5, 2010, 6:56pm | MKP-0100073 - MKP-0100073 |
| 7 | 111 | Email: Dec. 6, 2010, 4:25am | MKP-0100081 - MKP-0100082 |
| 8 | 112 | Email: Series | MKP-0101179 - MKP-0101184 |
| 9 | 113 | Facebook messaging screenshots | MKP-0102391 - MKP-102395 |
| 10 | 114 | Email: Dec. 1, 2010, 7:18pm | MKP-0099869 - MKP-0099869 |
| 11 | 115 | Email: Dec. 2, 2010, 4:22pm | MKP-0099935 - MKP-0099935 |
| 12 | 116 | Email: Dec. 2, 2010, 4:32pm | MKP-0099936 - MKP-0099936 |
| 13 | 117 | Email: Dec. 2, 2010, 5:04pm | MKP-0099945 - MKP-0099946 |
| 14 | 118 | Email: Dec. 2, 2010, 6:42pm | MKP-0099958 - MKP-0099959 |
| 15 | 119 | Email: Dec. 2, 2010, 9:13pm | MKP-0099966 - MKP-0099967 |
| 16 | 120 | Email: Dec. 3, 2010, 2:28am | MKP-0099987 - MKP-0099987 |
| 17 | 121 | Email: Dec. 3, 2010, 8:32am | MKP-0099993 - MKP-0099993 |
| 18 | 122 | Email: Dec. 3, 2010, 8:08pm | MKP-0101049 - MKP-0101049 |
| 19 | 123 | Email: Dec. 6, 2010, 5:44am | MKP-0100083 - MKP-010083 |
| 20 | 124 | Email: Dec. 12, 2010, 6:42am | MKP-0100461 - MKP-0101465 |
| 21 | 125 | Email: Dec. 8, 2010, 4:44pm | MKP-0100470 - MKP-0100470 |
| 22 | 126 | Email: Dec. 20, 2010, 1:15pm | MKP-0100512 - MKP-0100512 |
| 23 | 127 | Email: April 18, 2013 11:35am | MKP-0101176 - MKP-0101178 |

| | | | | |
|---|---|---|---|---|
| 201 | Recording of December 12, 2010 phone call between Keys and Mercer | Native File | | |
| 202 | Shorter of one of two total recordings of FBI Keys interview | Native File | | |
| 203 | Longer of one of two total recordings of FBI Keys interview | Native File | | |
| 204 | Keys written statement | MKP-0035987-MKP-0035987 | | |
| 205 | Keys annotation of logs | MKP-035988-MKP-035993 | | |
| 206 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 207 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 208 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 209 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 210 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 211 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 212 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 213 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 214 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 215 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 216 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 217 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 218 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 219 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 220 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 221 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 222 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 223 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |

| | | | | |
|---|---|---|---|---|
| 224 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 225 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 226 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 227 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 228 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 229 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 230 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 231 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 232 | Portion of Keys statement on October 4, 2012 | Excerpted from Native File | | |
| 301 | Tom Comings Assembler Log Report | MKP-0101632 - MKP-0101654 | | |
| 302 | Summary of Assembler Log | MKP-0068943 - MKP-0068943 | | |
| 304 | Del Core Report | MKP-0101647 - MKP-0101649 | | |
| 305 | Screenshot of LAT story | MKP-0101858 - MKP-0101858 | | |
| 306 | Tribune Hours Report | MKP-0100937 - MKP-0100938 | | |
| 501 | Excerpts from Keys Website | MKP-0000019 - MKP-0000032 | | |
| 503 | Screenshot from Keys Computer | MKP-0102370 - MKP-0102370 | | |
| 504 | Screenshot from Keys Computer | MKP-0102366 - MKP-0102366 | | |
| 505 | Screenshot from Keys Computer | MKP-0102368 - MKP01012368 | | |
| 506 | Screenshot from Keys Computer | MKP-0102371 - MKP-0102371 | | |
| 507 | Screenshot from Keys Computer | MKP-0102367 - MKP-0102367 | | |
| 508 | Screenshot from Keys Computer | MKP-0102369 - MKP-0102369 | | |
| 601 | Chat Excerpts Summary | MKP-0000089 - MKP-0000108 | | |
| 602 | IRC chat on December 8, 2010, re: offer of password | MKP-0004311 - MKP-0004346 | | |

| | | | |
|---|---|---|---|
| 603 | IRC chat on December 8, 2010, re: transmission of credentials | MKP-0004441 - MKP-0004448 | |
| 604 | IRC chat on December 8, 2010, re: LA Times | MKP-0017215 - MKP-0017215 | |
| 605 | IRC chat on December 9, 2010 | MKP-0102379 - MKP-0102379 | |
| 606 | IRC chat on December 9, 2010 | MKP-0102382 - MKP-0102383 | |
| 607 | IRC chat on December 9, 2010 | MKP-0102377 - MKP-0102377 | |
| 608 | IRC chat on December 10, 2010 | MKP-0102378 - 0102378 | |
| 609 | IRC chat on December 10, 2010 | MKP-0102381 - MKP-0102381 | |
| 610 | IRC chat on December 14, 2010 | MKP-0102380 - MKP-0102380 | |
| 611 | IRC chat on December 8, 2010 | MKP-0102639 - MKP-0102641 | |
| 612 | IRC chat on January 4, 2011 | MKP-0102642 - MKP-0102642 | |
| 613 | IRC chat on January 4 , 2011 | MKP-0102643 - MKP-0102643 | |
| 614 | IRC chat on January 4 , 2011 | MKP-0102644 - MKP-0102644 | |
| 615 | IRC chat on December 16, 2010 | MKP-0102645 - MKP-0102646 | |
| 616 | IRC chat on January 4 , 2011 | MKP-0102647 - MKP-0102647 | |
| 701 | Keys Computer | Native | |
| 702 | Collins Computer | Native | |
| 801 | 1006 Summary – John Cauthen Slides | TBD | |
| 901 | Records from Yahoo | MKP-0000780 - MKP-0000792 | |
| 902 | Records from Google | MKP-0002168 - MKP-0002168 | |
| 903 | Records from AT&T | MKP-0099716 - MKP-0099720 | |
| 904 | Records from Overplay | MKP-0102079 - MKP-0102085 | |

/ / /

/ / /

/ / /

/ / /

Dated:  September 27, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney