## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## BEFORE THE HONORABLE KIMBERLY J. MUELLER

UNITED STATES OF AMERICA,          No. 2:13-CR-00082-KJM

       Plaintiff,

   v.                              **MINUTES**

MATTHEW KEYS,                      Date: September 28, 2015
                                   Deputy Clerk: C. Schultz
      Defendant.        Court Reporter: Kathy Swinhart
_____/


**Counsel for the Government:** Matthew Segal and Paul Hemesath,
                               Assistant U.S. Attorneys and
                               James Silver, Deputy Chief

**Counsel for Defendant:**     Jason Leiderman, Tor Ekeland, and
                               Mark Jaffe, Retained

**JURY TRIAL (Day 1):**

9:10 a.m.   Court in session outside the presence of the
            prospective jurors.  Attorneys present as listed
            above.  The government's case agent, Special Agent
            John Cauthen, present.  Defendant present, out of
            custody.  Outside the presence of the prospective
            jurors, the court and counsel discussed motions in
            limine, exhibits and housekeeping matters.

9:55 a.m.   Prospective jurors present. Prospective jurors
            sworn and voir dire began.

11:20 a.m.  Prospective jurors admonished and excused for a
            morning break. Outside the presence of the
            prospective jurors, the court and counsel discussed
            housekeeping matters related to jury selection.

11:25 a.m.  All parties excused for a morning break.

11:40 a.m.  Court back in session.  All parties present.
            Prospective jurors present.  Voir dire continued.

12:30 p.m.    Prospective jurors admonished and excused for lunch
              break.  Outside the presence of the prospective
              jurors, the court and counsel discussed
              housekeeping matters.

12:45 p.m.    All parties excused for lunch recess.

1:35 p.m.     Court back in session.  All parties present.
              Outside the presence of the prospective jurors, the
              court and counsel discussed housekeeping matters.

1:40 p.m.     Prospective jurors present.  Voir dire continued.

3:10 p.m.     Prospective jurors passed for cause.  Prospective
              jurors excused from the courtroom.  Outside the
              presence of the prospective jurors, the court and
              counsel discussed the strike process.

3:20 p.m.     Court in recess to allow counsel and parties to
              exercise peremptory challenges.

4:00 p.m.     Court back in session. All parties present.
              Outside the presence of the prospective jurors, the
              court confirmed the parties had completed their
              peremptory challenges.

4:05 p.m.     Prospective jurors present.  Prospective jurors
              thanked and excused in accordance with the strike
              sheet. Jury sworn.

4:10 p.m.     The court gave preliminary instructions to the
              jury.

4:20 p.m.     Mr. Silver presented the government's opening
              statements.

4:30 p.m.     The court admonished and excused the jury until
              8:30 a.m. on September 29, 2015.  Outside the
              presence of the jury, the court and counsel
              discussed housekeeping matters.

4:35 p.m.     All parties excused for evening recess. Jury Trial
              (Day 2) set for September 29, 2015 at 8:30 a.m.


**TIME IN COURT:** 5 Hours, 40 Minutes