```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                  BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,        No. 2:13-CR-00082-KJM

     Plaintiff,

  v.                             **MINUTES**

MATTHEW KEYS,                    Date: September 29, 2015
                                 Deputy Clerk: C. Schultz
     Defendant.                 Court Reporter: Kathy Swinhart
_____/


**Counsel for the Government:** James Silver, Deputy Chief and
                                      Matthew Segal and Paul Hemesath,
                                      Assistant U.S. Attorneys

**Counsel for Defendant:**   Jason Leiderman, Tor Ekeland, and
                                Mark Jaffe, Retained

**JURY TRIAL (Day 2):**

- **8:30 a.m.** — Court in session outside the presence of the jury. Attorneys present as listed above. The government's case agent, Special Agent John Cauthen, present. Defendant present, out of custody. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

- **8:45 a.m.** — Jury present. Mr. Leiderman presented defendant's opening statements.

- **9:05 a.m.** — The government's witness, Brandon Mercer, was sworn and testified.

- **9:30 a.m.** — Court in recess to allow compliance with a fire drill.

- **10:10 a.m.** — Court back in session. All parties present. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

- **10:15 a.m.** — Jury present. Direct examination continued.

- **11:25 a.m.** — Jury admonished and excused for a morning break. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

| | |
|---|---|
| 11:30 a.m. | All parties excused for morning break. |
| 11:40 a.m. | Court back in session. All parties present. Jury present. Direct examination continued. |
| 12:00 p.m. | Jury admonished and excused for a lunch break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 12:05 p.m. | All parties excused for a lunch break. |
| 1:00 p.m. | Court back in session. All parties present. Outside the presence of the jury, the court and counsel discussed an issue related to alternate juror number 1. |
| 1:05 p.m. | Jury present. Direct examination continued. |
| 2:00 p.m. | Cross examination began. |
| 3:00 p.m. | The court admonished and excused the jury until 1:30 p.m. on September 30, 2015. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 3:05 p.m. | All parties excused for evening recess. Jury Trial (Day 3) set for September 30, 2015 at 1:30 p.m. |

**ADMITTED EXHIBITS:**

101, 102, 103, 104R, 105, 106, 107, 108, 109, 110, 111, 114, 115, 123, 124, 125, 126, 127, 201, D, E, F, G, H

**TIME IN COURT:** 4 Hours, 50 Minutes