```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,           No. 2:13-CR-00082-KJM

      Plaintiff,

  v.                                **MINUTES**

MATTHEW KEYS,                       Date: September 30, 2015
                                  Deputy Clerk: C. Schultz
      Defendant.            Court Reporter: Kathy Swinhart
_____/

**Counsel for the Government:** James Silver, Deputy Chief and
                                       Matthew Segal and Paul Hemesath,
                                       Assistant U.S. Attorneys

**Counsel for Defendant:** Jason Leiderman, Tor Ekeland, and
                                Mark Jaffe, Retained

**JURY TRIAL (Day 3):**

- 1:35 p.m.  Court in session outside the presence of the jury. Attorneys present as listed above. The government's case agent, Special Agent John Cauthen, present. Defendant present, out of custody. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

- 1:45 p.m.  Jury present. Cross examination of Brandon Mercer continued.

- 1:50 p.m.  Redirect examination began.

- 2:00 p.m.  Witness excused subject to recall. The government's witness, Daniel Gaines, was sworn and testified.

- 2:30 p.m.  Cross examination began.

- 2:40 p.m.  Witness excused. Jury admonished and excused for an afternoon break. Outside the presence of the jury, the court allowed a brief voir dire of the witnesses, Daniel Gaines, regarding the LA Times advertising.

- 2:50 p.m.  All parties excused for an afternoon break.

| | |
|---|---|
| 2:55 p.m. | Court back in session. All parties present. Outside the presence of the jury, the court and counsel discussed testimony of Mr. Gaines. |
| 3:05 p.m. | Jury present. The Government's witness, Thomas Comings, was sworn and testified. |
| 3:55 p.m. | Cross examination began. |
| 3:58 p.m. | Redirect examination began. |
| 4:00 p.m. | Witness excused.  The government's witness, Brian Hanrahan, was sworn and testified. |
| 4:25 p.m. | Cross examination began. |
| 4:30 p.m. | Witness excused.  The court admonished and excused the jury until 8:30 a.m. on October 1, 2015. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 4:35 p.m. | All parties excused for evening recess. Jury Trial (Day 4) set for October 1, 2015 at 8:30 a.m. |

**ADMITTED EXHIBITS:**

301, 305, 503, 504, I, M

**TIME IN COURT:** 2 Hours, 55 Minutes