```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,        No. 2:13-CR-00082-KJM

       Plaintiff,

    v.                             **MINUTES**

MATTHEW KEYS,                    Date: October 1, 2015
                                 Deputy Clerk: C. Schultz
       Defendant.            Court Reporter: Kathy Swinhart
_____/

**Counsel for the Government:** James Silver, Deputy Chief and
                                Matthew Segal and Paul Hemesath,
                                Assistant U.S. Attorneys

**Counsel for Defendant:**   Jason Leiderman, Tor Ekeland, and
                             Mark Jaffe, Retained

**JURY TRIAL (Day 4):**

 8:35 a.m.   Court in session. Attorneys present as listed above. The government's case agent, Special Agent John Cauthen, present. Defendant present, out of custody. Jury present. The government's witness, Armando Caro, was sworn and testified.

 9:10 a.m.   Cross examination began.

 9:20 a.m.   Redirect examination began.

 9:25 a.m.   Witness excused. The government's witness, Dylan Kulesza, was sworn and testified.

10:00 a.m.   Jury admonished and excused for a morning break. All parties excused for a morning break.

10:25 a.m.   Court back in session. All parties present. Jury present. Direct examination continued.

11:20 a.m.   Cross examination began.

11:45 a.m.   Redirect examination began.

| | |
|---|---|
| 11:48 a.m. | Jury admonished and excused for an afternoon break. Outside the presence of the jury, the witness was excused. |
| 11:50 a.m. | All parties excused for an afternoon break. |
| 12:10 p.m. | Court back in session.  All parties present.  Jury present.  The government's witness, Timothy Rodriguez, was sworn and testified. |
| 12:35 p.m. | Cross examination began. |
| 12:40 p.m. | Redirect examination began. |
| 12:42 p.m. | Witness excused.  The government's witness, Samantha Cohen (Scholbrock), was sworn and testified. |
| 1:30 p.m. | The court admonished and excused the jury until 8:30 a.m. on October 2, 2015.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 1:40 p.m. | All parties excused for evening recess. Jury Trial (Day 5) set for October 2, 2015 at 8:30 a.m. |

**ADMITTED EXHIBITS:**

112, 303, 506, 605

**TIME IN COURT:** 4 Hours, 20 Minutes