```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
            BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,      No. 2:13-CR-00082-KJM

      Plaintiff,

  v.                             **MINUTES**

MATTHEW KEYS,                  Date: October 2, 2015
                                  Deputy Clerk: C. Schultz
      Defendant.           Court Reporter: Kathy Swinhart
_____/


**Counsel for the Government:** James Silver, Deputy Chief and
                                         Matthew Segal and Paul Hemesath,
                                         Assistant U.S. Attorneys

**Counsel for Defendant:**  Jason Leiderman, Tor Ekeland, and
                                       Mark Jaffe, Retained

**JURY TRIAL (Day 5):**

| Time | |
|---|---|
| 8:40 a.m. | Court in session outside the presence of the jury. Attorneys present as listed above. The government's case agent, Special Agent John Cauthen, present. Defendant present, out of custody. The court and counsel discussed housekeeping matters. |
| 8:45 a.m. | Jury present. Cross examination of the government's witness, Samantha Cohen (Scholbrock), continued. |
| 8:50 a.m. | Cross examination began. |
| 8:55 a.m. | Redirect examination began. |
| 8:58 a.m. | Recross examination began. |
| 9:00 a.m. | Witness excused subject to recall. The government's witness, Jed Jedlinski, was sworn and testified. |
| 9:50 a.m. | Cross examination began. |

| | |
|---|---|
| 9:55 a.m. | Redirect examination began. |
| 10:00 a.m. | Witness excused.  The government's witness, Russell Schmidt, was sworn and testified. |
| 10:10 a.m. | Witness excused.  Jury admonished and excused for a morning break.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 10:30 a.m. | All parties excused for a morning break. |
| 10:40 a.m. | Court back in session.  All parties present.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 10:50 a.m. | Jury present.  The government's witness, John Cauthen, was sworn and testified. |
| 11:50 a.m. | Jury admonished and excused for an afternoon break.  All parties excused for an afternoon break. |
| 12:05 p.m. | Court back in session.  All parties present.  Jury present. Direct examination continued. |
| 1:25 p.m. | The court admonished and excused the jury until 8:30 a.m. on October 5, 2015.  Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 1:35 p.m. | All parties excused for evening recess. Jury Trial (Day 6) set for October 5, 2015 at 8:30 a.m. |

**ADMITTED EXHIBITS:**

128, 130, 131, 204, 205, 206-232, 307, 505, 507-508, 602-603, 606-611, 614-616, 901, and 903-904

**TIME IN COURT:** 4 Hours, 30 Minutes