```
                  UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
               BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,          No. 2:13-CR-00082-KJM

      Plaintiff,

  v.                               **MINUTES**

MATTHEW KEYS,                      Date: October 5, 2015
                                   Relief Deputy Clerk: J. Streeter
      Defendant.                 Court Reporter: Kathy Swinhart
_____/


**Counsel for the Government:** James Silver, Deputy Chief and
Matthew Segal and Paul Hemesath, Assistant U.S. Attorneys

**Counsel for Defendant:** Jason Leiderman, Tor Ekeland, and Mark Jaffe, Retained

**JURY TRIAL (Day 6):**

| Time | Event |
|---|---|
| 8:36 a.m. | Court in session outside the presence of the jury. Attorneys present as listed above. The government's case agent, Special Agent John Cauthen, present. Defendant present, out of custody. The court and counsel discussed housekeeping matters. |
| 8:40 a.m. | Jury present. Direct examination of the government's witness, John Cauthen, continued. |
| 9:22 a.m. | Cross examination began. |
| 10:05 a.m. | Jury admonished and excused for a morning break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 10:09 a.m. | All parties excused for a morning break. |
| 10:24 a.m. | Court back in session. All parties present. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 10:25 a.m. | Jury present. Cross examination continues. |

| | |
|---|---|
| 10:55 a.m. | Redirect examination began. |
| 10:57 a.m. | Witness excused subject to recall.  The government's witness, Gerald Del Core, was sworn and testified. |
| 11:11 a.m. | Cross examination began. |
| 11:15 a.m. | Redirect examination began. |
| 11:16 a.m. | Witness excused.  The government rests. No case for the defense, the defense rests. |
| 11:18 a.m. | The court admonished and excused for jury until 9:00 a.m. on October 6, 2015. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 11:24 a.m. | Defense moves under Rule 29 for a Directed Verdict of Acquittal and makes their arguments. |
| 11:29 a.m. | Opposition arguments presented by the government. |
| 11:36 a.m. | Rebuttal arguments by the defense. |
| 11:39 a.m. | Motion denied without prejudice. Court in recess until 1:00 p.m. |
| 1:03 p.m. | All parties present.  Parties meeting to review jury instructions and verdict form. |
| 2:25 p.m. | All parties excused for evening recess. Jury Trial (Day 7) set for October 6, 2015 at 8:30 a.m. |

**ADMITTED EXHIBITS:**

612 and 613

**TIME IN COURT:** 4 hours and 25 minutes