```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                  BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,        No. 2:13-CR-00082-KJM

      Plaintiff,

   v.                            **MINUTES**

MATTHEW KEYS,                    Date: October 6, 2015
                                 Relief Deputy Clerk: J. Streeter
      Defendant.           Court Reporter: Kathy Swinhart
_____/

**Counsel for the Government:** James Silver, Deputy Chief and
                                    Matthew Segal and Paul Hemesath,
                                    Assistant U.S. Attorneys

**Counsel for Defendant:** Jason Leiderman and Mark Jaffe,
                            Retained

**JURY TRIAL (Day 7):**

| Time | |
|---|---|
| 8:34 a.m. | Court in session outside the presence of the jury. Attorneys present as listed above. Parties finalized jury instructions, exhibits and verdict form. |
| 8:55 a.m. | Court in recess. |
| 9:16 a.m. | Court in session outside the presence of the jury. Attorneys present as listed above. |
| 9:19 a.m. | Jury present. Closing arguments by government. |
| 10:13 a.m. | Jury admonished and excused for a morning break. Outside the presence of the jury, the court and counsel discussed housekeeping matters. |
| 10:16 a.m. | All parties excused for morning break. |
| 10:34 a.m. | Court back in session. All parties present, including Jury. Closing arguments by defendant. |

12:07 p.m.     Jury admonished and excused for afternoon break. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

12:09 p.m.     All parties excused for afternoon break.

12:25 p.m.     Court back in session.  All parties present, including Jury.  Rebuttal arguments by government.

1:13 p.m.      Court instructs the Jury.

1:40 p.m.      The court admonished and excused for Jury until 8:30 a.m. on October 7, 2015. Outside the presence of the jury, the court and counsel discussed housekeeping matters.

1:45 p.m.      All parties excused for evening recess. Jury Trial (Day 8)(Deliberations) set for October 6, 2015 at 8:30 a.m.

**ADMITTED EXHIBITS:**

604

**TIME IN COURT:** 5 hours and 21 minutes.