| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
| --- | --- | --- | --- |
| 101 | Email: Dec. 1, 2010, 7:05pm | 9/29/2015 | 9/29/2015 |
| 102 | Email: Dec. 1, 2010, 9:05pm | 9/29/2015 | 9/29/2015 |
| 103 | Email: Dec. 2, 2010, 12:58am | 9/29/2015 | 9/29/2015 |
| 104R | Email: Dec. 3, 2010, 12:50am | 9/29/2015 | 9/29/2015 |
| 105 | Email: Dec. 3, 2010, 4:13pm | 9/29/2015 | 9/29/2015 |
| 106 | Email: Dec. 3, 2010, 4:32pm | 9/29/2015 | 9/29/2015 |
| 107 | Email: Dec. 3, 2010, 3:54pm | 9/29/2015 | 9/29/2015 |
| 108 | Email: Dec. 3, 2010, 3:03pm | 9/29/2015 | 9/29/2015 |
| 109 | Email: Dec. 5, 2010, 4:36am | 9/29/2015 | 9/29/2015 |
| 110 | Email: Dec. 5, 2010, 6:56pm | 9/29/2015 | 9/29/2015 |
| 111 | Email: Dec. 6, 2010, 4:25am | 9/29/2015 | 9/29/2015 |
| 112 | Email: Series **(Redacted)** | 10/1/2015 | 10/1/2015 |
| 114 | Email: Dec. 1, 2010, 7:18pm | 9/29/2015 | 9/29/2015 |
| 115 | Email: Dec. 2, 2010, 4:22pm | 9/29/2015 | 9/29/2015 |
| 123 | Email: Dec. 6, 2010, 5:44am | 9/29/2015 | 9/29/2015 |
| 124 | Email: Dec. 12, 2010, 6:42am | 9/29/2015 | 9/29/2015 |
| 125 | Email: Dec. 8, 2010, 4:44pm | 9/29/2015 | 9/29/2015 |
| 126 | Email: Dec. 20, 2010, 1:15pm | 9/29/2015 | 9/29/2015 |
| 127 | Email: April 18, 2013 11:35am | 9/29/2015 | 9/29/2015 |
| 128 | Email: Dec. 14, 2010 | 10/2/2015 | 10/2/2015 |
| 130 | Email: Dec. 14, 2010 10:22pm | 10/2/2015 | 10/2/2015 |
| 131 | Email: Dec. 14, 2010 10:23pm | 10/2/2015 | 10/2/2015 |
| 201 | Recording of December 12, 2010 phone call between Keys and Mercer | 9/29/2015 | 9/29/2015 |
| 204 | Keys written statement | 10/2/2015 | 10/2/2015 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 205 | Keys annotation of logs | 10/2/2015 | 10/2/2015 |
| 206 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 207 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 208 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 209 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 210 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 211 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 212 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 213 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 214 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 215 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 216 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 217 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 218 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 219 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 220 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 221 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 222 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 223 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 224 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 225 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 226 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 227 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 228 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 229 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 230 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 231 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 232 | Portion of Keys statement on October 4, 2012 | 10/2/2015 | 10/2/2015 |
| 301 | Tom Comings Assembler Log Report | 9/30/2015 | 9/30/2015 |
| 303 | Assembly Logs | 10/1/2015 | 10/1/2015 |
| 305 | Screenshot of LAT story | 9/30/2015 | 9/30/2015 |
| 307 | Assembler Log Entries | 10/2/2015 | 10/2/2015 |
| 503 | Screenshot from Keys Computer | 9/30/2015 | 9/30/2015 |
| 504 | Screenshot from Keys Computer | 9/30/2015 | 9/30/2015 |
| 505 | Screenshot from Keys Computer | 10/2/2015 | 10/2/2015 |
| 506 | Screenshot from Keys Computer | 10/1/2015 | 10/1/2015 |
| 507 | Screenshot from Keys Computer | 10/2/2015 | 10/2/2015 |
| 508 | Screenshot from Keys Computer | 10/2/2015 | 10/2/2015 |
| 602 | IRC chat on December 8, 2010, re: offer of password | 10/2/2015 | 10/2/2015 |
| 603 | IRC chat on December 8, 2010, re: transmission of credentials | 10/2/2015 | 10/2/2015 |
| 604 | IRC chat on December 8, 2010, re: LA Times | 10/6/2015 | 10/6/2015 |
| 605 | IRC chat on December 9, 2010 | 10/1/2015 | 10/1/2015 |
| 606 | IRC chat on December 9, 2010 | 10/2/2015 | 10/2/2015 |
| 607 | IRC chat on December 9, 2010 | 10/2/2015 | 10/2/2015 |
| 608 | IRC chat on December 10, 2010 | 10/2/2015 | 10/2/2015 |
| 609 | IRC chat on December 10, 2010 | 10/2/2015 | 10/2/2015 |
| 610 | IRC chat on December 14, 2010 | 10/2/2015 | 10/2/2015 |
| 611 | IRC chat on December 8, 2010 | 10/2/2015 | 10/2/2015 |

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 612 | IRC chat on January 4, 2011 | 10/5/2015 | 10/5/2015 |
| 613 | IRC chat on January 4 , 2011 | 10/5/2015 | 10/5/2015 |
| 614 | IRC chat on January 4 , 2011 | 10/2/2015 | 10/2/2015 |
| 615 | IRC chat on December 16, 2010 | 10/2/2015 | 10/2/2015 |
| 616 | IRC chat on January 4 , 2011 | 10/2/2015 | 10/2/2015 |
| 901 | Records from Yahoo | 10/2/2015 | 10/2/2015 |
| 903 | Records from AT&T | 10/2/2015 | 10/2/2015 |
| 904 | Records from Overplay | 10/2/2015 | 10/2/2015 |
| D | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| E | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| F | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| G | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| H | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| I | Brandon Mercer email re: phone call with Keys | 9/30/2015 | 9/30/2015 |
| M | Brandon Mercer email | 9/30/2015 | 9/30/2015 |