```
              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
          BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,       No. 2:13-CR-00082-KJM

    Plaintiff,

  v.                            **MINUTES**

MATTHEW KEYS,                    Date: October 7, 2015
                                 Deputy Clerk: C. Schultz
    Defendant.                Court Reporter: Kathy Swinhart
_____/

**Counsel for the Government:** James Silver, Deputy Chief and Matthew Segal, Assistant U.S. Attorney

**Counsel for Defendant:** Jason Leiderman and Mark Jaffe, Retained

**JURY TRIAL (Day 8):**

- 8:30 a.m.   Deliberations continued.
- 10:08 a.m.  Jury note received.
- 10:35 a.m.  Court in session. Attorneys present as listed above. Defendant present, out of custody. Outside the presence of the jury, the court and counsel discussed amending jury instruction numbers 15 and 25. The court and counsel also discussed the jury note received at 10:08 a.m.
- 10:45 a.m.  Court in recess.
- 11:05 a.m.  Jury communications provided to the jury with amended jury instruction numbers 15 and 25.
- 11:40 a.m.  Jury note received.
- 12:40 p.m.  Court in session. Attorneys present as listed above. Defendant present, out of custody. Outside the presence of the jury, the court and counsel discussed a jury instruction to give prior to the playing of the audio.

| | |
|---|---|
| 12:42 p.m. | Jury present.  The court gave an additional instruction.  Exhibit 201 played for the jury. |
| 1:32 p.m. | Exhibits 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, and 232 played for the jury. |
| 2:10 p.m. | Jury excused from courtroom to continue their deliberations.  All parties excused pending deliberations. |
| 2:48 p.m. | Jury note received. |
| 3:00 p.m. | Court in session.  Outside the presence of the jury, the court and counsel discussed the jury note. |
| 3:05 p.m. | Jury present.  The jury confirmed they had reached a unanimous verdict. |
| 3:06 p.m. | Verdict published.  The jury was polled. |
| 3:10 p.m. | After polling the jury, the court determined that a unanimous verdict had been reached.  The jury found the defendant, Matthew Keys, guilty on Counts 1, 2 and 3 of the Superseding Indictment. |
| 3:15 p.m. | Jury thanked and excused.  The court and counsel discussed defendant's custody status.  The government did not move for remand, but requested that Mr. Keys have additional conditions of supervision imposed. The court instructed Mr. Segal to file the request in writing.  Sentencing set for 1/20/2016 at 9:00 a.m. The matter was REFERRED to probation for preparation of a Presentence Investigation Report. |
| 3:20 p.m. | Court adjourned. |

**TIME IN COURT:** 2 hours