UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE KIMBERLY J. MUELLER

**FILED**
OCT 07 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW KEYS,

    Defendant.

_____/

DATE: 10/7/15
TIME: 10 A.M.

No. 2:13-CR-00082-KJM

JURY NOTE

FOR COURT USE ONLY
DATE: 10-7-15
TIME: 10:08

The jury has reached a unanimous verdict:   YES ____   NO ____

The jury has the following question(s) and/or following request(s):

> May we listen to the audio of the phone call of Brandon Mercer + the F.B.I. interview with Matthew Keys?

_Anna Priscilla Biggers_
Juror/Foreperson Name