**FILED**

OCT 07 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00082-KJM |
| Plaintiff, | |
| v. | **JURY COMMUNICATION** |
| MATTHEW KEYS, | |
| Defendant. | |

**REPLY FROM COURT TO NOTE RECEIVED ON 10/7/2015 AT 10:08 AM**

Date sent to jury: 10-7-15

Time sent to jury: 11:05 a.m

You may listen to the audio of the phone call with Brandon Mercer and the excerpts of the FBI interview with Mr. Keys. The court will arrange for both to be played for you in the courtroom beginning as soon as practically possible, and believes it can do so beginning at approximately 11:30 a.m.

DATE: 10/7/15

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

1