**FILED**

OCT 07 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           No. 2:13-CR-00082-KJM

    Plaintiff,

  v.                                  **JURY COMMUNICATION**

MATTHEW KEYS,

    Defendant.
_____/

Date sent to jury: 10-7-15

Time sent to jury: 11:05 a.m.

The court in consultation with counsel has identified a few minor corrections to Jury Instruction Nos. 15 and 25. Corrected copies of those instructions are being provided to you. Please replace your originals of these instructions with these corrected copies, and provide the originals to the security officer to return to me. Please follow these instructions in the same way I have instructed you to follow all of the instructions.

DATE: 10/7/15

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

1