UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER



**FILED**

OCT 07 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORI
BY _____
              DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW KEYS,

    Defendant.
_____/

No. 2:13-CR-00082-KJM

JURY NOTE

DATE: 10/7/15

TIME: 11:30 AM

| FOR COURT USE ONLY |
|---|
| DATE: 10-7-15 |
| TIME: 11:40 a.m |

The jury has reached a unanimous verdict:   YES ____   NO ____

The jury has the following question(s) and/or following request(s):

> We would ~~want~~ like to listen to the tapes after 12:30 p.m. as we are going to lunch from 11:30 - 12:30.

Heather Styers

Juror/Foreperson Name