UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER



**FILED**

OCT 07 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW KEYS,

    Defendant.

_____/

DATE: 10/7/15

TIME: 2:37

No. 2:13-CR-00082-KJM

<u>JURY NOTE</u>

| FOR COURT USE ONLY |
|---|
| DATE: 10/7/15 |
| TIME: 2:48 |

The jury has reached a unanimous verdict:     YES  X      NO ___

The jury has the following question(s) and/or following request(s):

[blank box]

Heather Styers

Juror/Foreperson Name