

**FILED**

OCT 07 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW KEYS,<br><br>        Defendant. | CASE NO. 2:13-CR-82 KJM<br><br>**VERDICT FORM** |

WE, THE JURY, FIND THE DEFENDANT, MATTHEW KEYS, AS FOLLOWS:

AS TO COUNT 1 OF THE SUPERSEDING INDICTMENT:

GUILTY          NOT GUILTY

__X__          _____   Conspiracy to transmit a program, code, command, or information to a computer, intending to cause damage, between on or about December 8, 2010, and on or about December 15, 2010

If you found the defendant guilty of Count 1, do you find beyond a reasonable doubt either that (1) the defendant could reasonably foresee that the conspiracy could cause loss adding up to $5,000 or (2) causing loss adding up to $5,000 fell within the scope of the defendant's particular agreement with his co-conspirators?

__X__                                            _____
Yes                                              No

//

//

VERDICT FORM                                    1

1  AS TO COUNT 2 OF THE SUPERSEDING INDICTMENT:

2  <u>GUILTY</u>             <u>NOT GUILTY</u>

3  ___X___            _____    Transmitting a program, code, command, or information to a computer, intending to cause damage between on or about October 28, 2010 and January 5, 2011

4

5

6  If you found the defendant guilty of Count 2, do you find beyond a reasonable doubt that the offense caused loss adding up to at least $5,000?

7

8  ___X___                              _____
   Yes                                   No

9

10  AS TO COUNT 3 OF THE SUPERSEDING INDICTMENT:

11  <u>GUILTY</u>             <u>NOT GUILTY</u>

12  ___X___            _____    Attempting to transmit a program, code, command, or information to a computer, intending to cause damage on or about December 15, 2010

13

14  If you found the defendant guilty of Count 3, do you find beyond a reasonable doubt that the offense would, if completed, have caused loss adding up to at least $5,000?

15

16

17  ___X___                              _____
   Yes                                   No

18

19

20

21  10/7/15                              Heather Styers
22  DATED                                FOREPERSON

23

VERDICT FORM                                2