UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 07 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW KEYS,<br><br>Defendant. | Case No. 2:13-CR-00082-KJM<br><br>**DEFENDANT'S EXHIBIT RECEIPT** |

At the conclusion of the trial, the trial exhibits on the attached list were returned to the undersigned party.

Dated: 10/6/15

~~Jason Leiderman~~, MARK H. JAFFE
Counsel for the Defendant

Dated: 10-6-2015

~~Casey Schultz~~, Judy Streeter
Courtroom Deputy

**NOTE:** If depositions/exhibits are subsequently required for an appeal, review, or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.

| D | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| E | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| F | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| G | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| H | Brandon Mercer email re: loss amount. | 9/29/2015 | 9/29/2015 |
| I | Brandon Mercer email re: phone call with Keys | 9/30/2015 | 9/30/2015 |
| M | Brandon Mercer email | 9/30/2015 | 9/30/2015 |