Computer Misuse Act 1990 / 18 U.S Code 1030

**18 U.S Code § 1030**     **Computer Misuse act 1990**

**(CMA)**     **Description:**

**Section:**     **Section:**

| | | |
|---|---|---|
| (a)(1) | 3 1(1) | Whoever knowingly accesses a computer without authorization, or exceeding authorized access |
| (a)(2)<br><br>(a)<br><br>(b)<br><br>(c) | 1 (2)<br><br>(a)<br><br>(b)<br><br>(c) | a) **18 U.S.C 1030:** Intentionally obtains information contained in a financial record of a financial institution, or of a card issuer, or contained in a file of a consumer reporting agency on a consumer // **CMA:** the intent a person has to have to commit an offense under this section need not be directed at **(a)** any particular program or data, **(b)** a program or data of any kind, **(c)** or a program or data held in any particular computer<br><br>b) **18 U.S.C 1030:** Information from any department or agency of the United States<br><br>c) **18 U.S.C 1030:** Information from any protected computer |
| A(5)<br><br>(a<br><br>(b)<br><br>(c) | 3ZA (1)(a)<br><br>(b)<br><br>(c)<br><br>(d) | (a) **18 U.S.C 1030:** knowingly causes the transmission of a program, information, code, or command, and as a result of such conduct, intentionally causes damage without authorization to a protected computer // **CMA:** A person does any unauthorized act in relation to a computer<br><br>(b) **18 U.S.C 1030:** Intentionally accesses a protected computer without authorization, and as a result recklessly causes damage; or // **CMA:** At the time |

| | | |
|---|---|---|
| | | 1. of doing the act, the person knows it is unauthorized<br><br>  (c) **18 U.S.C 1030:** Intentionally accesses a protected computer without authorization and as a result causes damage and loss // **CMA:** the act causes or creates a significant risk of, serious damage of a material and<br><br>2.<br>  (d) **CMA:** The person intends by doing the act to cause serious damage of a material kind or is reckless as to whether such damage is caused. |
| (a)(3)<br><br>(7)<br><br>(a)<br><br>(b) | 3(2)<br><br>(a)<br><br>(b)<br><br>(c) | (a) **18 U.S.C 1030:** Threat to cause damage to a protected computer // **CMA:** to impair the operation of any computer<br><br>3.<br>(b) **18 U.S.C 1030:** Threat to obtain information from a protected computer without authorization or in excess of authorization or to impair the confidentiality of information obtained from a protected computer without authorization or by exceeding authorized service // **CMA:** to prevent or hinder access to any program or data held in any computer<br><br>(c) **CMA:** To impair the operation of any such program or the reliability of any such data |
| (c)(4)<br><br>(a)<br><br>(5) | 3ZA (2)<br><br>(d) | (d) Damage to the national security of any country<br><br>(a)(5) Damage affecting a computer used by or for an entity of the United States Government in furtherance of the administration of justice, national defense, or national security |
| (c)(4) | 3ZA(3) | (b) An act causes damages to human welfare if it causes human illness or injury |

| | | |
|---|---|---|
| (e) | (b) | (e) If the offender attempts to cause or knowingly or recklessly causes bodily injury |
| (c)(4)<br>(f) | 3ZA(3)<br>(a) | (a) Loss to human life<br><br>(f) If the offender attempts to cause or knowingly or recklessly causes death |
| (c)(4)<br>(ii) | 3ZA (3)<br>(f) | (f) Disruption of services related to health<br><br>(ii) The modification or impairment or potential modification or impairment, of the medical examination, diagnosis, treatment, or care of 1 or more individuals |