JASON S. LEIDERMAN, SBN 203336
jay@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

TOR EKELAND, PRO HAC VICE
tor@torekeland.com
TOR EKELAND, P.C.
155 Water Street
Brooklyn, NY 11201
Tel: 718-285-9279
Fax: 718-504-5417

Attorneys for Defendant
MATTHEW KEYS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MATTHEW KEYS,<br><br>               Defendant. | CASE NO. 2:13-CR-82 KJM<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS** |

      Pursuant to Local Rule 141(b), the Defense, by and through Jay Leiderman, attorney for Defendant Matthew Keys, provides notice that it is requesting to file under seal: (1) a "Koon" brief detailing a need for both a guideline departure and a "*Booker*" variance filed with the Court in connection with the criminal prosecution of defendant Keys based upon the concerns articulated in the defendant's Request to Seal Documents; and (2) a Request to Seal Documents. The defense respectfully requests that these documents remain under seal until further Order of the Court. The aforementioned documents were electronically transmitted to the Court on 9 March 2016. Copies of the documents were not served on the opposing party, although they were offered to be

served and the opposing party, based upon the nature of the document, chose to wait until tomorrow wo be served.

Respectfully submitted;                THE LAW OFFICES OF JAY LEIDERMAN, PC

Dated:  March 9, 2016                  /s/ Jay Leiderman

                                       JAY LEIDERMAN

                                       TOR EKELAND
                                       MARK JAFFE
                                       Counsel for Defendant