UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW KEYS,<br><br>Defendant. | No.  2:13-cr-0082-KJM<br><br><br><br>ORDER |

On March 10, 2016, defendant Matthew Keys gave notice of a request to file certain sentencing documents under seal. ECF No. 148. Local Rule 141(b) applies to his request and provides that requests to seal "shall set forth the statutory or other authority for sealing, the requested duration, by name or category, of persons to be permitted access to the documents, and all other relevant information." E.D. Cal. L.R. 141(b); *see also United States v. Chanthaboury*, No. 12-00188, 2013 WL 6404989 (E.D. Cal. Dec. 6, 2013) (summarizing the legal standard applicable to motions to seal sentencing documents in criminal cases and the effect of Local Rule 141(b)).

/////

/////

/////

1

1  The defendant's request does not meet the requirements of the Local Rule. His
2 request is therefore DENIED without prejudice. The documents proposed to be sealed and
3 submitted electronically to the court are deemed to have been returned to the defendant. *See* E.D.
4 Cal. L.R. 141(e).
5  IT IS SO ORDERED.
6 DATED: March 25, 2016

_____
UNITED STATES DISTRICT JUDGE