Tor Ekeland, Pro Hac Vice
Mark H. Jaffe, Pro Hac Vice
tor@torekeland.com
mark@torekeland.com
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
Tel: 718-737-7264
Fax: 718-504-5147
www.torekeland.com

Jason S. Leiderman, SBN 203336
jay@criminal-lawyer.me
Law Office of Jay Leiderman
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

*Pro Bono Attorneys for Defendant*
*Matthew Keys*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br><br> v. <br><br> **MATTHEW KEYS,** <br> Defendant. | 2:13-CR-00082-KJM <br><br> NOTICE OF APPEAL |

### NOTICE OF APPEAL

Notice is hereby given that Matthew Keys, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the conviction, sentence, and any other appealable judgment or order entered by the Eastern District of California in the above captioned case.

DATED: April 25, 2016                    Respectfully submitted,

<u>/s/ Tor Ekeland</u>
Tor Ekeland
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
<u>tor@torekeland.com</u>
Tel: 718-737-7264
Fax: 718-504-5147
*Pro Bono Attorneys for Defendant*
*Matthew Keys*