Tor Ekeland, Pro Hac Vice
tor@torekeland.com
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
Tel:  718-737-7264
Fax: 718-504-5147
www.torekeland.com

Jason S. Leiderman, SBN 203336
jay@criminal-lawyer.me
Law Office of Jay Leiderman
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel:  805-654-0200
Fax: 805-654-0280

*Pro Bono Attorneys for Defendant
Matthew Keys*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>MATTHEW KEYS,<br>　　　　　Defendant. | **2:13-CR-00082-KJM**<br><br>**Stipulated Order to Self-Surrender** |

　　　　Defendant's self-surrender date was automatically stayed pending the Ninth Circuit's consideration of his motion for bail pending appeal.  *See* Ninth Circuit Rule 9-1.2(e).  The Ninth Circuit denied that motion on July 21, 2016.

　　　　It is hereby stipulated between the United States, by and through its counsel, AUSA Matthew Segal, and the Defendant Matthew Keys, by and through his counsel of record, Tor

Ekeland, that the Court should order Defendant to surrender to the designated institution or to the United States Marshal by noon on August 4, 2016.

DATED:	July 26, 2016		Respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
tor@torekeland.com
Tel: 718-737-7264
Fax: 718-504-5147
www.torekeland.com

/s/ Matthew Segal
Matthew Segal
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2727

## ORDER

Defendant will surrender himself before noon on August 4, 2016 to the custody of the Bureau of Prisons at the facility designated, or, if no facility has been designated, to the custody of the United States Marshal on the fifth floor of the United States Courthouse at 501 I Street in Sacramento, California.

SO ORDERED.

Dated:  July 27, 2016

_____
UNITED STATES DISTRICT JUDGE