McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
GRANT B. RABENN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00082-KJM |
|---|---|
| Plaintiff, | GOVERNMENT'S WITNESS LIST |
| v. | DATE: October 29, 2020 |
| MATTHEW KEYS, | TIME: 10:00 a.m. |
| | COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

As of October 27, 2020, the government intends to call the following witnesses in the evidentiary hearing in the above-captioned case:

- United States Probation Officer Miriam Olea
- United States Probation Officer Terry Ginsberg
- FBI Special Agent Heriberto Cadena
- Tom Couzens
- Guinnevere King

The government reserves the rights to call additional witnesses, and to omit listed witnesses, depending on the state of the evidence.

Dated: October 26, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ PAUL HEMESATH
PAUL HEMESATH
Assistant United States Attorney