1  MARK J. REICHEL, State Bar #155034
   455 CAPITOL MALL, 8th FLOOR, Suite 802
2  Sacramento, California  95814
   Telephone: (916) 498-9258
3  FAX:       (888) 567-2949
   mark@reichellaw.com
4  www.reichelplesser.com

5  JASON S. LEIDERMAN, SBN
   203336LAW OFFICES OF JAY LEIDERMAN, PC
6  770 COUNTY SQUARE DRIVE 101
   Ventura, California 93003
7  Tel: 805-654-0200
   Fax: 805-654-0280
8  EMAIL: Jay@criminal-lawyer.me

9  Attorneys for Defendant
   MATTHEW KEYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 13-CR-S-00082 KJM |
| ) | |
| Plaintiff, ) | **DEFENDANT'S EXHIBIT LIST** |
| ) | |
| v. ) | Date: OCTOBER 29, 2020 |
| ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Kimberly J. |
| ) |        Mueller |
| MATTHEW KEYS ) | |
| Defendant. ) | |
| _____ | |

Defense submits the following Exhibit List, current as of October 28, 2020, in the above captioned case:

**A.** IP (internet protocol) "Logs" of IP addresses for Comstocks Magazine google account. MK127-129; MK 271-273.

**B.** IP (internet protocol) "Logs" of IP addresses from Matthew Keys's Iphone/google account MK 129, 132-133; MK 261-263

**C.** Screen capture from comstocksmagazine@gmail.com account showing device and IP address of user on February 9, 2020 (MK000019)

**D.** Screen capture from FBI via Comstock's Magazine showing devices that accessed mkeys@comstocksmag.com as of February 18, 2020. (MK000276, MK000303)MK

**E.** Support webpage for Google stating it is not possible to delete YouTube videos from a mobile device.

**F.** Email message between Guinnevere King and FBI agent saying company's Gmail account email address was changed to Matthew Keys' previous work email address on February 9,

**G.** Screen captures from FBI via Comstock's Magazine showing:

    **1.** Browser activity for the comstocksmagazine@gmail.com account (MK000293)

    **2.** Suspicious activity for the account (MK000302)

    **3.** Recovery email and phone number information for the comstocksmagazine@gmail.com account (MK000294)

**H.** Email from Tom Couzens to FBI agent saying Jennifer Fergesen was not employed with company at time YouTube account was purportedly deleted. (MK000286-MK000287)

**I.** Email from Winnie Comstock-Carlson to Matthew Keys dated January 23, 2020 2:34 p.m. refusing to accept his resignation.

**J.** Email exchange between Lkaretnikov@protonmail.com and Mark Reichel.
**K.** Email exchange and email communication "header" information between Winnie Comstock-Carlson and Lkaretnikov@protonmail.com dated April 29-April 30, 2020.
**L.** "One Password" instruction sheet.
**M.** Google account help "Remove services."
**N.** Google support services "How Brand Accounts Work" with youtube
**O.** Screen shot of "remove user" when de linking youtube account.

Respectfully submitted,

DATED: October 28, 2020

/S/*Mark J. Reichel*
MARK J. REICHEL
/s/ *Jay Liederman*
JAY LIEDERMAN
ATTORNEYS FOR DEFENDANT

3