```
McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
GRANT B. RABENN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>MATTHEW KEYS,<br><br>          Defendant. | CASE NO. 2:13-CR-00082-KJM<br><br>STIPULATION TO SET DATE FOR EVIDENTIARY HEARING ON VIOLATION OF SUPERVISED RELEASE PETITION; ORDER<br><br>DATE: December 10, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, that the current date for evidentiary hearing on supervised release violation petition shall be re-calendared for January 20, 2020 at 9:00 a.m.

   All further Orders of the Court and terms of supervised release shall remain in full force and effect.

   IT IS SO STIPULATED.

Dated: November 30, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ PAUL HEMESATH
PAUL HEMESATH
Assistant United States Attorney

Dated: November 30, 2020

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant MATTHEW KEYS

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this ____ day of _____, ____.

THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

STIPULATION RE: HEARING DATE

2