| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | PAUL HEMESATH<br>GRANT B. RABENN |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW KEYS,<br><br>Defendant. | CASE NO. 2:13-CR-00082-KJM<br><br>STIPULATION TO SET DATE FOR EVIDENTIARY HEARING ON VIOLATION OF SUPERVISED RELEASE PETITION; ORDER<br><br>DATE: January 20, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, that the current date for evidentiary hearing on supervised release violation petition shall be re-calendared for February 17, 2021 at 9:00 a.m.

All further Orders of the Court and terms of supervised release shall remain in full force and effect.

IT IS SO STIPULATED.

Dated: January 12, 2021						McGREGOR W. SCOTT
								United States Attorney

								/s/ PAUL HEMESATH
								PAUL HEMESATH
								Assistant United States Attorney


Dated: January 12, 2021						/s/ MARK J. REICHEL
								MARK J. REICHEL
								Counsel for Defendant MATTHEW KEYS

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this ____ day of _____, ____.

								THE HONORABLE KIMBERLY J. MUELLER
								UNITED STATES DISTRICT JUDGE