McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
GRANT B. RABENN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW KEYS,<br><br>    Defendant. | CASE NO. 2:13-CR-00082-KJM<br><br>GOVERNMENT'S AMENDED WITNESS LIST<br><br>DATE: February 17, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

As of February 11, 2021, the government intends to call the following witnesses in the evidentiary hearing in the above-captioned case:

- United States Probation Officer Miriam Olea
- United States Probation Officer Terry Ginsberg
- FBI Special Agent Heriberto Cadena
- Tom Couzens
- Guinnevere King
- <u>Jennifer Fergeson</u>

The government reserves the rights to call additional witnesses, and to omit listed witnesses, depending on the state of the evidence.

| | |
|---|---|
| Dated: February 11, 2021 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ PAUL HEMESATH<br>PAUL HEMESATH<br>Assistant United States Attorney |