McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
GRANT B. RABENN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00082-KJM |
|---|---|
| Plaintiff, | STIPULATION |
| v. | DATE: October 29, 2020 |
| MATTHEW KEYS, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

The United States of America, through its attorneys of record, Paul Hemesath and Grant B. Rabenn, Assistant U.S. Attorneys; and Matthew Keys, through his attorneys, Mark Reichel, and Jay Leiderman, hereby submit the following stipulations regarding the foundation and admissibility of exhibits and certain facts.[1]

## I. GOVERNMENT EXHIBITS

**A.    Documents**

IT IS HEREBY STIPULATED between the United States and the defendant that the following documents are authentic records and shall be admissible in the evidentiary hearing in the above-captioned case, subject only to an objection of relevance.

---

[1] Exhibits and ranges of exhibits refer to exhibits as identified by the parties in their respective exhibit lists as of the date of this filing.

| No. | Description | Bates Number |
|---|---|---|
| 1 | United States Probation Monitoring Report | MK 000038-42 |
| 2 | United States Probation Forensics Report | MK 000043-67 |
| 3 | Comstock's Screenshot: Account recovery | MK 000291 |
| 4 | Comstock's Screenshot: Account recovery with sign-in | MK 000292 |
| 5 | Comstock's Screenshot: New sign-in | MK 000293 |
| 6 | Comstock's Screenshot: Verification information (Keys) | MK 000294 |
| 7 | Comstock's Screenshot: Recovery phone number | MK 000295 |
| 8 | Comstock's Screenshot: Dates/times for password change, recovery email change, and last sign-in | MK 000296 |
| 9 | Comstock's Screenshot: February 9 sign-in from iPhone | MK 000297 |
| 10 | Comstock's Screenshot: February 9, 13 sign-in from iPhone | MK 000298 |
| 14 | Comstock's Screenshot: Dates from Comstock's recovery, and suspicious email deletion | MK 000302 |
| 18 | Comstock's Screenshot: Lack of videos and video history | MK 000306 |
| 19 | Comstock's Screenshot: Lack of videos and video history | MK 000307 |
| 20 | Comstock's Screenshot: Lack of video channel | MK 000308 |
| 32 | Comstock's Screenshot: 1Password account change to matthew@matthewkeys.net to Comstock's Magazine | MK 000032 |
| 33 | U.S.P.O. Monitoring: Comstock's Magazine 1Password screen - 1 | MK 000084 |
| 34 | U.S.P.O. Monitoring: Comstock's Magazine 1Password screen - 2 | MK 000085 |
| 35 | U.S.P.O. Monitoring: Comstock's Magazine 1Password screen - 3 | MK 000086 |
| 36 | U.S.P.O. Monitoring: Comstock's Magazine 1Password screen - 4 | MK 000088 |
| 37 | U.S.P.O. Monitoring: Comstock's Magazine 1Password AppleID | MK 000089 |
| 38 | U.S.P.O. Monitoring: Blank Google page | MK 000090 |
| 39 | U.S.P.O. Monitoring: Sign on to iCloud News Publisher using mkeys@comstocksmag.com | MK 000091 |
| 40 | U.S.P.O. Monitoring: iCloud News Publisher channel info: Comstock's Magazine using comstocksmag.com | MK 000092 |
| 41 | U.S.P.O. Monitoring: Device info for MacBook | MK 000093 |
| 43 | U.S.P.O. Monitoring: Comstock's Facebook page | MK 000095 |
| 47 | Matthew Keys: statement to United States Probation | MK 000069-74 |
| 48 | Comstock's: Videos list with statistics | MK 000025-26 |
| 49 | Comstock's: Keys email, February 14, 2020 | MK 000100-102 |
| 50 | Comstock's email re: state of videos | MK 000010-17 |

## II.   FACT STIPULATIONS

IT IS FURTHER STIPULATED between the parties that servers and computers underlying the website youtube.com are used in interstate and foreign commerce and communication.

2

Dated: October 28, 2020            MCGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ PAUL HEMESATH
                                   PAUL HEMESATH
                                   Assistant United States Attorney



Dated: October 28, 2020            /s/ MARK REICHEL
                                   MARK REICHEL
                                   Attorney for Defendant MATTHEW KEYS

3