**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00082-KJM |
| Plaintiff, | **MINUTES** |
| v. | Date: February 17, 2021 |
| | Deputy Clerk: C. Schultz |
| MATTHEW KEYS, | Court Reporter: Jennifer Coulthard |
| Defendant. | |

**Counsel for the Government:**   Paul Hemesath, Assistant U.S. Attorney

**Counsel for Defendant:**   Mark Reichel, Retained Counsel

**Probation Officer:**   Miriam Olea

**EVIDENTIARY HEARING:**

9:10 a.m.   Mr. Hemesath and Probation Officer Olea present via *Zoom* videoconferencing application. No appearance on behalf of Defendant. The court and counsel discussed how to proceed in the defendant's absence.

9:15 a.m.   Mr. Reichel and Defendant present (out of custody). Mr. Reichel apologized to the court for his oversight in calendaring the matter for 9:30 AM (opposed to 9:00 AM). Without objection, Special Agent Heriberto Cadena, designated as the government's case agent. The parties confirmed they were ready to proceed and requested to proceed by videoconference. After discussion with the parties and with the consent of the defendant, the court found that in light of the coronavirus (COVID-19) pandemic and pursuant to the CARES Act, the use of videoconferencing to conduct these proceedings is in the interest of justice. The court and counsel discussed housekeeping matters related to the hearing.

| | |
|---|---|
| 9:25 a.m. | Mr. Hemesath presented the government's opening statements. |
| 9:30 a.m. | Mr. Reichel presented the defendant's opening statements. |
| 9:35 a.m. | Government's witness, Jennifer Fergeson, sworn and testified on direct. |
| 9:45 a.m. | Cross examination began. |
| 9:46 a.m. | Redirect examination began. |
| 9:47 a.m. | Witness excused. Government's witness, Tom Couzens, sworn and testified on direct. |
| 10:05 a.m. | Cross examination began. |
| 10:30 a.m. | Redirect examination began. |
| 10:35 a.m. | Witness excused. The court excused all parties for a morning break. |
| 10:50 a.m. | Court back in session. All parties present. Government's witness, Guinnevere King, sworn and testified on direct. |
| 11:17 a.m. | Cross examination began. |
| 11:32 a.m. | Redirect examination began. |
| 11:33 a.m. | Witness excused. Government's witness, Miriam Olea, sworn and testified on direct. |
| 11:55 a.m. | Witness excused for a lunch break after being admonished to not speak with any of the hearing participants during the lunch hour. |
| 11:56 a.m. | The court and counsel discussed scheduling and additional housekeeping matters related to the hearing. |
| 12:00 p.m. | All parties excused for a lunch break. |
| 1:00 p.m. | Court back in session. All parties present. Direct examination of the Government's witness, Miriam Olea, continued. |
| 1:15 p.m. | Cross examination began. |
| 1:27 p.m. | Redirect examination began. |

| | |
|---|---|
| 1:30 p.m. | Officer Olea was excused as a witness. Government's witness, Terry Ginsberg, sworn and testified on direct. |
| 2:18 p.m. | Cross examination began. |
| 2:30 p.m. | Witness excused for afternoon break. The court excused all parties for an afternoon break. |
| 2:45 p.m. | Court back in session. All parties present. Cross examination of Officer Ginsberg continued. |
| 3:00 p.m. | Redirect examination began. |
| 3:08 p.m. | Recross examination began. |
| 3:13 p.m. | Redirect examination began. |
| 3:15 p.m. | Witness excused. Government's witness, Heriberto Cadena, sworn and testified on direct. |
| 3:45 p.m. | Witness excused for afternoon break. The court excused all parties for a second afternoon break. |
| 4:00 p.m. | Court back in session. All parties present. Cross examination of Special Agent Heriberto Cadena, began. |
| 4:35 p.m. | Redirect examination began. |
| 4:45 p.m. | Recross examination began. |
| 4:49 p.m. | Re-Redirect examination began. |
| 4:50 p.m. | Special Agent Heriberto Cadena excused as a witness. The court and counsel discussed exhibits and closing briefs. The court ordered the parties' simultaneous closing briefs, limited to ten (10) pages, be filed by close of business on Friday, February 26, 2021, with the government's reply brief, limited to five (5) pages, filed by close of business on Friday, March 5, 2021; whereupon, the matter will be submitted. The court deferred a ruling on the admission of Exhibit L, and granted Mr. Reichel leave to file a declaration regarding the exhibit to be filed with the defense closing brief; whereupon, the matter will be submitted. A Status Conference was set for Monday, April 5, 2021 at 9:00 AM. The court continued the defendants release. |
| 5:00 p.m. | Court adjourned. |

**TIME IN COURT:** 6 Hours, 5 Minutes

**ADMITTED EXHIBITS:**

1, 2, 3, 7, 34, 35, 36, 37, 38, 39, 40, 41, 43, 47, 48, 49, 50, A, B, and I