*United States v. Matthew Keys 2:13CR00082-KJM*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | United States Probation Monitoring Report | 2/17/2021 | 2/17/2021 |
| 2 | United States Probation Forensics Report | 2/17/2021 | 2/17/2021 |
| 3 | Comstock's Screenshot: Account recovery | 2/17/2021 | 2/17/2021 |
| 7 | Comstock's Screenshot: Recovery phone number | 2/17/2021 | 2/17/2021 |
| 34 | U.S.P.O. Monitoring: Comstock's Magazine 1Password screen - 2 | 2/17/2021 | 2/17/2021 |
| 35 | U.S.P.O. Monitoring: Comstock's Magazine 1Password screen - 3 | 2/17/2021 | 2/17/2021 |
| 36 | U.S.P.O. Monitoring: Comstock's Magazine 1Password screen - 4 | 2/17/2021 | 2/17/2021 |
| 37 | U.S.P.O. Monitoring: Comstock's Magazine 1Password AppleID | 2/17/2021 | 2/17/2021 |
| 38 | U.S.P.O. Monitoring: Blank Google page | 2/17/2021 | 2/17/2021 |
| 39 | U.S.P.O. Monitoring: Sign on to iCloud News Publisher using mkeys@comstocksmag.com | 2/17/2021 | 2/17/2021 |
| 40 | U.S.P.O. Monitoring: iCloud News Publisher channel info: Comstock's Magazine using comstocksmag.com | 2/17/2021 | 2/17/2021 |
| 41 | U.S.P.O. Monitoring: iCloud News Publisher channel info: Comstock's Magazine using comstocksmag.com | 2/17/2021 | 2/17/2021 |
| 42 | *Clerical Note: Although the government's request to admit Exhibits 34-43 was granted, following the hearing, both parties confirmed there is no Exhibit 42.* | N/A | N/A |
| 43 | U.S.P.O. Monitoring: Comstock's Facebook page | 2/17/2021 | 2/17/2021 |
| 47 | Matthew Keys: statement to United States Probation | 2/17/2021 | 2/17/2021 |
| 48 | Comstock's: Videos list with statistics | 2/17/2021 | 2/17/2021 |
| 49 | Comstock's: Keys email, February 14, 2020 | 2/17/2021 | 2/17/2021 |
| 50 | Comstock's email re: state of videos | 2/17/2021 | 2/17/2021 |
| A | IP address logs from Google for Comstocks obtained by D Order. | 2/17/2021 | 2/17/2021 |

*United States v. Matthew Keys 2:13CR00082-KJM*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| B | IP address logs from Google for Keys' obtained by D Order | 2/17/2021 | 2/17/2021 |
| I | Email from Winnie Comstocks to Keys | 2/17/2021 | 2/17/2021 |
| L | Onepassword Instruction sheet | 2/17/2021 | |