# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | Regarding scheduling matters in: <u>**UNITED STATES V. MATTHEW KEYS, 2:13-CR-00082-KJM**</u> | *Date:* | **May 10, 2021** |
| *To:* | **Casey Schultz, Courtroom Deputy to the Honorable Kimberly J. Mueller** | *From:* | **Paul Hemesath, AUSA** U.S. Attorney's Office Eastern District of California |

The Court is advised that counsel have conferred regarding the state of this case, and the parties propose that the Court set the following schedule:

- The government's response brief to the defendant's Motion for Reconsideration shall be due on May 17, 2021;

- The date currently scheduled for disposition May 24, 2021, shall be converted to a hearing on defendant's motion for reconsideration;

- The disposition for the TSR violation shall be continued to June 7, 2021

Please contact me at (916) 554-2932 if you have any questions.


cc:  Mark Reichel
     United States Probation Office