PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00082-KJM |
|---|---|
| Plaintiff, | GOVERNMENT'S DISPOSITIONAL MEMORANDUM |
| v. | |
| MATTHEW KEYS, | DATE: July 19, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |
| Defendant. | |

    The government concurs with United States Probation that Matthew Keys's supervised release violation should be resolved with a 12-month custodial sentence to be followed by 12-months of supervised release.

    In summary, and as the Court directly observed throughout the evidentiary hearing, Keys brazenly repeated acts of digital vandalism and deletion that were the basis for his jury-conviction in 2015. Apparently showing no growth since that time, Keys deleted the catalog of YouTube videos in apparent retribution against his former employer, and then took steps to cover his tracks. He then lied to his Probation Officer about his involvement and accused others of being responsible for the deletion. There is little the government could add in argument to what the Court has already seen—Keys seems to be incapable of controlling his anger to those whom he perceives have wronged him.

    In determining the appropriate disposition, the Court is permitted to apply certain Section 3553(a) factors, as further set forth in 18 U.S.C. § 3583(c).

The government suggests that the (1) nature and circumstances of the deletion offense and the Keys's history and characteristics, (2) need for deterrence—especially because Keys was undeterred by his prior conviction, and (3) need to protect the public from Keys's further crimes, all favor the sentence recommended by Probation.

Dated: July 15, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ PAUL HEMESATH
PAUL HEMESATH
Assistant United States Attorney