1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PAUL HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00082-KJM
12 | Plaintiff, | ORDER FOR REMAND INTO CUSTODY
13 | v. |
14 | MATTHEW KEYS, |
15 | Defendant. |

16

17     The Court hereby orders that the self-surrender date specified in Docket Number 241 be

18 amended to October 6, 2021, and that the Minute Order remain the same all other respects.

19     IT IS SO ORDERED this 1st day of October 2021.

20

21                                          _____
                                            CHIEF UNITED STATES DISTRICT JUDGE
22